UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MIAMI

JOSE LUIS AGUILAR LOPEZ, et al., )
    Petitioner, )
)
v. ) CASE NO.: 13-CR-20911-COOKE
)
UNITED STATES OF AMERICA, )
    Respondent. )

FILED BY __MC__ D.C.
NOV 06 2023
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### RELEVANT MOTION TO AMEND SENTENCE

COMES NOW, Jose Luis Aguilar Lopez, (Petitioner), hereby moves this Honorable Court to grant this motion to amend sentence in accordance with **USSG 4c1.1**. The Defendant is in **(0-1)** guidelines and directly meets the criteria outlined in **USSG 4c1.1**. To include but not limited to: **1)** no terrorism was involved in the above case matters; and **2)** Defendant did not use violence nor was death a result of the above stated case matters. The Defendant contends that he also meets the other eight (8) criteria as well. Mr. Lopez asserts that this motion should be granted for all of the above reasons.



## CERTIFICATE OF SERVICE

I, Jose Luis Aguilar Lopez, et al., (Petitioner), do hereby certify under the penalty of perjury, 28 U.S.C. § 1746, that I served a true and correct copy of the foregoing document(s): RELEVANT MOTION TO AMEND USSG 4c1.1

Which pursuant to Houston v. Lack, 487 U.S. 266, 101 L. Ed 2d 108 Ct. 2379 (1988), is deemed filed at the time it was hand delivered to prison authorities for forwarding to the court, and service upon parties to litigation, and/or their attorney(s) of record.

I have placed the material reference above in a properly sealed envelope with first-class postage (stamps) affixed, and I addressed it to: Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Ave, Room 8, Miami Florida 33128, and deposited the said envelope via hand delivered to mail room staff at the Federal Correctional Institution Medium Pollock on this November 7 day of 2023.

By /s/ Jose Luis Aguilar Lopez
Jose Luis Aguilar Lopez, (Petitioner)
F.C.I. Pollock Medium
P.O. Box 4050
Pollock, La. 71467

PRO SE REPRESENTATION



Jose Luis Aguilar Lopez #02007-104
Federal Correctional Institution
P.O. Box 4050
Pollock, La 71467

US POSTAGE PAID
$0.00
Origin: 71467
10/31/23
2171761467-08

PRIORITY MAIL®
2 Lb 12.70 Oz
RDC 03
EXPECTED DELIVERY DAY: 11/02/23
C075
SHIP TO:
400 NORTH MIAMI AVE
MIAMI FL 33128-1801

Wilkie D. Ferguson Jr. United States Courthouse
400 North Miami Avenue, Room 8
Miami, Florida 33128

LEGAL MAIL