IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

JOSE LUIS AGUILAR LOPEZ, et al.    )
     Petitioner,              )
                             )
                             )
v.                           )  CASE NO.: 13-CR-20911-COOKE
                             )
                             )
UNITED STATES OF AMERICA,     )
     Respondant.           )

FILED BY MC D.C.

NOV 0 6 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

RELEVANT MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)—(1)—(A) (1)
FOR COMPASSIONATE RELEASE PURPOSES ONLY OF FIRST STEP ACT

     COMES NOW, Jose Luis Aguilar Lopez, et al. (Petitioner), hereby appearing pro

se by means of Haines v. Kerner, 404 U.S. 519-520 (1972), Where a Court has a duty

to hold pro se litigants to a lesser stringent standard than those drafted by a

licensed attorney. Id. In addition see United States v. Guerrero, 488 F.3d 1313

10th Cir. (2007), Where a Court has an obligation to construe a pro se motion so

that it may conform to the appropriate procedural rule. Id.

RELEVANT JURISDICTION

§ 3582. IMPOSITION OF A SENTENCE OF IMPRISONMENT

     (a) Factors to be considered in imposing a term of imprisonment. The Court,

in determining whether to impose a term of imprisonment, and, if a term of

imprisonment is to be imposed, in determining the length of the term, shall

consider the factors set forth in section § 3553(a) 18 USC § 3553(a) to the

extent that they are applicaple, recognizing that imprisonment is not an

appropriate means of promoting correction and rehabilitation. In determining

whether to make a recommendation concerning the type of prison facility

appropriate for the defendant, the Court shall consider any pertinent policy statements issued by the Sentencing Commission pursuant to 28 U.S.C, 944(a)(2).

(c) Modification of an imposed term of imprisonment. The Court may not modify a term of imprisonment once it has been imposed except that--

(1) in any case--

(A) the Court, upon motion of the Director of the Bureau of Prisons, or upon motion of the defendant after the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons to bring a motion on the defendant's behalf or the lapse of 30 days from the receipt of such a request by the Warden of the defendant's facility, whichever is earlier, may reduce the term of imprisonment (and may impose a term of probation or supervised release with or without conditions that does not exceed the unserve portion of the original term of imprisonment), after considering the factors set forth in section § 3553(a) [18 USC § 3553(a)] to the extent that they are applicable, if it finds that--

(i) extraordinary and compelling reasons warrant such a reduction.

### RELEVANT ADMINISTRATIVE REMEDY

Petitioner Lopez puts the Court on judicial notice as to him exhausting his administrative remedy; 18 § 3582(c)(1)(A), United states v. Larry Thomas, 2020 U.S. Dist 164331 11th Cir but before they make such request, defendants must ask the Federal Bureau of Prison (BOP) to do so on their behalf, give the BOP thirty days to respond and exhaust any available administrative appeals, 18 USCS § 3582(c)(1)(A). See exhibit "B".

### RELEVANT FACTUAL BACKGROUND

Mr. Lopez is charged by way of indictment, with one count of conspiracy to possess with intent to distribute five (5) kilograms or more of cocaine in violation of 46 U.S.C. § 70503(a)(1), 70506(b), and 21 U.S.C. § 960(b)(1); and one count of possession with the intent to distribute five (5) kilograms or more of cocaine in violation of the same. (DE:17).

The complaint charges that on or about November 5, 2013, "while on routine patrole in the Eastern Pacific Ocean, a United States marine patrole aircraft sighted three panga-style vessels approximately 120 nautical miles southwest of the El Salvador-Guatemala land border." This, however, is inconsistent with the Coast Guard reports and statements. The Law Enforcement Case Package Checklist, prepared by the United states Coast Guard stated that the vessel, Cristiano Ronaldo, was first noticed when it was 98 nautical miles from Guatemala. (Law Enforcement Case Package Checklist, PartII, p.7). Coast Guard Officer Ligsay's statement, Coast Guard Officer Justin Laragione's statement, and Coast Guard Officer Heriberto Arambula's statement, all agree that the vessel was spotted about 98 miles southwest of the coast of Guatemala. (Witness Statements). Yet, the consolidated EPAC Boarding Alpha Report, also prepared by the Coast Guard, listed the initial position of the vessel as 90 nautical miles from Puerto Quetzal. (Consolidated EPAC Boarding Alpha Report).

### RELEVANT POINTS AND AUTHORITIES

PETITIONER LOPEZ IS ENTITLED TO A REDUCTION OF HIS SENTENCE AND PURSUANT TO THE COMPASSIONATE RELEASE PROVISION OF THE COVID-19

First Point of Error:

NOW COME, Jose Luis Aguilar Lopez, (Petitioner), hereby through pro se means, respectfully files this principle motion in an abundance of caution for

purposes of resentencing under the First Step Act.

Petitioner Lopez, contends that this Court is ripe to consider in its assesements as to whether or not a sentence reduction is appropriate in this case is the current COVID-19 pandemic, and the dangers to prisoners associated with it. Mr. Lopez is currently housed at Federal Correctional Institution Pollock Medium. The facility has seen both staff and prisoners infected with the virus. see, https://www.bop.gov/coronavirus/.

Petitioner Lopez asserts that his health condition may become less important if and when the pandemic ceases, the pandemic itself has not only posed a threat to Lopez's health but has made his incarceration more harsh, and effectively more punitive than could have been expected by the sentencing court. Detention during the pandemic has been extremely difficult.... There's no question that it has been more harsh than normal times. Petitioner Lopez contends that the constant lock-downs that the pandemic caused were more like punishment. Petitioner Lopez puts this Court on notice that the facility is no longer on lock-down but is on a modified movement that does not consist of being locked-down like they were for the last two (2) years. Even though the virus is slowly rising within F.C.I. Pollock due to the rapid movement the facility is now allowing; see exhibit "H".

Mr. Lopez contends that he is at an increased risk of illness if exposed again to COVID-19 based upon the facility is a step past being on modified lock down, in which the spread of the corona virus is something he cannot control inside the facility.

RISK FACTORS

(4)

HYPERTENSION

According to Petitioner Lopez's last known prison medical records, his blood pressure measured 98.6, and his hypertension is 110 current. The CDC notes that hypertension is one of the risk factor that could possibly make one more likely to get severly ill if exposed to COVID-19. see http://www.cdc.gov/coronavirus/ 2019-ncov/need-extra-precautions/people-with-medical-conditions. Mr, Lopez asserts that these factors, when considering his "back" and hypertension, tilt the balance in favor of finding that he has met the standard of review under the "extraordinary and compelling" exception. Petitioner Lopez contends that the court should qualify him for review for compassionate release. Alongside with catching corona twice here at F.C.I. Pollock Medium; see exhibit "A" of medical records. His conditions is ripe for relief.

Petitioner Lopez asserts that release in this matter will enhance the safety of not only hisself, but also other people and the community. It is safer for other people in the jail, for the staff of the jail and for the community, well beyond that if Lopez is able to exercise self-protective measure in a sanitary, disinfected space, and maintain the type of social distance that other community members are now engaging in. Release will reduce the risk that Lopez or anyone else transmits or receive the infections. When Lopez was initially sentenced, circumstances were different. Especially in a communal enviroment that Lopez now live in. This pose a question as to the substantial risk of Lopez being exposed to COVID-19 regarding his living conditions...

We must keep in mind that living in spaces during quarantine with open toilets within a few feets of their beds, meaning that infection-transmitting fecal and other matter is not contained, and that bodily fluids that contain viruses are

(5)

Aerosolized into the air inside the cell every time either person in the cell uses the toilet, and unabled to access a closed toilet that would not aerosolize bodily fluids into their living spaces because their not allowed out of their cell but every three days and that is to shower. So near-constantly in "close contact" with others, nearly all of whom have not been tested for COVID-19, and unable to choose otherwise. Frequently, in actual physical contact with others, such as correctional officers, kitchen staff, and medical staff, many of whom have not been tested for COVID-19, and unable to opt out this contact. Subjected to frequent intimate contact by correctional staff, many of whom have not been tested for COVID-19, during searches of their person, including having those staff place their hands inside of people's mouth and other body cavities. Lacking regular, uninhibited access to soap, water, tissue, and paper towels, and the jail commissary, upon information and belief, does not stock antiseptic soap. Lacking access to hand santizer that complies with the CDC's guideline of being over 60% alcohol, as it is considered contraband and prohibited inside the FBOP facilities.

We must also not forget that people in the FBOP facilities also lack access to quality, efficient medical care. Although an incarcerated person can fill out paperwork asking to see a member of the medical staff, those slips take at least a day, and sometime more than a week to process. Between the time someone ask to see a medical professional and the time the person is actually seen to be assessed for crucial symptoms such as fever or breathing problems, nor only could their conditions become critical but they could infect their cellmate or anyone else they came in contact with. Further, patients at F.C.I. Pollock are treated by medical staff supervised by medical doctors but who are themselves not doctors, much less infectious disease specialist, internist, pulmonologist, or

emergency medical specialist.

This combination of lack of adequate sanitation, close quarters, and limited medical capacity creates the perfert storm to put people on greater risk of mortality if they are held in custody at the time when COVID-19 enters the facility. And all evidence suggest that there is no way to prevent that from occurring, given the number of newly detained people, staff, and visitors entering and leaving the facility on a daily basis just to keep the basic functions of the facility running. Even if visitors are reduced or halted, the number of people being admitted and released from this facility and the movement of staff in and out, makes attempted containment impossible.

Isolation, segregation or attempted lockdown, for the above reasons are largely futile in the face of the COVID-19 pandemic. We must not forget that COVID-19 can survive in the air, so seperation in a facility where there is still other movement of people, and occasional interaction, will not contain it. Surfaces are still touched-inside cells, in bathrooms and in transports at the very least. And under lockdown, the ability to self protect through bodily movement (such as using elbows instead of hands) is impossible. The number of people moving in and out every day alone creates a risk for someone who is trapped inside and cannot self-protect elsewhere. Further, the reality is that some contact with others-in close proximity and actual contact-is inevitable. Kitchen staff, intake staff, officers and medical staff all interact with incarcerated people as a matter of course. Additionally, growing reasearch demostrates the permanent damages to people done by solitary confinement and isolation within correctional faclities, making attempted containment by isolation an unacceptable-and incompatible-path to pursue toward safety and health.

Mr. Lopez asserts that such punishment should not include a risk of illness or death-for him or anyone else. Mr. Lopez is aware that hypertension alone don't warrant relief.

CRUEL AND UNUSUAL PUNISHMENT

The Eight Admendment prohibits cruel and unusual punishments, which includes lack of access to adequate medical care. see Estelle v. Gamble, 429 U.S. 97 (1976) (finding that "deliberate indifference to prisoner's serious illness or injury constitute cruel and unusual punishment in violation of Eight Admendment"). The Eight admendment is implicated where an incarcerated person's health is placed at risk by their conditions of confinement, even where the jail or prison did not intentionally cause the risk of harm.

Incarcerating an individual purely for punishment under conditions that substantially increase his likelihood of contracting a serious infection creates serious Eight Amendment concerns.

Despite issuing self-reporting screenings to employees and upon information and belief, some visitors upon entering its facility, the FBOP has not-and cannot-come close to meeting its constitutional obligations to protect those in custody. This current situation calls for, in addition to a variety of internal protective measures (including testing, disinfecting, and increasing bodily autonmy to protect oneself), considering the release of people in custody to decrease exposure for anyone, and to ease the burden on the FBOP.

For all the reasons, release in this matter will enhance the safety of not only Mr. Lopez but also other people and the community. When Mr. Lopez was actual  sentenced, the circumstances were much different and this Court should how consider a very different reality than it did in February 13, 2015 for the above reasons regarding "Lopez's"  constitutional rights, health and safety

(8)

and potential mortality are threatened by this incarceration.

Mr. Lopez also states that according to the CDC, being overweight and possibly having hypertension can make one more likely to get severly ill from COVID-19.

Mr. Lopez contends that he has established that he has an "extraordinary and compelling" reason that makes him eligible for consideration for compassionate release. The petitioner's age, length of incarceration, and measure of rehabilitation weigh in favor for finding an extraordinary and compelling reason justifying review. The petitioner is 50 years old; he has been incarcerated for 10 plus years now. His rehabilitation coursework while incarcerated, minimal disciplinary record, and family ties and non-drug charge should satisfy this Court's concern to rehabilitation. "C".

Mr. Lopez has contracted the corona virus twice (2) during his time of imprisonment; see exhibit "A" of medical records. During Lopez's second time of contracted COVID-19, he took it up on his own to get both of the booster shots to help him from contracting any new corona virus that his body might can't handled. We must keep in mind that the availability of booster shots to the extent they are necessary to prevent severe illness or death due to waning immunity. This court should act independently with appropriate discretion giving the rise of new virus variants. Given how rapidly the above eligibility calculus can change, it would be prudent for this court in this compassionate release case to decide whether Mr. Lopez has demostrated his non-dangerousness, regardless of any elgibility determination. That is not to say that Lopez's receipt of a vaccine is just another factor of undifferentiated significance.

## MR. LOPEZ'S BACK CONDITION

Also in this instant matter, Mr. Lopez also submitted in his compassionate release motion, was that the increase and severity of the pain in his back that has him unable to fully provide self care for his self without the help of his cell-mate. On a couple of occassion, Lopez's cell-mate had to help him wipe his butt after his bathroom use. On the date of the incident, Mr. Lopez was doing his orderly job while the facility was on lockdown. The housing unit Lopez lived in was being fed in styrofoam trays. The trays were affixed in a rubber made hot box. Mr. Lopez and another dorm orderly was trying to carry the hot box up the housing unit stairs to the top tier of the housing unit so they can feed the top tier housing unit.

Some how the hot box became very unstabled and both orderlies lost control of the hot box while they were on the stair-way. Unfortunately Mr. Lopez was at the bottom end of the cart. When they lost control of the cart, Mr. Lopez fell on his back on the stair way and the food cart fell on him as well. Mr. Lopez went to the medical several days later because the pain became very sever on him. Mr. Lopez tried Icy Hot medicine on his on occord until the pain didn't allow him to self care of his self any more without being seen by a doctor. Since then Mr. Lopez has being seeing the doctor about his back because the pain has been sever. The medical staff ordered that Mr. Lopez be placed on a light duty status until farther notice. Mr. Lopez has not been performing his unit orderly job since the incident because he has been in sever pain since the incident. Mr. Lopez is now seeking a back-brace, wheelchair.

Mr. Lopez contends that his medical condition regarding his back should qualify him for review for compassionate release. Mr. Lopez's back condition is ripe for relief.

THIS COURT HAS ALL AUTHORITY TO RESENTENCE MR. "LOPEZ" UNDER THE RELEVANT § 3582 (C) (A) (i) FOR ALL REASONS OF EXTRAORDINARY AND COMPELLING REASONS THAT ARE PRESENTED HERE FOR JUDICIAL REVIEW

With changes made to the compassionate release statute by the First Step Act, courts need not await a motion from the Director of BOP to resentence prisoners to time served under 18 U.S.C. § 3582(c)(1)(A)(i) for "extraordinary and compelling reasons." Mr. Lopez contends that his case reflects that dichotomy. The First Step Act provision overturned 30 years of history, But at the same time it often did more than shift discretion from the Bureau of Prisons ("BOP") to the courts. We must not forget to decide whether the First Step Act empowered district courts evaluating motions for compassionate release to consider any extraordinary and compelling reason for release that a defendant might raise, or whether courts remain bound by U.S. Sentencing Guidelines Manual (Guidelines or U.S.S.G.) § 1B1.13 Application Note 1 (D) (Application Note 1 (D)), which makes the Bureau of Prisons the sole arbiter of whether most reasons qualify as extraordinary and compelling.

Neither Apllication Note 1(D), nor anything else in the now-outdated version of Guideline § 1B1.13, limits the district courts discretion. Nor can we say, as a matter of law, that a court would abuse his discretion by granting someone compassionate release on this record. We must not forget that a court bears remembering that compassionate release is a misnomer. 18 U.S.C. § 3582(c)(1)(A) in fact speaks of sentence reduction.

Mr. Lopez do asserts that his basis for release is just not based on COVID-19 concerns itself, and Lopez too is aware that explaining that "the mere existence of COVID-19 in in society and the possibility that covid-19 may spread to a particular prison alone cannot independently justify compassionate release.

(11)

THE FACTOR UNDER 18 U.S.C. § 3553(a)
SUPPORT A REDUCTION IN MR. LOPEZ'S
TERM OF IMPRISONMENT.

If this court finds that Lopez has establishe "extraordinary and compelling

reasons," this court must consider the factors set forth in 18 USC § 3553(a). See

18 U.S.C. 3582 (c) (1) (A). The court must consider the nature and circumstances-----

[cite 3553(a) factors (1-6)]. The court at the time saw fit to impose a severe

penalty for the non-drug offense. None the less, Mr. Lopez has been imprisoned

now for nearly 11 years for a sentencing scheme that consisted of fifteen years.

Futhermore, and most importantly, Lopez rehabilitation weighs in his favor

of a reduction or immediately release. Despite his institutional sanctions, the

court must equally give weight to his accomplishments while incarcerated. Mr.

Lopez has accomplished more than ___7___ programs. Evidence of post sentencing

rehabilitation sheds light on the "need for the sentence imposed..."

Despite the alleged severity of Mr. Lopez's sentence, a reduction would

not short-change the government. Lopez asserts that his sentence is longer than

necessary to achieve the goals of sentencing that is explained in 18 U.S.C. §

3582. "C".

MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)(i),
THE FIRST STEP ACT IN LIGHT OF GEOGRAPHIC DISPARITIES AND BOP DETERMINATION
IN COMPASSIONATE RELEASE MOTIONS, IN COMBINATION WITH OTHER FACTORS, MAY
CONSTITUTE EXTRAORDINARY AND COMPELLING CIRCUMSTANCES WARRANTING A
REDUCTION OF SENTENCE.

Second Point of Error:

Based on the revelations, Petitioner Lopez' sentence is extraordinary for what

has caused it. Lopez contends that the First Step Act inspired a lively debate about

the BOP, and district court's discretion to reduce sentences under § 3582(c)(1)(A).

(12)

MANUFACTURING JURISDICTION

A.

Boat location

In an abundance of caution, Petitioner Lopez contends that he was still in Quatemala waters when the vessel he was occupying was approached by the United States Coast Guard.

The complaint charges that on or about November 5, 2013, "while on routine patrole in the Eastern Pacific Ocean, a United States marine patrol aircraft sighted three (3) panga-style vessels approximately 120 miles Southwest of El Salvador-Guatemala land border." This however, is incosistent with the coast guard's report and statements. The Law Enforcement Case Package Checklist, prepared by the United States Coast Gaurd stated that the vessel, Cristiano Ronaldo, was first noticed when it was 98 nautical miles from Guatemala. (See exhibit "F" of Law Enforcement Case Package Checklist, Part II page 7). Coast Guard Officer Ligsay's statement, Coast Guard Officer Justin Laragione's statements, and Coast Guard Officer Heriberto Arambula's statement, all agreed that the vessel was spotted about 98 miles Southwest of the coast of Guatemala. (Witness Statements).

Based on the revelations, to the contrary, that means that the vessel Mr. Lopez was occupying was actually in Guatemala waters and not international waters. Here the government failed to prove that the vessel was in United States waters. The International Court of Justice (ICJ) recently found that nations exercise full sovereignty over waters within 200 nautical miles from their respective coasts. Yet, in this case, the Government did not establish that the alleged incident occurred on the high seas. Here the Government's inconsistent reports do not allege that the cocaine/vessel was anywhere near 200 nautical miles from Guatemala.

(13)

The fact that the district court's assertion as to the jurisdictional aspect of this case as to where the vessel's location was at, were all unverified. Require that those factual allegations be ignored in this case. The Government however, relied exclusively on unsuporrted records to support their reason for jurisdiction to hear Mr. Lopez's case as to Lopez's vessel  being anywhere near <u>200</u> nautical miles from Guatemala. This conduct indeed caused Mr. Lopez to be prejudice as to the allege offense that occurred in the territorial waters of Guatemala.

<u>Questions</u>

Petitioner  Lopez contends that this case in its scenario was true but all the events that occurred was really panga vessel#2 that got away from the coast guard on November 5, 2013. So it was logic for the coast guard to place the events on Lopez and his crew members. Within Officer Lisay  report, he allegedly said that he questioned panga vessel#2 Clara Luz, and that it had a 5 man crew on it. See exhibit "E"of highlighted portion.

B.

<u>IONSCAN:SWIPE</u>

Also in this matter, the coast guard relied heavily on the Ionscan Swipes at the 11th hour after realizing that they were unsuccessful with their search of panga vessel#1 Cristiano Ronaldo; in which the search was to no avail because no drugs were found on the vessel and no <u>recording</u> was submitted to verify that Mr. Lopez and his crew jettison any alleged packages off of their vessel that they were occupying. It was immature for the coast guard to make a pure factual determination that Lopez was engaging in criminal activity with panga vessel#2 because their report did   indicate that they found drugs on Lopez vessel.

The coast guard used the Ionscan Swipes to link Lopez to the conspiracy.

(14)

We must keep in mind that the vessel Lopez and his crew was occupying was indeed a boat rental. So any and anybody could have had drugs on the vessel prior to Lopez renting the boat for fishing purpose. So therefore, any trace of cocaine that was detected could have came from any other person who rented the boat prior to Lopez; see exhibit"G" of Ionscan Recording Sheet, and Report of Investigation.

In an abundance of caution, Mr. Lopez asserts that he was still in Guatemala waters when apprehended by coast guards. Petitioner Lopez contends that the coast uard's use of <u>false statement</u>, omissions of <u>material fact</u>, and <u>bad faith</u> to actually gain jurisdiction was by way of manufacturing jurisdiction. Because there was no drugs found on the vessle that Petitioner Lopez was occupying at the moment of the coast guard's approach. The government failed to prove that the vessel Lopez was on  was subjected to the jurisdiction of the United States, and that he possessed or conspired to posses a controlled substance, and/or in the United States water.

At bar, to the contrary, the coast guard failed to provide proof of contact to the Guatemala authorities as to the registration of the vessel, and the drugs as well that they found. This contact was never presented in record evidence form by <u>radio</u>, <u>telephone</u>, or similar <u>oral</u>, or <u>electronic</u> means as well. The coast guard knew that if they would have contacted the Guatemala authorities and would have notified them that they were <u>98</u> miles from their shorelines. The Guatemala authorities would have gotten involved, and this circumstance would have became a jurisdictional issue as to who water the crime occurred in.

COAST GUARD'S PROOF OF CONTACT WITH GUATEMALA

Here the coast guard alleged that they contacted Guatemala authorities to verify the registry of the vessel that Lopez was occupying. In this particular matter there was no proof submitted on the record of such contact. There were no

recording, telephone records, or electronic means to show proof of that contact. There was no proof in this particular matter as to any contact with Guatemala authorities.

In this matter, Officer Ligsay's report as to the position of each vessel clearly show that the drugs they found that was jetssoned off of the boat clearly points to Vessel Clara Luz; coast guard's position 12-37N,091-51W. So when Clara Luz have gotten away from the coast guard. Then the coast guard apprehended Vessel Cristiano Ronaldo and placed the drugs on Lopez and his crew members. See exhibit "D" page 36 and "E" not one bale but several bales of drugs.

We must not forget that vessel #2 Clara Luz fled the scene successfully and was never questioned by the coast guard. See exhibit "D" page 49-50 of the United State Coast Guard Justin Brown. This indeed contradicted Officer Ligsay's statement as to questioning Vessel Clara Luz. The coast guard's use of false statements and false impression of material evidence gave them jurisdiction over the vessel Lopez was occupying. Here there are multiple inconsistencies with each coast guard's report as to the questioning of Vessel Clara Luz etc..

In a abundance of caution, this Court should take a hard look at exhibit "F" page 31. The report clearly states that Lopez's vessel was in Guatemala waters at the beginning and end of the incident.

Mr. Lopez contends that his circumstance should be considered under the Attorney General Department Policy doctrine, Catch All Provision, and the Proposed Amendment as well.

MR. LOPEZ'S COMPASSIONATE RELEASE MOTION SHOULD BE CONSIDERED UNDER THE
DEPARTMENT POLICIES REGARDING CHARGING, AND SENTENCING IN DRUG CASES BY
THE BOP AND THE DISTRICT COURT.

Third Point of Error:

In a abundance of caution, This Court should consider this relevant matter for
reasons of that this policy applies with particular force in drug cases brought
under Title 21 of the United States Code, where mandatory minimum sentences based on
drug type quantity have resulted in disproportionately severe sentences for certain
defendants and perceived and actual racial disparities in the criminal justice system.

This matter should be consider under the relevant doctrine of extraordinary and
compelling reasons other than, or in combination with reasons discribed in sections
A through C. Here the BOP and the district court should consider this relevant matter
for reasons of:

1) That Mr. Lopez's conduct does not involve the use of violence, the credible
threat of violence, the possession of a weapon, the trafficking of drugs to or with
minor, or the death or serious bodily injury to any person;

2) That Mr. Lopez is not an organizer, leader, manager or supervisor of others
within a criminal organization;

3) That Mr. Lopez does not have significant ties to large-scale drug trafficking
organizations, gangs, or cartel; and

4) That Mr. Lopez does not have a significant criminal history at all.

In short, Mr. Lopez asserts that his sole purpose of this argument is not attended
to remove the BOP's exclisive authority over filing section 3582(c)(1)(A) motions.
Based on the relvelations, Mr. Lopez requests the BOP input on what reasons not
expressly listed in 1B1.13 can be considered extraordinary and compelling in his
instant matter. In other words, Lopez request the BOP to use its discretionary

(17)

powers to determine if any of the relevant circumstances Mr. Lopez put before the
BOP, and the district court for judcial review has the potential to be considered
extraordinary and compelling with reasons other than, or in combination with the
reasons discribed in subsection (A) through (C).

While the Bureau of Prisons (BOP) is still given the first opportunity to
decide a compassionate release motion, and may still bring a motion on a defendant's
behalf, under Congress' mandate a defendant now has recourse if BOP either declines to
support of fails to act on that defendant's motion. As the First Step Act of 2018,
Pub. L. 115-391, 132 Stat. 5194, states, a defendant may go to court after the
defendant has fully exhausted all administrative rights to appeal a failure of the
Bureau of Prisons to bring a motion on the defendant's behalf or the laspe of 30
days from receipt of such a request by the Warden of the defendant's facility.
Whichever is earlier, 18 U.S.C. § 3582(c)(1)(A).

Mr. Lopez asserts that 994(t) is relevant in this matter; "The Commission; in
promulgating general policy statement regarding the sentencing modification provisions
in section 3582(c)(1)(A) of Title 18, shall describe what should be considered
extraordinary and compelling reasons for sentence reduction; including the criteria
to be applied and a list of specific examples. Rehabilitation of the defendant alone
shall not be considere an extraordinary and compelling reason.

Based on the revelations, Mr. Lopez contends that his rehabilitaion, medical
conditions, and sentence disparity, jurisdictional matter, and bad faith on the
Government indeed is ripe for judicial review by the BOP and the district court
and that such a showing has been made by Mr. Lopez.

Also in this matter, 28 U.S.C. § 994(a)(2)(c) is also relevant in this matter
as well; (a) The commission by affirmative vote of at least four members of

(18)

the Commission, and pursuant to its rules and regulations and consistent with all pertinent provisions of any Federal Statute shall promulgate and distribute to all courts of the United States and to the United states Probation System--- (2) general policy statements regarding application of the guidelines or any other aspect of sentencing or sentence implementation that in the view of the Commission would further the purpose set forth in section 3553(a)(2) of title 18, United States Code, including the appropriate use of---- (c) the sentence modification provision set forth in sections 3563(c), 3564, 3573, and 3582(c) of title 18.


CATCH-ALL PROVISION ALLOWING FOR OTHER UNIDENTIFIED EXTRAORDINARY AND COMPELLING -REASONS "[A]S DETERMINED BY THE DIRECTOR OF THE BUREAU OF PRISONS."

Mr. Lopez request that the Warden, and Bureau of Prisons consider his compassionate release under the doctrine of 28 U.S.C. § 994(t) when considering if Mr. Lopez showed and meet the BOP's requirements as to extraordinary and compelling reasons. In other words, base its findings as to the 2007 guideline admendment also introduced what has come to be known as the catch-all clause: compassionate release is warranted if, "[a]s determined by the Director of the Bureau of Prisons, there exists in the defendant's case an extraordinary and compelling reason other than, or in combination with, the reasons described in [the other parts of the guidelines].

Mr. Lopez humbly request that the Warden or the BOP involke the catch-all provision allowing for other unidentified extrordinary and compelling reasons "[a]s determined by the Director of the Bureau of Prisons.

PROPOSED AMENDMENT TO U.S.S.G. 1B1.13-REDUCTION IN TERM OF IMPRISONMENT UNDER 18 U.S.C. § 3582(C)(1)(A).

(19)

Synopis: The proposed amendment would revise the list of "extraordinary and compelling reasons" in 1B1.13 in several ways:

First, the proposed amemdment would move the list of extraordinary and compelling reasons from the Commentary to the guideline itself as a new subsection(b). The new subsection (b) would set forth the same three categories of extraordinary and compelling reasons currently found in Application Note 1(A) through (C) (with the revision described below), add two new categories, and revise the "Other Reasons" category currently found in application Note 1(D). New subsection (b) would also provide that extralordinary and compelling reasons exist under any of the circumstances, or a combination thereof, described in such categories.

Second, the proposed amendment would add two new subcategories to the "Medical Condition of the Defendant" category at new subsection (b)(1). The first new subcategory is for a defendant suffering from a medical condition that requires that requires long-term or specialized medical care, without which the defendant is at risk of serious deterioration in health or death, that is not being provided in a timely or adequate manner. The other new subcategory is for a defendant who presents the following circumstances: (1) the defendant is housed at a correctional facility affected or at risk of being affected by an ongoing outbreak of infectious disease or an ongoing public health emergency declared by the appropriate governmental authority; (2) the defendant is at increased risk of suffering sever medical complications or death as a result of exposure to the ongoing outbreak of infectious disease or ongoing public health emergency; and (3) such risk cannot be mitigated in a timely or adequate manner.

Third: the proposed amendment would modify the "Family Circumstances" category at new subsection (b)(3) in three ways. First, the proposed amendment

would revise the current subcategory relating to the death or incapacitation of
the caregiver of a defendant's minor child by making it also applicable to a
defendant's child who is 18 years of age or older and incapable of self care
because of a mental or physical disability or a medical condition. Second, the
proposed amendment would add a new subcategory to the "Family Circumstances"
category for cases where a defendant's parent is incapacitated and the defendant
would be the only available caregiver for the parent. Third, the proposed amendment
brackets the possibility of adding a more general subcategory applicable if the
defendant presents circumstances similar to those listed in the other subcategories
of "Family Circumstance" involving any other immediate family member or an individual
whose relationship with the defendant is similar in kind to that of an immediate
family member.

Fourth: the proposed amendment brackets the possibility of adding two new
categories: (1) Victim of Assault ("The defendant was a victim of sexual assualt
or physical abuse resulting in serious bodily injury committed by a correctional
officer or other employee or contractor of the Bureau of Prisons while in custody.").;
and (2) Changes in Law ("The defendant is serving a sentence that is inequitable
in light of changes in the law.").

Fifth: the proposed amendment would revise the provision currently found in
Application Note 1(D) of 1B1.13. Three options are provided. All three options
would redesignate this category as "Other Circumstances" and expand the scope of
the category to apply to all motions filed under 18 U.S.C. 3582(c)(1)(A), regardless
of whether such motion is filed by the Director of the BOP or the defendant.
Option 1 would provide that this category of extraordinary and compelling reasons
applies in cases where a defendant presents any other circumstance or a combination

(21)

of circumstances similar in nature and consequence to any of the circumstances described in new subsection (b)(1) through [(3)][(4)][(5)] of 1B1.13. Option 2 would provide that this category applies if, as a result of changes in the defendant's circumstances [or intervening events that occurred after the defendant's sentence was imposed], it would be inequitable to continue the defendant's imprisonment or require the defendant to serve the full length of the sentence. Option 3 would track the language in current Application Note 1(D) of 1B1.13 and apply if the defendant presents an extraordinary and compelling reasons other than, or in combination with, the circumstances described in paragraphs (1) through [(3)] [(4)][(5)].

Finally, the proposed amendment would move current Application Note 3 (stating that, pursuant to 28 U.S.C. 994(t), rehabilitation of a defendant is not by itself, an extraordinary and compelling reason for purposes of 1B1.13) into the guideline as a new subsection (c). In addition, as conforming changes, the proposed amendment would delete application notes 2 (concerning the foreseeability of extraordinary and compelling reasons), 4 (concerning a motion by the Director of the Bureau of Prisons), and 5 (concerning application of subdivision 3), and make a minor technical change to the Backgroung commentary.

Mr. Lopez asserts that the BOP, and district court should consider the above amendments that will be soon ripe for judicaial review.

(22)

RELEVANT RELEASE PLAN

Mr. Lopez contends that granting him compassionate release at this juncture would reflect the seriousness of his alleged crime, promote respect for the law, provide just punishment for the offenses and afford general or specific deterrence for similar offenses. Mr. Lopez also asserts that he is not a danger to the american community or the community in Guatemala as well.

Based on the revelations, Lopez's release plan to a remote area of Guatemala should be sufficient to mitigate the danger the he would fall back into any criminal conduct on America's soil ever again.

PLACE OF RESIDENCE

Mr. Lopez will be residing by his mother's house only when ever he is released from prison. Lopez will help his mother with the bills that she is now struggling with, and help his mother take care of his little brother who legs were ampeted because of sugar diabetes. "I".

OCCUPATION OF TIME

While in the process of staying with his mother. Lopez will be working at the port of Guatemala. Lopez will be loading all kind of fish for the port. This is a very hard job that consist of loading heavy boxes of fish thats packed into ice. This is a twelve (12) hour a day job. When Lopez do make it home, he will still have to attend to his little brother to a degree. So there will be nothing left for Mr. Lopez to do but shower and sleep. There will be no time for idle time in release plan.

SUPPORT FOR SELF

Mr. Lopez contends that he will work for the Port of Guatemala to support hisself and his mother and brother. While he's working for the port, he will save

(23)

his money so he can purchase his own fishing boat. This process will take a couple of years to accomplish.

## AVOID FUTURE CRIMINALITY

Based on the revelations, Mr. Lopez do not have a criminal history in Guatemala. Mr. Lopez is a bonafied fisherman who was on the wrong boat at the wrong time. So the time it will take Lopez to save the money to buy his own boat will have hime very busy.

So when Mr. Lopez purchase his own boat, he will be in total control because he will be the captain of the boat. That means he will be in controll of what come in and out of his boat. Lopez will be fishing for Squid Fish when ever he purchase his own boat. The Squid Fish is a delicacy meat in Guatemala. This particular fish catching will have lopez financially above water because in Guatemala, that particular fish pays well. Also Lopez will make sure he is not in america's water, 200 nautical miles in Guatemala waters only. This will help him avoid any contact with America's law enforcements. This will help Lopez provide a better living for him and his family. Mr. Lopez contends that his release plan will consist of being in Guatemala only, and he will never enter America's water ever again.

RELEVANT CONCLUSION

WHEREFORE, PREMISES CONSIDERED, Based on the revelations, and these relevant issues alone, a remand in this case for recalculation for a guideline sentence in accordance with the relevant Memorandum from the Attorney General, Proposed Amendment to U.S.S.G. 1B1.13, and all relevant extraordinary circumstances Mr. Lopez presented to the Director of the FBOP, and the district court for judicial review, should warrant a reduction in his sentence or immediate release back to Guatemala because he is not a danger to the community in America, or Gautemala.

Mr. Lopez contends that despite the severity of his sentence, a reduction will not short-change the Government. Lopez asserts that his sentence is longer than necessary to achieve the goals of sentencing that is explained in 18 U.S.C. § 3582.

(25)

CERTIFICATE OF SERVICE

I, Jose Luis Aguilar Lopez, et al., (Petitioner), do hereby certify under the penalty of perjury, 28 U.S.C. § 1746, that I served a true and correct copy of the foregoing document(s): RELEVANT MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(c) (1) (A) (i); COMPASSIONATE RELEASE, AND FIRST STEP ACT.

Which pursuant to Houston v. Lack, 487 U.S. 266, 101 L. Ed 2d 108 Ct. 2379 (1988), is deemed filed at the time it was hand delivered to prison authorities for forwarding to the court, and service upon parties to litigation, and/or their attorney(s) of record.

I have placed the material reference above in a properly sealed envelope with first-class postage (stamps) affixed, and I addressed it to: Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Ave, Room 8, Miami Florida 33128, and deposited the said envelope via hand delivered to mail room staff at the Federal Correctional Institution Medium Pollock on this November 7 day of 2023.

By /s/ _Jose Luis Aguilar Lopez_
Jose Luis Aguilar Lopez, (Petitioner)
F.C.I. Pollock Medium
P.O. Box 4050
Pollock, La. 71467

PRO SE REPRESENTATION

# EXHIBIT

# A

LOPEZ'S MEDICAL RECORDS

## Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M    Race: WHITE | Facility: | POM |
| Note Date: | 02/22/2022 13:43 | Provider: | Smith, J NP | Unit: | E04 |

Review Note - Consultation Report Review encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Smith, J NP
Optometry Evaluation 2/15/22

**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 03/22/2022 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

Labs requested to be reviewed by:        Markey, J. MD

Schedule:

| **Activity** | **Date Scheduled** | **Scheduled Provider** |
|---|---|---|
| Optometry Exam | 02/22/2024 00:00 | Optometrist |

Optometry Recommendations 2/15/22

1. RX. FOR SPECS... STRESS COMPL. C/ WEAR VS. BCVA AND PROTECTION OF VA.
2. STRESS WELLNESS PRACTICES AND COMPL. C/ TX. / MEDICAL REGIMENS VS. RISK OF LOV 2ND TO SYSTEMIC DZ.
3. SCHEDULE OPTOMETRY EXAM FOR CEE IN 2 YRS. AS SCHEDULED BY HIT STAFF.
4. K-ARCUS... REC. CHOLESTEROL CHK AND MGMT. ACCORDINGLY C/ DIET AND EXERCISE COUNSELING
DISCUSSED C/ PT. TODAY.

**Copay Required:** No        **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Smith, J NP on 02/22/2022 13:44

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M Race: WHITE | Facility: | POM |
| Encounter Date: | 02/15/2022 12:21 | Provider: Barry, Timothy OD | Unit: | E04 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1**        Provider:  Barry, Timothy OD

Chief Complaint:  Eyes/Vision Problems

Subjective:  49 Y.O.H..M. DENIES DIA / HTN/ GLA PRESENTS FOR REFR. EXAM C/ BLURRED VA X YRS.

**Pain:**  No

**Vision Screen** on 02/15/2022 12:22

**Blindness:**

| **Distance Vision:** | Right Eye: 20/100 | Left Eye: 20/100 | Both Eyes: |
|---|---|---|---|
| **Near Vision:** | Right Eye: | Left Eye: | Both Eyes: |

**With Corrective Lenses**

| **Distance Vision:** | Right Eye: 20/20 | Left Eye: 20/20 | Both Eyes: |
|---|---|---|---|
| **Near Vision:** | Right Eye: | Left Eye: | Both Eyes: 20/20 |

**Present Glasses - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | | | | |
| L: | | | | |

**Refraction - Distance**

| | Sphere | Cylinder | Axis | Add |
|---|---|---|---|---|
| R: | +2.75 | -0.25 | 80 | +1.5 |
| L: | +3.00 | -0.50 | 85 | +1.5 |

**Color Test:**

**Tonometry:**  L: 12        R: 12

**Comments:**  TA AT: 12:24 PM

**OBJECTIVE:**

**Exam Comments**

EOM: F AND S/ VF: FTFC / P ERRLA
SLE: ARCUS / PING. N / T / N.S. CAT OU
DFE:  RETINAL TISSUES CLEAR AND STABLE OD AND OS
C/D: .1/.1  OD AND OS S/ HEMES, EDEMA NOR OTHER SIGNS OF RETINOPATHY NOTED OU.

**ASSESSMENT:**

Astigmatism, H52209 - Current

Corneal degeneration, unspecified, H1840 - Current - *K ARCUS.*

Hypermetropia, H5200 - Current

Presbyopia, H524 - Current

**PLAN:**

**Disposition:**

Return Immediately if Condition Worsens

| | | | |
|---|---|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | | Reg #:  02007-104 | |
| Date of Birth:   06/25/1972 | Sex:   M   Race:  WHITE | Facility:  POM | |
| Encounter Date: 02/15/2022 12:21 | Provider:  Barry, Timothy OD | Unit:   E04 | |

Return To Sick Call if Not Improved

**Other:**

1. RX. FOR SPECS... STRESS COMPL. C/ WEAR VS. BCVA AND PROTECTION OF VA.
2. STRESS WELLNESS PRACTICES AND COMPL. C/ TX. / MEDICAL REGIMENS VS. RISK OF LOV 2ND TO SYSTEMIC DZ.
3. SCHEDULE OPTOMETRY EXAM FOR CEE IN 2 YRS. AS SCHEDULED BY HIT STAFF.
4. K-ARCUS... REC. CHOLESTEROL CHK AND MGMT. ACCORDINGLY C/ DIET AND EXERCISE COUNSELING DISCUSSED C/ PT. TODAY.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/15/2022 | Counseling | Access to Care | Barry, Timothy | Verbalizes Understanding |

**Spec Rx:   Completed on**  02/15/2022 12:27

**Sphere Right:** +2.75

**Sphere Left:** +3.00

**Cylinder Right:** -0.25

**Cylinder Left:** -0.50

**Axis Right:**  80

**Axis Left:**  85

**Bifocal Power Right:**  1.50

**Bifocal Power Left:**  1.50

**Segment Height Right:**  12

**Segment Height Left:**  12

**Segment Width:**  28

**Pupillary Width Distance Right:**  30

**Pupillary Width Distance Left:**  30

**Pupillary Width Near Right:**  29

**Pupillary Width Near Left:** 29

**Frame Material:**  Polycarbonate

**Straight Top:**  X

**28:**  X

**Frame Style:**  NCT1

**Frame Color:**  BLK

**Eye Size:**   51

**Bridge Size:**  17

**Temple Length and Style:**  140

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Barry, Timothy OD on 02/15/2022 12:28

Requested to be reviewed by Smith, J NP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 02/15/2022 12:21 | Provider: | Barry, Timothy OD | Facility: | POM |

**Reviewed with New Encounter Note by Smith, J NP on 02/22/2022 13:43.**

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M      Race: WHITE | Facility: | POM |
| Note Date: | 01/24/2022 14:06 | Provider: | Smith, J NP | Unit: | E04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE **1**      Provider:  Smith, J NP
Inmate tested COVID (+) 1/11/22

Recommended Isolation period completed. Available symptoms screens reviewed. Final COVID Symptom Screen obtained 1/21/22 per Duty RN, inmate denies symptoms.

RECOMMEND D/C Isolation.

**Temperature:**

| **Date** | **Time** | **Fahrenheit** | **Celsius** | **Location** | **Provider** |
|---|---|---|---|---|---|
| 01/21/2022 | 13:45 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

**ASSESSMENTS:**

Confirmed case COVID-19, U07.1 - Resolved

Personal history of COVID-19, Z8616 - Current

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Smith, J NP on 01/24/2022 14:08

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M     Race: WHITE | Facility: | POM |
| Note Date: | 01/11/2022 13:28 | Provider: | Smith, J NP | Unit: | E04 |

Review Note - Report Review encounter performed at Health Services.
**Administrative Notes:**

   ADMINISTRATIVE NOTE   **1**        Provider:  Smith, J NP

   COVID-19 AG point of care testing completed on AGUILAR LOPEZ, JOSE LUIS, register number 02007-104
   at 01/11/2022 10:50 COVID-19 AG: Positive


**ASSESSMENTS:**

Confirmed case COVID-19, U07.1 - Current

Schedule:

| <u>Activity</u> | <u>Date Scheduled</u> | <u>Scheduled Provider</u> |
|---|---|---|
| Screenings | 01/11/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/12/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/13/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/14/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/15/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/16/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/17/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/18/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/19/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/20/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/21/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |

**Disposition:**

   Placed In Isolation


**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Smith, J NP on 01/11/2022 13:29

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M    Race: WHITE | Facility: | POM |
| Note Date: | 01/11/2022 11:02 | Provider: | Johnson, Jessica RDH | Unit: | E04 |

POC Note - Default encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Johnson, Jessica RDH

COVID-19 AG point of care testing completed on AGUILAR LOPEZ, JOSE LUIS, register number 02007-104
at 01/11/2022 10:50
COVID-19 AG: Positive
Reference Range: Negative
Critical Result: Positive
Asymptomatic
Comments: E-4 EXPOSURE

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Johnson, Jessica RDH on 01/11/2022 11:03

Requested to be reviewed by  Smith, J NP.

Review documentation will be displayed on the following page.

### Bureau of Prisons
### Health Services
### Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 01/11/2022 11:02 | Provider: | Johnson, Jessica RDH | Facility: | POM |

**Reviewed with New Encounter Note by Smith, J NP on 01/11/2022 13:28.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | | Reg #:  02007-104 |
| Date of Birth:  06/25/1972 | Sex:   M   Race:  WHITE | Facility:  POM |
| Encounter Date:  12/26/2021 16:02 | Provider:  Markey, J. MD | Unit:   E04 |

Chronic Care - Chronic Care Clinic encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Markey, J. MD

Chief Complaint:   Chronic Care Clinic

Subjective:      Pt with history of resolved h pylori infection, resolved dequervains tenosynovitis. States he is
no longer having abdominal pain or wrist pain. Wants the covid booster. Refused vitals.

**Pain:**           Not Applicable

**Seen for clinic(s):** Gastrointestinal, Orthopedic/Rheumatology

**Removed from clinic(s):** Gastrointestinal, Orthopedic/Rheumatology

**OBJECTIVE:**

**ROS Comments**

CONSTITUTIONAL: No weight loss, fever, chills, weakness or fatigue.
HEENT: Eyes: No visual loss, blurred vision, double vision or yellow sclerae.
ENT: No hearing loss, sneezing, congestion, runny nose or sore throat.
SKIN: No rash or itching.
CARDIOVASCULAR: No chest pain, chest pressure or chest discomfort. No palpitations or edema.
RESPIRATORY: No shortness of breath, cough or sputum.
GASTROINTESTINAL: No anorexia, nausea, vomiting or diarrhea. No abdominal pain or blood.
GENITOURINARY: No Burning on urination.
NEUROLOGICAL: No headache, dizziness, syncope, paralysis, ataxia, numbness or tingling in the extremities. No
change in bowel or bladder control.
MUSCULOSKELETAL: No muscle or back pain, joint pain or stiffness.
HEMATOLOGIC: No anemia, bleeding or bruising.
ENDOCRINOLOGIC: No reports of sweating, cold or heat intolerance. No polyuria or polydipsia.
ALLERGIES: No history of hives, eczema or rhinitis.

**Exam Comments**

PATIENT AAOX3, NO ACUTE DISTRESS.
HEAD: NORMOCEPHALIC, ATRAUMATIC.
EYES: PERRLA, EOMI.
ENT: INTACTED TYMPANIC MEMBRANE BILATERALLY, NO BULGING OR EFFUSION.
PATENT NARES, NO CONGESTION OR DISCHARGED NOTED.
NECK: MIDLINE TRACHEA, FULL ROM, NO JVD, NO LYMPHADENOPATHY, NO THYROMEGALY, NO CAROTID
MURMURS OR BRUITS.
SKIN: NO RASH.
CARDIO: RRR, S1S2, NO MURMURS, RUBS, OR GALLOPS.
PULM: CTAB, NO CRACKLES, RONCHI OR WHEEZING.
ABD: SOFT, NT, ND, BS+, NO RIGIDITY, NO GUARDING.
UPPER EXT: FULL ROM, PALPABLE PULSES.
LOWER EXT:FULL ROM, PALPABLE PULSES. NO PITTING EDEMA BILAT.
NEURO: CN 2-12 GROSSLY INTACT, NO MOTOR DEFICIT, NO GAIT ABNORMALITIES.

**ASSESSMENT:**

Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere, B9681 - Resolved

| Inmate Name:   AGUILAR LOPEZ, JOSE LUIS | | Reg #:      02007-104 |
|---|---|---|
| Date of Birth:    06/25/1972 | Sex:        M    Race:   WHITE | Facility:   POM |
| Encounter Date:  12/26/2021 16:02 | Provider:  Markey, J. MD | Unit:       E04 |

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| COVID-19 Pfizer-BioNTech Vaccine | 12/27/2021 00:00 | Admin 01 |

wants booster, got 1st dose Pfizer 4/13/2021 and 2nd dose Pfizer 5/4/2021

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/27/2021 | Counseling | Access to Care | Markey, J. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Markey, J. MD on 12/27/2021 16:06

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M    Race: WHITE | Facility: | POM |
| Note Date: | 12/15/2021 13:31 | Provider: | Lyons, T. FNP-C | Unit: | E04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**       Provider:   Lyons, T. FNP-C
        Send out PCR COVID order

**New Laboratory Requests:**

| <u>Details</u> | <u>Frequency</u> | <u>Due Date</u> | <u>Priority</u> |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 12/20/2021 00:00 | Routine |
| Labs requested to be reviewed by: | Markey, J. MD | | |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Lyons, T. FNP-C on 12/15/2021 13:32

# Bureau of Prisons
## Health Services
### Vitals All

| Begin Date: | 10/04/2021 | | End Date: | 10/04/2022 |
|---|---|---|---|---|
| Reg #: | 02007-104 | | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 98.6 | 37.0 | | Flowers, Joe DDS |
| | Orig Entered: 06/24/2022 15:03 EST | | Flowers, Joe DDS | | |
| 06/24/2022 | 13:53 POX | 97.4 | 36.3 | | Flowers, Joe DDS |
| | Orig Entered: 06/24/2022 14:54 EST | | Flowers, Joe DDS | | |
| 01/21/2022 | 13:45 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/21/2022 14:46 EST | | Rhodes, Jo Anne RN | | |
| 01/20/2022 | 11:48 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/20/2022 12:49 EST | | Rhodes, Jo Anne RN | | |
| 01/19/2022 | 07:10 POX | 97.0 | 36.1 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/19/2022 08:12 EST | | Rhodes, Jo Anne RN | | |
| 01/18/2022 | 10:38 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/18/2022 11:39 EST | | Rhodes, Jo Anne RN | | |
| 01/17/2022 | 08:41 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/17/2022 09:42 EST | | Rhodes, Jo Anne RN | | |
| 01/16/2022 | 10:31 POX | 93.0 | 33.9 | Forehead | Fruge, Jacinda RN |
| | Orig Entered: 01/16/2022 11:32 EST | | Fruge, Jacinda RN | | |
| 01/15/2022 | 10:35 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/15/2022 11:54 EST | | Rhodes, Jo Anne RN | | |
| 01/14/2022 | 12:34 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/14/2022 13:35 EST | | Rhodes, Jo Anne RN | | |
| 01/13/2022 | 09:00 POX | 97.4 | 36.3 | Forehead | Fruge, Jacinda RN |
| | Orig Entered: 01/13/2022 10:02 EST | | Fruge, Jacinda RN | | |
| 01/12/2022 | 15:29 POX | 95.9 | 35.5 | | Lyons, T. FNP-C |
| | Orig Entered: 01/12/2022 16:30 EST | | Lyons, T. FNP-C | | |
| 01/11/2022 | 17:20 POX | 98.1 | 36.7 | | Parker, Chance RN |
| | Orig Entered: 01/11/2022 18:21 EST | | Parker, Chance RN | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 65 | | | Flowers, Joe DDS |
| | Orig Entered: 06/24/2022 15:03 EST | | Flowers, Joe DDS | | |
| 06/24/2022 | 13:53 POX | 52 | | | Flowers, Joe DDS |
| | Orig Entered: 06/24/2022 14:54 EST | | Flowers, Joe DDS | | |
| 01/15/2022 | 10:35 POX | 58 | Via Machine | | Rhodes, Jo Anne RN |
| | Orig Entered: 01/15/2022 11:54 EST | | Rhodes, Jo Anne RN | | |
| 01/14/2022 | 12:34 POX | 52 | Via Machine | | Rhodes, Jo Anne RN |
| | Orig Entered: 01/14/2022 13:35 EST | | Rhodes, Jo Anne RN | | |
| 01/12/2022 | 15:29 POX | 69 | | | Lyons, T. FNP-C |
| | Orig Entered: 01/12/2022 16:30 EST | | Lyons, T. FNP-C | | |

| Begin Date: | 10/04/2021 | End Date: | 10/04/2022 |
|---|---|---|---|
| Reg #: | 02007-104 | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/15/2022 | 10:35 POX | 20 | Rhodes, Jo Anne RN |
| | **Orig Entered:** 01/15/2022 11:54 EST | | Rhodes, Jo Anne RN |
| 01/14/2022 | 12:34 POX | 20 | Rhodes, Jo Anne RN |
| | **Orig Entered:** 01/14/2022 13:35 EST | | Rhodes, Jo Anne RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 127/78 | | | | Flowers, Joe DDS |
| | **Orig Entered:** 06/24/2022 15:03 EST | | | Flowers, Joe DDS | | |
| 06/24/2022 | 13:53 POX | 128/71 | | | | Flowers, Joe DDS |
| | **Orig Entered:** 06/24/2022 14:54 EST | | | Flowers, Joe DDS | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/15/2022 | 10:35 POX | 98 | Room Air | Rhodes, Jo Anne RN |
| | **Orig Entered:** 01/15/2022 11:54 EST | | Rhodes, Jo Anne RN | |
| 01/14/2022 | 12:34 POX | 99 | Room Air | Rhodes, Jo Anne RN |
| | **Orig Entered:** 01/14/2022 13:35 EST | | Rhodes, Jo Anne RN | |
| 01/12/2022 | 15:29 POX | 98 | | Lyons, T. FNP-C |
| | **Orig Entered:** 01/12/2022 16:30 EST | | Lyons, T. FNP-C | |

# Bureau of Prisons
## Health Services
### PPDs

| Reg #:  02007-104 | Inmate Name:  AGUILAR LOPEZ, JOSE LUIS |
|---|---|

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 11/27/2013   17:50 | Left Forearm | Reynaldo, A. MLP | 11/29/2013   21:43 | 21 mm | Varela, Ricardo RN |
| Orig Entered:   11/27/2013 17:52 EST   Reynaldo, A. MLP | | | Orig Entered:   11/29/2013 21:43 EST   Varela, Ricardo RN | | |

**Total:** 1

# Federal Bureau of Prisons
## SCREENINGS

| | | | | |
|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M    Race: WHITE | Facility: | POM |
| Encounter Date: | 01/21/2022 13:46 | Provider: Rhodes, Jo Anne RN | Unit: | E04 |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/21/2022 | 13:45 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/21/2022 13:46.

# Federal Bureau of Prisons
## SCREENINGS

| | | | | |
|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex:  M        Race:  WHITE | Facility: | POM |
| Encounter Date: | 01/20/2022 11:48 | Provider:  Rhodes, Jo Anne RN | Unit: | E04 |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/20/2022 | 11:48 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/20/2022 11:49.

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name:   AGUILAR LOPEZ, JOSE LUIS | | Reg #:   02007-104 |
| Date of Birth:   06/25/1972 | Sex:  M       Race:  WHITE | Facility:  POM |
| Encounter Date: 01/19/2022 07:11 | Provider:  Rhodes, Jo Anne RN | Unit:   E04 |

**Screenings:**

**COVID-19**

    **Quarantine**

        Yes: Vital Signs w/O2 sat recorded in flowsheet

        No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/19/2022 | 07:10 POX | 97.0 | 36.1 | Forehead | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/19/2022 07:12.

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name:   AGUILAR LOPEZ, JOSE LUIS | | Reg #:   02007-104 |
| Date of Birth:   06/25/1972 | Sex:   M        Race:   WHITE | Facility:   POM |
| Encounter Date: 01/18/2022 10:34 | Provider:   Rhodes, Jo Anne RN | Unit:   E04 |

**Screenings:**

**COVID-19**

**Intake screening**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/18/2022 | 10:38 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/18/2022 10:39.

# Federal Bureau of Prisons
## SCREENINGS

| | | | | |
|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M    Race: WHITE | Facility: | POM |
| Encounter Date: | 01/17/2022 08:42 | Provider: Rhodes, Jo Anne RN | Unit: | E04 |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/17/2022 | 08:41 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/17/2022 08:42.

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | Reg #: 02007-104 |
| Date of Birth: 06/25/1972 | Sex: M     Race: WHITE | Facility: POM |
| Encounter Date: 01/16/2022 10:32 | Provider: Fruge, Jacinda RN | Unit: E04 |

**Screenings:**

**COVID-19**

    **Isolation**

        No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/16/2022 | 10:31 POX | 93.0 | 33.9 | Forehead | Fruge, Jacinda RN |

Cosign Required:No

Completed by Fruge, Jacinda RN on 01/16/2022 10:32.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | | Reg #:  02007-104 | |
| Date of Birth:  06/25/1972 | Sex:  M      Race:  WHITE | Facility:  POM | |
| Encounter Date:  01/15/2022 10:36 | Provider:  Rhodes, Jo Anne RN | Unit:  E04 | |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/15/2022 | 10:35 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/15/2022 | 10:35 POX | 58 | Via Machine | | Rhodes, Jo Anne RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/15/2022 | 10:35 POX | 20 | Rhodes, Jo Anne RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/15/2022 | 10:35 POX | 98 | Room Air | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/15/2022 10:54.

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | Reg #: 02007-104 |
| Date of Birth: 06/25/1972 | Sex: M    Race: WHITE | Facility: POM |
| Encounter Date: 01/14/2022 12:35 | Provider: Rhodes, Jo Anne RN | Unit: E04 |

**Screenings:**

    **COVID-19**

        **Intake screening**

            Yes: Vital Signs w/O2 sat recorded in flowsheet

            No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/14/2022 | 12:34 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/14/2022 | 12:34 POX | 52 | Via Machine | | Rhodes, Jo Anne RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/14/2022 | 12:34 POX | 20 | Rhodes, Jo Anne RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/14/2022 | 12:34 POX | 99 | Room Air | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/14/2022 12:35.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M   Race: WHITE | Facility: | POM |
| Encounter Date: | 01/13/2022 09:01 | Provider: Fruge, Jacinda RN | Unit: | E04 |

**Screenings:**

**COVID-19**

**Quarantine**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/13/2022 | 09:00 POX | 97.4 | 36.3 | Forehead | Fruge, Jacinda RN |

Cosign Required:No
Completed by Fruge, Jacinda RN on 01/13/2022 09:02.

# Federal Bureau of Prisons
## SCREENINGS

| | |
|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | Reg #:  02007-104 |
| Date of Birth:  06/25/1972 | Sex: M       Race: WHITE | Facility: POM |
| Encounter Date: 01/12/2022 15:30 | Provider:  Lyons, T. FNP-C | Unit:  E04 |

**Screenings:**

### COVID-19

#### Isolation

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/12/2022 | 15:29 POX | 95.9 | 35.5 | | Lyons, T. FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/12/2022 | 15:29 POX | 69 | | | Lyons, T. FNP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/12/2022 | 15:29 POX | 98 | | Lyons, T. FNP-C |

Cosign Required:No
Completed by Lyons, T. FNP-C on 01/12/2022 15:30.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M    Race: WHITE | Facility: POM |
| Encounter Date: 01/11/2022 17:20 | | Provider: Parker, Chance RN | Unit: E04 |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/11/2022 | 17:20 POX | 98.1 | 36.7 | | Parker, Chance RN |

Cosign Required:No

Completed by Parker, Chance RN on 01/11/2022 17:21.

## Bureau of Prisons
## Health Services
## Devices and Equipment

| Start Date: | 10/04/2021 | | Stop Date: | 10/04/2022 |
|---|---|---|---|---|
| Reg #: | 02007-104 | | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS |

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Eye Glasses | | | | | |
| 06/09/2018 14:45 EST Richmond, Erinn RN | 06/09/2018 | | | BOP | |

**Total:** 1

# Bureau of Prisons
## Health Services
## Allergies

Reg #:  02007-104                    Inmate Name:  AGUILAR LOPEZ, JOSE LUIS

| Allergy | Date Noted | Reaction |
|---|---|---|
| No Known Allergies | 11/27/2013 | |

**Orig Entered:**   11/27/2013 17:51 EST   Reynaldo, A. MLP

**Total:**  1

# Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

**Reg #:** 02007-104          **Inmate Name:** AGUILAR LOPEZ, JOSE LUIS

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|
| **Total:** 0 | | | | | |

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 06/24/2022 | Counseling | Post-operative Care | Verbalizes Understanding | Flowers, Joe |
| **Orig Entered:** | 06/24/2022 14:57 EST | Flowers, Joe | | |
| 06/24/2022 | Counseling | Post-operative Care | Verbalizes Understanding | Flowers, Joe |
| **Orig Entered:** | 06/24/2022 15:05 EST | Flowers, Joe | | |
| 06/24/2022 | Counseling | Access to Care | Verbalizes Understanding | Flowers, Joe |
| **Orig Entered:** | 06/24/2022 15:16 EST | Flowers, Joe | | |
| 02/15/2022 | Counseling | Access to Care | Verbalizes Understanding | Barry, Timothy |
| **Orig Entered:** | 02/15/2022 13:26 EST | Barry, Timothy | | |
| 12/27/2021 | Counseling | Access to Care | Verbalizes Understanding | Markey, J. |
| **Orig Entered:** | 12/27/2021 17:05 EST | Markey, J. | | |

**Total:** 5

# Bureau of Prisons
# Health Services
# Health Problems

| Reg #:  02007-104 | Inmate Name:  AGUILAR LOPEZ, JOSE LUIS |
|---|---|

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Retained dental root | | | | | | |
| 02/05/2014 13:42 EST  Smith, W. DMD | III | ICD-9 | 525.3 | 01/30/2014 | Current | 01/30/2014 |
| #8 nonrestorable root tip. | | | | | | |
| LTBI Prophy Refused | | | | | | |
| 03/12/2018 16:29 EST  Bergmann, M RN | III | ICD-10 | 795.5D | 04/20/2015 | Current | 03/12/2018 |
| 04/20/2015 13:55 EST  Lee, S. MD | III | ICD-9 | 795.5D | 04/20/2015 | Resolved | 04/20/2015 |
| Corneal degeneration, unspecified | | | | | | |
| 02/15/2022 13:26 EST  Barry, Timothy OD | | ICD-10 | H1840 | 02/15/2022 | Current | |
| K ARCUS. | | | | | | |
| Hypermetropia | | | | | | |
| 03/17/2020 16:02 EST  Mitchell, B. NP-C | | ICD-10 | H5200 | 03/10/2020 | Current | |
| Astigmatism | | | | | | |
| 03/17/2020 16:02 EST  Mitchell, B. NP-C | | ICD-10 | H52209 | 03/10/2020 | Current | |
| Presbyopia | | | | | | |
| 03/17/2020 16:02 EST  Mitchell, B. NP-C | | ICD-10 | H524 | 03/10/2020 | Current | |
| Dental caries on pit and fissure surface penetrat into pulp | | | | | | |
| 06/24/2022 15:04 EST  Flowers, Joe DDS | | ICD-10 | K0253 | 06/24/2022 | Current | |
| Abrasion of teeth | | | | | | |
| 08/16/2016 10:55 EST  Nieto, Jorge DMD | | ICD-10 | K031 | 08/16/2016 | Current | |
| Disease of hard tissues of teeth | | | | | | |
| 09/09/2019 12:11 EST  Flowers, Joe DDS | | ICD-10 | K039 | 09/09/2019 | Current | |
| Aggressive periodontitis, localized | | | | | | |
| 06/24/2022 14:56 EST  Flowers, Joe DDS | | ICD-10 | K0521 | 06/24/2022 | Current | |
| Pain in unspecified joint | | | | | | |
| 12/08/2020 14:55 EST  Markey, J. MD | | ICD-10 | M2550 | 12/08/2020 | Current | |
| bilateral wrists | | | | | | |
| Injury of wrist, hand and finger(s), unspecified | | | | | | |

# Bureau of Prisons
## Health Services
## Vision Screens

| Reg #: 02007-104 | Inmate Name:  AGUILAR LOPEZ, JOSE LUIS |
| --- | --- |

**Vision Screen on** 02/15/2022 12:22

**Blindness:**

**Distance Vision:** OD: 20/100          OS: 20/100          OU:

**Near Vision:**     OD:               OS:                OU:

**With Corrective**

**Distance Vision:** OD: 20/20          OS: 20/20          OU:

**Near Vision:**     OD:               OS:                OU: 20/20

| **Present Glasses - Distance** | | | | **Refraction - Distance** | | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Sphere | Cylinder | Axis | Add | Sphere | Cylinder | Axis | Add |
| **R:** | | | | **R:** +2.75 | -0.25 | 80 | +1.5 |
| **L:** | | | | **L:** +3.00 | -0.50 | 85 | +1.5 |

**Color Test:**

**Tonometry:**  R:  12          L:  12

**Comments:**  TA AT: 12:24 PM

   **Orig Entered:**   02/15/2022 13:24 EST   Barry, Timothy OD

# Bureau of Prisons
## Health Services
## COVID-19 AG

| Begin Date: | 10/04/2021 | End Date: | 10/04/2022 |
|---|---|---|---|
| Reg #: | 02007-104 | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 AG** | | **Provider** |
|---|---|---|---|
| 01/11/2022 10:50 POX | Positive | Asymptomatic | Johnson, Jessica RDH |

E-4 EXPOSURE

**Orig Entered:** 01/11/2022 12:02 EST   Johnson, Jessica RDH

| 12/13/2021 12:15 POX | Negative | Asymptomatic | Holston, Bailey Phlebotomist |
|---|---|---|---|

7 day testing. 100%

**Orig Entered:** 12/13/2021 14:09 EST   Holston, Bailey Phlebotomist

| 12/06/2021 12:00 POX | Negative | Asymptomatic | Holston, Bailey Phlebotomist |
|---|---|---|---|

Exposure. 100%.

**Orig Entered:** 12/07/2021 13:00 EST   Holston, Bailey Phlebotomist

**Total:** 3

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | |
|---|---|---|---|---|
| Complex: | POX--POLLOCK USP | Begin Date: | 10/04/2021 | End Date: 10/04/2022 |
| Inmate: | AGUILAR LOPEZ, JOSE LUIS | Reg #: | 02007-104 | Quarter: E04-209L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                          Denied

## Active Prescriptions

Amoxicillin 500 MG Cap

POM - Take one capsule (500 MG) by mouth three times daily for 7 days

**Rx#:**  352192-CP1      **Doctor:**  Flowers, Joe DDS

**Start:**  06/24/22      **Exp:** 07/01/22                    **Pharmacy Dispensings:** 21 CAP in 7 days


Ibuprofen 800 MG Tab

POM- Take one tablet (800 MG) by mouth three times daily with food

**Rx#:**  356430-CP1      **Doctor:**  Flowers, Joe DDS

**Start:**  06/24/22      **Exp:** 06/27/22                    **Pharmacy Dispensings:** 9 TAB in 3 days


Ibuprofen 800 MG Tab

POM - Take one tablet (800 MG) by mouth three times daily with food

**Rx#:**  362464-CP1      **Doctor:**  Flowers, Joe DDS

**Start:**  06/24/22      **Exp:** 06/27/22                    **Pharmacy Dispensings:** 9 TAB in 3 days

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
|---|---|---|---|---|---|
| Date of Birth: | 06/25/1972 | Sex: M | Race: WHITE | Facility: | POM |
| Encounter Date: | 06/24/2022 14:28 | Provider: | Flowers, Joe DDS | Unit: | E04 |

**Medications as of Dental Health History Encounter date:**        06/24/2022 14:28

Medications:

Amoxicillin 500 MG Cap  Exp: 07/01/2022  SIG: POM - Take one capsule (500 MG) by mouth three times daily for 7 days

Ibuprofen 800 MG Tab  Exp: 06/27/2022  SIG: POM- Take one tablet (800 MG) by mouth three times daily with food

Ibuprofen 800 MG Tab  Exp: 06/27/2022  SIG: POM - Take one tablet (800 MG) by mouth three times daily with food

OTCs:  Listing of all known OTCs this inmate is currently taking.

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Flowers, Joe DDS on 06/24/2022 14:29

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: WHITE | Facility: | POM |
| Note Date: | 06/28/2022 10:15 | Provider: | Flowers, Joe DDS | | Unit: | E04 |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**        Provider:  Flowers, Joe DDS

Inmate was seen in dental for sick call on Friday, 6/24/22. Inmate only received IBU 362464-CP1 from night stock. Inmate Rasas, Amosa 47963-044 was given the IBU 356430-CP1 and AMOX 352192-CP1.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Flowers, Joe DDS on 06/28/2022 10:17

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: WHITE | Facility: | POM |
| Note Date: | 06/28/2022 10:10 | Provider: | Flowers, Joe DDS | | Unit: | E04 |

**Reviewed Health Status:** Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

ADMINISTRATIVE NOTE **1**          Provider:  Flowers, Joe DDS

d/c meds

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Flowers, Joe DDS on 06/28/2022 10:11

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: WHITE | Facility: | POM |
| Note Date: | 06/28/2022 10:10 | Provider: | Flowers, Joe DDS | | Unit: | E04 |

**Reviewed Health Status:**  Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

    ADMINISTRATIVE NOTE  **1**       Provider:  Flowers, Joe DDS

        d/c meds

**Copay Required:** No       **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Flowers, Joe DDS on 06/28/2022 10:11

# Bureau of Prisons
## Health Services
## See Amendment

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | | Race: | WHITE |
| Encounter Date: | 06/28/2022 10:15 | | | | Facility: | POM |

**Amendment made to this note by Flowers, Joe DDS on 06/28/2022 10:17.**

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name:   AGUILAR LOPEZ, JOSE LUIS | | Reg #:   02007-104 |
| Date of Birth:   06/25/1972 | Sex:  M          Race:  WHITE | Facility:  POM |
| Encounter Date:  06/28/2022 10:04 | Provider:   Flowers, Joe DDS | Unit:   E04 |

**Reviewed Health Status:   Yes**

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:  Flowers, Joe DDS

Chief Complaint:     Pain

Subjective:    Inmate presented to Dental with pain in the upper right quadrant.

**Pain Location:**  Tooth/Teeth

Pain Scale:    7

Pain Qualities:    Aching | Throbbing | Pressure

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:


**OBJECTIVE:**

**Dental Findings:**

**Tooth**

**#1**

Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

Caries (Clinical Observation/Findings)(yes)

Caries (Radiological Observation/Findings)(yes)

**ASSESSMENTS:**

Dental caries on pit and fissure surface penetrat into pulp, K0253 - Current

**PLAN:**


**Copay Required:** Yes        **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Flowers, Joe DDS on 06/28/2022 10:05

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | | Reg #:  02007-104 |
| Date of Birth:  06/25/1972 | Sex:  M        Race:  WHITE | Facility:  POM |
| Encounter Date:  06/24/2022 14:00 | Provider:  Flowers, Joe DDS | Unit:  E04 |

**Reviewed Health Status:**  Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

   COMPLAINT  **1**         Provider:  Flowers, Joe DDS

      Chief Complaint:    Pain

      Subjective:     Inmate presented to Dental with pain in the upper right quadrant.

      **Pain Location:**   Tooth/teeth

      Pain Scale:   7

      Pain Qualities:   Aching | Throbbing | Pressure

      History of Trauma:

      Onset:

      Duration:

      Exacerbating Factors:

      Relieving Factors:

      Comments:

**OBJECTIVE:**

**Dental Findings:**

   **Tooth**

     **#1**

      Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

      Caries (Clinical Observation/Findings)(yes)

      Caries (Radiological Observation/Findings)(yes)

**ASSESSMENTS:**

Dental caries on pit and fissure surface penetrat into pulp, K0253 - Current

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 98.6 | 37.0 | | Flowers, Joe DDS |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 65 | | | Flowers, Joe DDS |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 127/78 | | | | Flowers, Joe DDS |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Ibuprofen Tablet | | 06/24/2022 14:00 |

Generated 06/24/2022 14:07 by Flowers, Joe DDS     Bureau of Prisons - POM     Page 1 of 2

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
|---|---|---|---|---|---|
| Date of Birth: | 06/25/1972 | Sex: M | Race: WHITE | Facility: | POM |
| Encounter Date: | 06/24/2022 14:00 | Provider: | Flowers, Joe DDS | Unit: | E04 |

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | **Prescriber Order:** 800 mg Orally Mouth - three times a day x 3 day(s) | |
| | Indication: Dental caries on pit and fissure surface penetrat into pulp | |
| | Start Now: Yes | |
| | Night Stock Rx#: 356430-CP1 | |
| | Source: Night Stock | |
| | Admin Method: Self Administration | |
| | Stop Date: | |
| | MAR Label: 800 mg Orally Mouth - three times a day x 3 day(s) | |
| | One Time Dose Given: No | |
| Amoxicillin Capsule | | 06/24/2022 14:00 |
| | **Prescriber Order:** 500 MG Orally Mouth - three times a day x 7 day(s) | |
| | Indication: Dental caries on pit and fissure surface penetrat into pulp | |
| | Start Now: Yes | |
| | Night Stock Rx#: 356___-CP1 | |
| | Source: Night Stock | |
| | Admin Method: Self Administration | |
| | Stop Date: 07/01/2022 13:59 | |
| | MAR Label: day(s) | |
| | One Time Dose Given: No | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2022 | Counseling | Post-operative Care | Flowers, Joe | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Flowers, Joe DDS on 06/24/2022 14:07

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter

| | | | |
|---|---|---|---|
| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | | Reg #: 02007-104 |
| Date of Birth: 06/25/1972 | Sex: M | Race: WHITE | Facility: POM |
| Encounter Date: 06/24/2022 14:00 | Provider: Flowers, Joe DDS | | Unit: E04 |

**Reviewed Health Status:** Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider: Flowers, Joe DDS

   Chief Complaint:    Pain

   Subjective:    Inmate presented to Dental with pain in the upper right quadrant.

   **Pain Location:**    Tooth Teeth

   Pain Scale:    7

   Pain Qualities:    Aching | Throbbing | Pressure

   History of Trauma:

   Onset:

   Duration:

   Exacerbating Factors:

   Relieving Factors:

   Comments:

**OBJECTIVE:**

**Dental Findings:**

   **Tooth**

   **#1**

      Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

      Caries (Clinical Observation/Findings)(yes)

      Caries (Radiological Observation/Findings)(yes)

**ASSESSMENTS:**

Dental caries on pit and fissure surface penetrat into pulp, K0253 - Current

**Temperature:**

| Date | Time | | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | | 98.6 | 37.0 | | Flowers, Joe DDS |

**Pulse:**

| Date | Time | | Rate Per Minute | Location | | Rhythm | Provider |
|---|---|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | | 65 | | | | Flowers, Joe DDS |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 127/78 | | | | Flowers, Joe DDS |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 06/24/2022 14:00 |

See Amendment

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
|---|---|---|---|---|---|

Date of Birth: 06/25/1972          Sex: M          Race: WHITE          Facility: POM
Encounter Date: 06/24/2022 14:00          Provider: Flowers, Joe DDS          Unit: E04

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|

**Prescriber Order:**   800 mg Orally Mouth - three times a day x 3 day(s)

Indication:   Dental caries on pit and fissure surface penetrat into pulp

Start Now:   Yes

Night Stock Rx#:   356430-CP1

Source: Night Stock

Admin Method:   Self Administration

Stop Date:

MAR Label:   800 mg Orally Mouth - three times a day x 3 day(s)

One Time Dose Given:   No

Amoxicillin Capsule   500 MG Orally Mouth - three times a day x 7 day(s)          06/24/2022 14:00

**Prescriber Order:**   500 MG Orally Mouth - three times a day x 7 day(s)

Indication:   Dental caries on pit and fissure surface penetrat into pulp

Start Now:   Yes

Night Stock Rx#:   356430-CP1

Source: Night Stock

Admin Method:   Self Administration

Stop Date:   07/01/2022 13:59

MAR Label:   day(s)

One Time Dose Given:   No

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2022 | Counseling | Post-operative Care | Flowers, Joe | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Flowers, Joe DDS on 06/24/2022 14:07

See Amendment

# Bureau of Prisons
## Health Services
## See Amendment

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 | |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE | |
| Encounter Date: | 06/28/2022 10:04 | | | Facility: | POM | |

**Amendment made to this note by Flowers, Joe DDS on 06/28/2022 10:05.**

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter

| | | |
|---|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | | Reg #:  02007-104 |
| Date of Birth:  06/25/1972 | Sex:  M          Race:  WHITE | Facility:  POM |
| Encounter Date:  06/24/2022 13:52 | Provider:   Flowers, Joe DDS | Unit:  E04 |

**Reviewed Health Status:**  Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT  1          Provider:  Flowers, Joe DDS

Chief Complaint:    Pain

Subjective:    Inmate presented to Dental with pain in the upper right quadrant.

**Pain Location:**  Tooth/Teeth

Pain Scale:    8

Pain Qualities:    Aching | Throbbing | Pressure

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Dental Findings:**

**Tooth**

**#1**

Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

Bone Loss (Radiological Observation/Findings)(yes)

Mobility (Clinical Observation/Findings)(yes)

Sensitive to Provoking Stimuli (Clinical Observation/Findings)(yes)

Tenderness (Clinical Observation/Findings)(yes)

**ASSESSMENTS:**

Aggressive periodontitis, localized, K0521 - Current

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 13:53 POX | 97.4 | 36.3 | | Flowers, Joe DDS |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 13:53 POX | 52 | | | Flowers, Joe DDS |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/24/2022 | 13:53 POX | 128/71 | | | | Flowers, Joe DDS |

| Inmate Name:   AGUILAR LOPEZ, JOSE LUIS | | | Reg #:   02007-104 |
|---|---|---|---|
| Date of Birth:   06/25/1972 | Sex:  M | Race:  WHITE | Facility:  POM |
| Encounter Date: 06/24/2022 13:52 | Provider:   Flowers, Joe DDS | | Unit:   E04 |

## PROCEDURE:

Dental Procedures

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| #1 | Oral Health Assessment | Completed |
| #1 | Treatment Plan Examination | Completed |
| #1 | Extraction, Erupted Tooth | Completed |

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 06/24/2022 13:52 |

  **Prescriber Order:**   800 mg Orally Mouth -  three times a day x 3 day(s)

  Indication:  Aggressive periodontitis, localized

  Start Now:  Yes

    Night Stock Rx#:   362464-CP1

    Source:  Night Stock

    Admin Method:   Self Administration

    Stop Date:

    MAR Label:  800 mg Orally Mouth -  three times a day x 3 day(s)

    One Time Dose Given:  No

**Disposition:**

   Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2022 | Counseling | Post-operative Care | Flowers, Joe | Verbalizes Understanding |

**Copay Required:** Yes     **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Flowers, Joe DDS on 06/24/2022 14:00



**Federal Bureau of Prisons**

# FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** AGUILAR LOPEZ, JOSE | **Facility** FCI Pollock | **Collected** 03/09/2022 08:24 CST |
| **Reg #** 02007-104 | **Order Unit** E04-102U | **Received** 03/10/2022 09:29 CST |
| **DOB** 06/25/1972 | **Provider** J. Smith | **Reported** 03/10/2022 11:28 CST |
| **Sex** M | | **LIS ID** 053222480 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 137 | 136-145 | mmol/L |
| Potassium | | 4.1 | 3.5-5.1 | mmol/L |
| Chloride | | 105 | 98-107 | mmol/L |
| Carbon Dioxide | | 23 | 21-32 | mmol/L |
| Urea Nitrogen (BUN) | | 11 | 7-26 | mg/dL |
| Creatinine | | 0.80 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.0 | 8.4-10.2 | mg/dL |
| Glucose | H | 112 | 70-109 | mg/dL |
| AST | | 19 | 5-34 | U/L |
| ALT | | 8 | 8-55 | U/L |
| Alkaline Phosphatase | | 70 | 40-140 | U/L |
| Bilirubin, Total | | 0.2 | 0.2-1.0 | mg/dL |
| Protein, Total | | 6.8 | 6.4-8.3 | g/dL |
| Albumin | | 3.6 | 3.5-5.0 | g/dL |
| Globulin | | 3.2 | | g/dL |
| Albumin/Globulin Ratio | | 1.13 | 1.00-2.30 | |
| Anion Gap | | 9.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 13.9 | 5.0-30.0 | |
| Cholesterol, Total | | 193 | <200 | mg/dL |
| Triglycerides | | 67 | <150 | mg/dL |
| HDL Cholesterol | H | 67 | 40-60 | mg/dL |
| LDL-Cholesterol | | 113 | <130 | mg/dL |
| Chol/HDLC Ratio | | 2.9 | 0.0-4.0 | |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| White Blood Cell Count | | 7.2 | 3.6-11.0 | K/uL |
| Red Blood Cell Count | | 4.76 | 4.30-6.20 | M/uL |
| Hemoglobin | L | 13.2 | 13.5-18.0 | g/dL |
| Hematocrit | | 40.7 | 38.0-54.0 | % |
| MCV | | 85.5 | 80.0-96.0 | fL |
| MCH | | 27.7 | 26.0-34.0 | pg |
| MCHC | | 32.4 | 30.0-37.0 | g/dL |
| RDW-CV | | 12.5 | 10.8-15.6 | % |
| Platelet Count | | 140 | 140-440 | K/uL |
| MPV | H | 14.2 | 8.3-12.8 | fL |

**FLAG LEGEND**    L=Low   L!=Low Critical    H=High   H!=High Critical    A=Abnormal A! =Abnormal Critical



**Federal Bureau of Prisons**

# FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

**Name** AGUILAR LOPEZ, JOSE
**Reg #** 02007-104
**DOB** 06/25/1972
**Sex** M

**Facility** FCI Pollock
**Order Unit** E04-102U
**Provider** J. Smith

**Collected** 03/09/2022 08:24 CST
**Received** 03/10/2022 09:29 CST
**Reported** 03/10/2022 11:28 CST
**LIS ID** 053222480

## HEMATOLOGY

**FLAG LEGEND**    L=Low   L!=Low Critical    H=High    H!=High Critical    A=Abnormal  A! =Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/10/2022 11:35 | Provider: | Lab Result Receive | Facility: | POM |

**Reviewed by Smith, J NP on 03/10/2022 12:44.**

# Bureau of Prisons
# Health Services
# Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/10/2022 11:35 | Provider: | Lab Result Receive | Facility: | POM |

**Cosigned by Markey, J. MD on 03/16/2022 15:46.**


**Quest**
Diagnostics™

**Report Status: Final**

**AGUILAR LOPEZ, JOSE**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **AGUILAR LOPEZ, JOSE** | Specimen:  DL598963S | Client #: 53569          SP01MAIL |
| | Requisition: 3595383 | LYONS, TRACY |
| **DOB: 06/25/1972     AGE: 49** | Lab Ref #:   349212558 | FCI POLLOCK-POM |
| Gender:   M | | 1000 AIR BASE RD |
| Phone:    NG | Collected:  12/20/2021 / 08:22 CST | POLLOCK, LA 71467 |
| Patient ID: 02007-104 | Received:   12/21/2021 / 03:33 CST | |
| | Reported:   12/21/2021 / 23:40 CST | |

### SARS CoV 2 (COVID-19) Tests

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| SARS CoV 2 RNA(COVID 19),   QUALITATIVE NAAT | | | IG |
| SARS CoV 2 RNA | NOT DETECTED | NOT DETECTED | |

A Not Detected result means that SARS-CoV-2 RNA was not present in the specimen above the limit of detection.

A Not Detected result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, based on exposure history together with other clinical findings, re-testing should be considered in the context of clinical observations and epidemiological data for patient management decisions.

Test Method: Nucleic Acid Amplification Test including reverse transcription polymerase chain reaction (RT-PCR) and transcription mediated amplification (TMA). The test method meets the US Centers for Disease Control and prevention' (CDC) pre departure and arrival requirement for viral test for COVID-19 dated January 28, 2021. Testing requirements for traveling may change with time. The patient is responsible for determining the test requirements for each nation while they are traveling.

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites: https://www.questdiagnostics.com/home/Covid-19/HCP/QuestIVD/fact- sheet.html https://www.questdiagnostics.com/home/Covid-19/Patients/QuestIVD/fact-sheet.html

Due to the current public health emergency, Quest Diagnostics is accepting samples from appropriate clinical sources collected using wide variety of swabs and transport media for COVID-19. Not detected test results derived from specimens received in non- commercially manufactured viral collection kits or those not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and take extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19.

Physician Comments:

**PERFORMING SITE:**
IG        QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0697943

**Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/21/2021 23:45 | Provider: | Lab Result Receive | Facility: | POM |

**Cosigned by Markey, J. MD on 12/22/2021 21:34.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/21/2021 23:45 | Provider: | Lab Result Receive | Facility: | POM |

**Reviewed by Lyons, T. FNP-C on 12/23/2021 07:55.**

**Re: \*\*\*Request to Staff\*\*\* AGUILAR LOPEZ, JOSE, Reg# 02007104, POM-E-D**

POM-InmateToHealthSvcs (BOP) <POM-InmateToHealthSvcs@bop.gov>
Tue 10/4/2022 8:04 AM
To: ~^! AGUILAR LOPEZ, ~.^!JOSE LUIS <02007104@inmatemessage.com>

Your name has been added to the list for medical records.

K.Nugent/HIT

---

**From:** ~^! AGUILAR LOPEZ, ~^!JOSE LUIS <02007104@inmatemessage.com>
**Sent:** Monday, October 3, 2022 5:41 PM
**To:** POM-InmateToHealthSvcs (BOP) <POM-InmateToHealthSvcs@bop.gov>
**Subject:** \*\*\*Request to Staff\*\*\* AGUILAR LOPEZ, JOSE, Reg# 02007104, POM-E-D

To: Medical
Inmate Work Assignment: E-4 Orderly

\*\*\*ATTENTION\*\*\*

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
50adb8b0-8e1d-429b-91ff-b36e659b69f0
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

\*\*\*Inmate Message Below\*\*\*


I'm requesting a copy of medical records for compassionate release purposes only. I sent you a hard copy cop-out also

Thank you,

**FEDERAL BUREAU OF PRISONS**
**DENTAL SERVICES**
**INVASIVE DENTAL PROCEDURES**

Verified Patient Identification (two required)  X  Full Pt Name   X  Reg Number   X   Photo ID _____Armband

Consent Form Explained in:   X  English _____Spanish ___Other Language _____

You have a right to be informed about your diagnosis, the planned treatment, the possible risks involved, and alternatives to treatment so that you may make an informed decision as to consenting to undergo the procedure(s) described below:

Procedure:
Extraction of tooth #1 due to periodontal disease.

Alternatives to Treatment:
I understand that if this procedure is not performed my condition may worsen resulting in complications including but not limited to:

1. Infection
2. Pain
3. Loss of function

4. Health complications beyond the present problem
5. Other:
_____

Possible complications which have been explained to me (circle the number of all that apply):

1. Continued or increased pain.
2. Swelling and infection.
3. Bruising, which may be prolonged, as a result of the procedure or from the injection of local anesthetic.
4. Injury to adjacent teeth, restorations, or soft tissues.
5. Scarring, tissue necrosis or alteration in appearance.
6. Nerve injury, paresthesia, or residual numbness which may be of undeterminable duration or even permanent.
7. Prolonged bleeding which could require further treatment or intervention.
8. Dry socket (alveolitis-pain occuring for a few days after the extraction).
9. Decision to leave a small piece of tooth root in the jaw when its removal would increase the risk of complications.
10. Maxillary sinus involvement due to upper tooth roots, tooth fragments, or instruments going into the sinus possibly resulting in a small opening (fistula).

11. Bone/jaw fractures may rarely occur, particularly with lower third molars.
12. Sharp ridges or bone splinters which may require additional surgery to smoothen the area.
13. Temporomandibular joint disorder (jaw problem), muscle soreness or restricted opening of the mouth.
14. Loss of tooth or teeth and/or restorations.
15. Fracture of tooth or root and/or restorations.
16. Discoloration of tooth.
17. Perforation of the root or the floor of the pulp chamber.
18. Endodontic file breaking or separating in root canal.
19. Inability to locate, access or fill a canal or canals.
20. Adverse drug reactions or allergies.
21. Rare complications may include nerve or blood vessel injury, allergic or unexpected drug reactions, pneumonia, heart attack, stroke and/or death.
22. Other: _____

I, JOSE AGUILAR LOPEZ _____, Register Number 02007-104 , consent to the procedure described above.

**I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THIS DOCUMENT.**
The above information has been explained to me in a language I can understand. Applicable alternative treatment approaches have been explained to me. I am aware of the potential risks and complications associated with the procedure. I understand that the B.O.P. is not obligated to replace any teeth extracted during or as a result of this procedure and that I should follow the dentist's instructions as to post-operative care taking medications as prescribed. I voluntarily give this consent and recognize that I can withdraw it at any time prior to the beginning of the procedure. I have had the opportunity to discuss and ask questions about my treatment and have verified the procedure and site.

| Jose Aguila Lopez | 06/24/22 (1330) | Joe D. Flowers MD | 06/24/22 (1330) |
|---|---|---|---|
| Patient's Signature | Date/Time | Dentist's Signature | Date/Time |

| 02007104 Halgout | 06/24/22 (1330) | Flowers, Joe DDS |
|---|---|---|
| Time-Out Witness Name | Date/Time | Dentist's Name |

**TIME OUT TAKEN TO VERIFY TOOTH/TEETH AND/OR TREATMENT AREA**
Patient asked to indicate in the mouth and on the chart which tooth/teeth to be treated and/or to verify oral area as stated above.
Patient and team members initial that the Time Out was verified:

Patient X ___ L  Date 06/2/22 Time 345
Dentist ___  Date 06/24/22 Time 13✓✓
Witness ___  Date 06/24/22 Time 1345

H. Falgout, EDDA
Health Services
FCC Pollock, LA

AGUILAR LOPEZ, JOSE LUIS                 02007-104                 POM--POLLOCK MED FCI

PA 2

# FCC POLLOCK

# Dental Sick Call

**Name:** ~~AGUHAA~~ Aguilar, Jose

**Register #:** 02007-104

**Date:** 6-23-2022

**Unit/Cell:** E4-209

## Reason for Sick Call:

I got pain in one of my back tooth.

## Please check all that apply:

_✓_ Pain when eating                  _✓_ Pain when brushing

___ Bleeding gums                     _✓_ Shooting Pain

_✓_ Sharp Pain                         ___ Tenderness

___ Sensitive Teeth                  ___ Swelling

___ Pain keeps you from sleeping      ___ Other: _____

How long have you had this pain? _____

## Pain Scale: Please check your pain level

___ 0- No pain                     _✓_ 6- Pain can't be ignored at all

___ 1- Some pain but OK          ___ 7- Pain Makes it hard to think and sleep

___ 2- Mild pain, worse            ___ 8- Pain limits activity, nausea with pain

___ 3- Annoying Pain              ___ 9- I cry out in pain

___ 4- Distracting Pain           ___ 10- Passed out

___ 5- Pain too bad to ignore for long

Added to sick call.
Watch the callouts.

_H. Falgout_ 6/23/22

H. Falgout, EDDA
Health Services
FCC Pollock, LA



## FCC Pollock

## Health Services

## Receipt of Prescription Glasses

E4-209L

Inmate Name: Aguilar Lopez, Jose    Registry Number: 02007-104

I acknowledge that I am in receipt of one pair of prescription eyeglasses that were prescribed to me by the Optometrist/Ophthalmologist. I understand that these eyeglasses are my responsibility and will be the only glasses issued to me for the next two (2) years. FCC Pollock will not assume responsibility for replacing any lost, stolen, or broken eyeglasses.

I acknowledge that I have read and understand the above statement and I accept the BOP policy regarding the issuance of the eyeglasses.

Inmate signature _____    Date issued 6/23/22

Issuer Signature _____

**B. Holston, PBT(ASCP)**
**Health Services**
**FCC Pollock, LA**

Attention R & D Staff:

These eyeglasses are part of this inmate's personal property and should be sent with the inmate when transferred or released.

## Re: ***Request to Staff*** AGUILAR LOPEZ, JOSE, Reg# 02007104, POM-E-D

POM-InmateToHealthSvcs (BOP) <POM-InmateToHealthSvcs@bop.gov>
Mon 6/13/2022 2:02 PM
To: ~^! AGUILAR LOPEZ, ~^!JOSE LUIS <02007104@inmatemessage.com>

If you are having emergency pain and/or swelling, you may report to sick call for a referral to Dental.

H. Falgout, EDDA
Health Services
FCC POLLOCK, LA
06/13/22

---

**From:** ~^! AGUILAR LOPEZ, ~^!JOSE LUIS <02007104@inmatemessage.com>
**Sent:** Monday, June 13, 2022 12:49 PM
**To:** POM-InmateToHealthSvcs (BOP) <POM-InmateToHealthSvcs@bop.gov>
**Subject:** ***Request to Staff*** AGUILAR LOPEZ, JOSE, Reg# 02007104, POM-E-D

To: Dental
Inmate Work Assignment: E-4 Orderly

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
11dc6cca-5a9a-4943-9715-0b7cf9204374
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


God bless you!
Hello Good morning! I have a two teeth that I would like to get pulled out as soon as possible. Thank you! God bless you!

## POM-InmateToHealthSvcs - 0ea8468c-ad6f-4d5a-adc7-7f20bef343f9

**From:**   POM-InmateToHealthSvcs
**To:**   ~^!AGUILAR LOPEZ, ~^!JOSE LUIS
**Subject:**   0ea8468c-ad6f-4d5a-adc7-7f20bef343f9

Sick call is everyday except Wednesday, Federal Holidays, and weekends. You can report at the AM sick call move to sign up for dental sick call or you can give a **written** sick call to the nurse when they make their rounds everyday. Electronic cop out cannot be used for dental sick call to be added to the list. Sick call is for pain, swelling, and infection. If you are not having these issues, you need to sign up for the routine treatment list.

H. Falgout, EDDA
Health Services
FCC POLLOCK, LA
02/18/22

>>> ~^!"AGUILAR LOPEZ, ~^!JOSE LUIS" <02007104@inmatemessage.com> 2/18/2022 9:56 AM >>>
To: Dental
Inmate Work Assignment: E4 orderly

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.

Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***


I would like to have 2 molars pulled out, because they hurt. I was told to put in a Via cop out threw turlinks on 2-15-21. Thank you

BP-A1136
OCT 21

**COVID-19 VACCINE CONSENT - INMATE**

**U.S. DEPARTMENT OF JUSTICE**                                    **FEDERAL BUREAU OF PRISONS**

| (PRINT) Inmate Name (Last, First) | Register Number | Institution |
|---|---|---|
| Aguilar-Lopez, Jose Luis | 02007-104 | FCC Pollack |

I have been provided a copy of the FDA COVID-19 fact sheet dated _____. I have had the opportunity to ask questions about the benefits and risks of vaccination, including if I am pregnant, breastfeeding, have dermal fillers, or have a weakened immune system to include taking immunosuppressive drugs.

**Health Questions Prior to COVID-19 Vaccination (Check yes or no)**

| Yes | No | Health Questions |
|---|---|---|
| ☐ | ☑ | Are you sick today? |
| ☐ | ☑ | Do you have a bleeding disorder or take a blood thinner? |
| ☐ | ☑ | Have you ever had a severe allergy (i.e., anaphylaxis) OR an immediate allergic reaction of any severity to any component of this vaccine (i.e., PEG, polysorbate), a previous dose of this vaccine, or any other vaccine/injectable therapy? |
| ☐ | ☑ | Have you received monoclonal antibody therapy for COVID-19 in the last 90 days? |
| ☐ | ☑ | Have you ever had myocarditis or pericarditis (inflammation of the heart muscle or its lining)? |
| ☐ | ☑ | Have you ever had multisystem inflammatory syndrome (persistent fever and severe inflammation) due to COVID-19? |
| ☐ | ☑ | For the Janssen (Johnson & Johnson) vaccine only: Have you ever had Guillain-Barré syndrome (progressive paralysis)? Have you had thrombosis (blood clotting) with thrombocytopenia (low platelets) in the last 90 days? |
| ☑ | ☐ | Have you ever received a dose of COVID-19 vaccine? If yes, which one? ☑ Pfizer-BioNTech ☐ Moderna ☐ Janssen (Johnson & Johnson) ☐ Another product How many doses? 2 Date of last dose: 5/4/21 |

☑ I consent to receive the COVID-19 vaccination.

| Inmate Signature: X AGUILAR | Date: 2/15/22 |
|---|---|
| Administered by Signature/Credentials: | Date: 2/15/22 |
| (PRINT) Administered by Name/Credentials: K. NUGENT, HIT/LPN MEDICAL RECORDS FCC POLLOCK, LA | |

☐ I decline to receive the COVID-19 vaccination.
   ☐ I have already been vaccinated with ☐ Pfizer-BioNTech ☐ Moderna ☐ Janssen (Johnson & Johnson) ☐ Another product   How many doses? _____   Date of last dose: _____
   ☐ Other reason: _____

| Inmate Signature: | Date: |
|---|---|
| Witness Signature/Credentials: | Date: |
| (PRINT) Witness Name/Credentials: | |

**COVID-19 Vaccine Information**

| Dose # (1, 2, 3, or booster) | Vaccine Manufacturer | Lot Number | Expiration Date | Route | Deltoid |
|---|---|---|---|---|---|
| 3rd | Pfizer | 330368D | 2/22 | IM | ☐ Left ☑ Right |

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M    Race: WHITE | Facility: | POM |
| Note Date: | 04/21/2021 12:06 | Provider: | Mitchell, B. NP-C | Unit: | E04 |

Review Note - Consultation Report Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Mitchell, B. NP-C

Seen by ortho 4/16/21.  Recommended activity as tolerated and f/u prn.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Mitchell, B. NP-C on 04/21/2021 12:06

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M      Race: WHITE | Facility: | POM |
| Note Date: | 04/16/2021 14:16 | Provider: | Derrick, M. Health | Unit: | E04 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**          Provider:   Derrick, M. Health Services Assistant
       Seen by orthopedic specialist Sadler 4/16/2021.


**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Derrick, M. Health Services Assistant on 04/20/2021 14:17

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | | |
|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M   Race: WHITE | Facility: | POM |
| Encounter Date: | 04/09/2021 12:51 | Provider: Smith, J NP | Unit: | E04 |

Mid Level Provider - Sick Call Note encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Smith, J NP

Chief Complaint:   ORTHOPEDIC/RHEUMATOLOGY

Subjective:    48 y/o male presents to sick call with c/o left wrist/forearm pain and swelling s/p ORTHO injection for De Quervain's tenosynovitis on 3/5/21. Inmate reports he rested for one day after the injection and then continued on with his normal work and daily activities. Pain 6/10, no improvement with PRN Ibuprofen.

Pain:        Yes

**Pain Assessment**

| | |
|---|---|
| Date: | 04/09/2021 12:54 |
| Location: | Forearm-Left |
| Quality of Pain: | Aching |
| Pain Scale: | 6 |
| Intervention: | ORTHO referral for follow-up |
| Trauma Date/Year: | |
| Injury: | |
| Mechanism: | |
| Onset: | 3-4 Weeks |
| Duration: | 3-4 Weeks |
| Exacerbating Factors: | palpation/movement |
| Relieving Factors: | none |
| Reason Not Done: | |
| Comments: | |

**OBJECTIVE:**

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/09/2021 | 12:55 POX | 97.3 | 36.3 | | Smith, J NP |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/09/2021 | 12:55 POX | 67 | | | Smith, J NP |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/09/2021 | 12:55 POX | 18 | Smith, J NP |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/09/2021 | 12:55 POX | 114/70 | | | | Smith, J NP |

**SaO2:**

| Date | Time | Value(%) Air | Provider |
|---|---|---|---|

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M | Race: WHITE | Facility: | POM |
| Encounter Date: | 04/09/2021 12:51 | Provider: | Smith, J NP | Unit: | E04 |

| Date | Time | Value(%) Air | Provider |
|------|------|--------------|----------|
| 04/09/2021 | 12:55 POX | 98 | Smith, J NP |

**Exam:**

**General**

**Affect**

Yes: Pleasant, Cooperative

**Appearance**

Yes: Appears Well, Alert and Oriented x 3

**Nutrition**

Yes: Within Normal Limits

**Head**

**General**

Yes: Symmetry of Motor Function, Atraumatic/Normocephalic

**Pulmonary**

**Observation/Inspection**

Yes: Within Normal Limits

**Cardiovascular**

**Observation**

Yes: Within Normal Limits

**Musculoskeletal**

**Wrist/Hand/Fingers**

Yes: Full Range of Motion L, Normal Bony Landmarks L, Symmetric L, Neurovascular Intact L, Swelling L, Tenderness L

No: Erythema L

**Gait**

Yes: Normal Gait

**ROS Comments**

See HPI

**Exam Comments**

Mild swelling/tenderness to radial aspect of left wrist and forearm. No redness or limitation in ROM. Neurovascular status intact.

**ASSESSMENT:**

Pain in unspecified joint, M2550 - Current

**PLAN:**

**New Consultation Requests:**

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|------------------------|-------------|------------------------|----------|------------|----------|
| Orthopedist | 04/16/2021 | 04/16/2021 | Routine | No | |

Subtype:

Onsite Eval, NOS

Reason for Request:

48 y/o male presents to sick call with c/o left wrist/forearm pain and swelling s/p ORTHO injection for De Quervain's tenosynovitis on 3/5/21. Inmate reports he rested for one day after the injection and then continued on with his normal work and daily activities. Pain currently 6/10, no improvement with PRN

| | | |
|---|---|---|
| Inmate Name:   AGUILAR LOPEZ, JOSE LUIS | | Reg #:   02007-104 |
| Date of Birth:   06/25/1972 | Sex:   M   Race:   WHITE | Facility:   POM |
| Encounter Date: 04/09/2021 12:51 | Provider:   Smith, J NP | Unit:   E04 |

Ibuprofen. On exam, tenderness and mild swelling to radial aspect left wrist and forearm. Advised to rest, elevate extremity, pain meds for pain. Recommend follow up with ORTHO.

**Disposition:**

Follow-up at Sick Call as Needed
Consultation Written

**Other:**

Pain meds refilled.

ICE TID/Elevate/Rest.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 04/09/2021 | Counseling | Access to Care | Smith, J | Verbalizes Understanding |
| 04/09/2021 | Counseling | Plan of Care | Smith, J | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Smith, J NP on 04/09/2021 13:07

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: WHITE | Facility: | POM |
| Note Date: | 03/05/2021 13:42 | Provider: | Derrick, M. Health | | Unit: | E04 |

Admin Note - Consultation encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Derrick, M. Health Services Assistant
        Seen by orthopedic specialist 3/5/2021.


**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Derrick, M. Health Services Assistant on 03/08/2021 13:43

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
|---|---|---|---|---|---|
| Date of Birth: | 06/25/1972 | Sex: | M      Race: WHITE | Facility: | POM |
| Note Date: | 01/26/2021 10:54 | Provider: | Smith, J NP | Unit: | E04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Smith, J NP
Inmate tested COVID (+) 1/13/21

10 Day Isolation period completed 1/23/21. COVID Symptom Screen completed this AM, inmate denies symptoms.

RECOMMEND D/C Isolation.

**ASSESSMENTS:**

Confirmed case COVID-19, U07.1 - Resolved

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**   No

Completed by Smith, J NP on 01/26/2021 10:55
Requested to be reviewed by  Markey, J. MD.
Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 01/26/2021 10:54 | Provider: | Smith, J NP | Facility: | POM |

**Reviewed by Markey, J. MD on 01/26/2021 12:15.**

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note.

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M    Race: WHITE | Facility: | POM |
| Note Date: | 01/13/2021 16:39 | Provider: | Johnson, Jessica RDH | Unit: | E04 |

POC Note - Default encounter performed at Housing Unit.

**Administrative Notes:**

ADMINISTRATIVE NOTE   1          Provider:   Johnson, Jessica RDH

COVID-19 AG point of care testing completed on AGUILAR LOPEZ, JOSE LUIS, register number 02007-104 at 01/13/2021 15:00
COVID-19 AG: Positive
Reference Range: Negative
Critical Result: Positive
Asymptomatic

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Johnson, Jessica RDH on 01/13/2021 16:39

Requested to be reviewed by  Markey, J. MD.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 01/13/2021 16:39 | Provider: | Johnson, Jessica RDH | Facility: | POM |

**Reviewed by Markey, J. MD on 01/13/2021 17:05.**

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | | |
|---|---|---|---|
| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 |
| Date of Birth: 06/25/1972 | Sex: M   Race: WHITE | Facility: | POM |
| Encounter Date: 01/06/2021 09:18 | Provider: Markey, J. MD | Unit: | E04 |

Chronic Care - Chronic Care Clinic encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT  **1**     Provider:  Markey, J. MD

Chief Complaint:   Chronic Care Clinic

Subjective:    Mr. Aguilar Lopez is a 48 year old gentleman seen for chronic care. Spanish translation provided by Maria ID # 206527 of language line solutions.

Ortho: At last visit he reported bilateral wrist pain. Tylenol helps the pain. ROM full, no right wrist snuffbox tenderness. X ray showed right wrist scapholunate widening 5 mm concerning for a scapholunate interosseous ligament tear. Will consult ortho for recommendations.

He experienced chest pain that has since resolved after treatment of Helicobacter pylori infection was treated. He reports occasional acid reflux. May use PPI as needed.

Pain:       Not Applicable

**Seen for clinic(s):** Gastrointestinal, Orthopedic/Rheumatology
**Added to clinic(s):** Orthopedic/Rheumatology

**OBJECTIVE:**
**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/06/2021 | 09:47 POX | 98.4 | 36.9 | | Markey, J. MD |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/06/2021 | 09:47 POX | 77 | | | Markey, J. MD |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/06/2021 | 09:47 POX | 18 | Markey, J. MD |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 01/06/2021 | 09:47 POX | 132/69 | | | | Markey, J. MD |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/06/2021 | 09:47 POX | 99 | | Markey, J. MD |

**ROS Comments**

CONSTITUTIONAL: No weight loss, fever, chills, weakness or fatigue.
HEENT: Eyes: No visual loss, blurred vision, double vision or yellow sclerae.
ENT: No hearing loss, sneezing, congestion, runny nose or sore throat.
SKIN: No rash or itching.
CARDIOVASCULAR: No chest pain, chest pressure or chest discomfort. No palpitations or edema.
RESPIRATORY: No shortness of breath, cough or sputum.
GASTROINTESTINAL: No anorexia, nausea, vomiting or diarrhea. No abdominal pain or blood.
GENITOURINARY: No Burning on urination.

| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | | Reg #: 02007-104 |
|---|---|---|---|
| Date of Birth: 06/25/1972 | Sex: M  Race: WHITE | | Facility: POM |
| Encounter Date: 01/06/2021 09:18 | Provider: Markey, J. MD | | Unit: E04 |

NEUROLOGICAL: No headache, dizziness, syncope, paralysis, ataxia, numbness or tingling in the extremities. No change in bowel or bladder control.
MUSCULOSKELETAL: No muscle or back pain, + joint pain or stiffness.
HEMATOLOGIC: No anemia, bleeding or bruising.
ENDOCRINOLOGIC: No reports of sweating, cold or heat intolerance. No polyuria or polydipsia.
ALLERGIES: No history of hives, eczema or rhinitis.

## Exam Comments

PATIENT AAOX3, NO ACUTE DISTRESS.
HEAD: NORMOCEPHALIC, ATRAUMATIC.
EYES: PERRLA, EOMI.
ENT: INTACTED TYMPANIC MEMBRANE BILATERALLY, NO BULGING OR EFFUSION.
PATENT NARES, NO CONGESTION OR DISCHARGED NOTED.
NECK: MIDLINE TRACHEA, FULL ROM, NO JVD, NO LYMPHADENOPATHY, NO THYROMEGALY, NO CAROTID MURMURS OR BRUITS.
SKIN: NO RASH.
CARDIO: RRR, S1S2, NO MURMURS, RUBS, OR GALLOPS.
PULM: CTAB, NO CRACKLES, RONCHI OR WHEEZING.
ABD: SOFT, NT, ND, BS+, NO RIGIDITY, NO GUARDING.
UPPER EXT: FULL ROM, PALPABLE PULSES.
LOWER EXT:FULL ROM, PALPABLE PULSES. NO PITTING EDEMA BILAT.
NEURO: CN 2-12 GROSSLY INTACT, NO MOTOR DEFICIT, NO GAIT ABNORMALITIES.

## ASSESSMENT:

Injury of wrist, hand and finger(s), unspecified, S6990XS - Current - *concern for scapholunate interosseous ligament injury*

Pain in unspecified joint, M2550 - Current

## PLAN:

### New Medication Orders:

| Rx# | Medication | Order Date |
|---|---|---|
| | Acetaminophen 325 MG Tablet | 01/06/2021 09:18 |

**Prescriber Order:**   325 mg Orally  -  daily PRN x 180 day(s) -- take two tablets by mouth daily as needed for pain

Indication:   Injury of wrist, hand and finger(s), unspecified

### New Consultation Requests:

| Consultation/Procedure | Target Date | Scheduled Target Date | Priority | Translator | Language |
|---|---|---|---|---|---|
| Orthopedist | 01/22/2021 | 01/22/2021 | Routine | No | |

Subtype:
   Onsite Eval, NOS
Reason for Request:
   48M with three month history of right wrist pain that he noticed after working on the floor. ROM good, no snuffbox tenderness. X ray right wrist shows scapholunate widening 5 mm concerning for scapholunate interosseous ligament tear.

## Disposition:

Follow-up at Sick Call as Needed
Follow-up at Chronic Care Clinic as Needed

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|

Inmate Name:   AGUILAR LOPEZ, JOSE LUIS
Date of Birth:   06/25/1972
Encounter Date: 01/06/2021 09:18

Sex:        M      Race:   WHITE
Provider:   Markey, J. MD

Reg #:      02007-104
Facility:   POM
Unit:       E04

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
| --- | --- | --- | --- | --- |
| 01/06/2021 | Counseling | Plan of Care | Markey, J. | Verbalizes Understanding |

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:** No

Completed by Markey, J. MD on 01/06/2021 09:56

# Bureau of Prisons
## Health Services
### Vitals All

| | | | | |
|---|---|---|---|---|
| Begin Date: | 12/11/2020 | | End Date: | 12/11/2021 |
| Reg #: | 02007-104 | | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 04/09/2021 | 12:55 POX | 97.3 | 36.3 | | Smith, J NP |
| | Orig Entered: 04/09/2021 14:00 EST | Smith, J NP | | | |
| 01/14/2021 | 12:58 POX | 97.6 | 36.4 | | Mayeaux, Jarryd RN |
| | Orig Entered: 01/14/2021 14:00 EST | Mayeaux, Jarryd RN | | | |
| 01/06/2021 | 09:47 POX | 98.4 | 36.9 | | Markey, J. MD |
| | Orig Entered: 01/06/2021 10:48 EST | Markey, J. MD | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 04/09/2021 | 12:55 POX | 67 | | | Smith, J NP |
| | Orig Entered: 04/09/2021 14:00 EST | Smith, J NP | | | |
| 01/14/2021 | 12:58 POX | 69 | | | Mayeaux, Jarryd RN |
| | Orig Entered: 01/14/2021 14:00 EST | Mayeaux, Jarryd RN | | | |
| 01/06/2021 | 09:47 POX | 77 | | | Markey, J. MD |
| | Orig Entered: 01/06/2021 10:48 EST | Markey, J. MD | | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 04/09/2021 | 12:55 POX | 18 | Smith, J NP |
| | Orig Entered: 04/09/2021 14:00 EST | Smith, J NP | |
| 01/06/2021 | 09:47 POX | 18 | Markey, J. MD |
| | Orig Entered: 01/06/2021 10:48 EST | Markey, J. MD | |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 04/09/2021 | 12:55 POX | 114/70 | | | | Smith, J NP |
| | Orig Entered: 04/09/2021 14:00 EST | Smith, J NP | | | | |
| 01/06/2021 | 09:47 POX | 132/69 | | | | Markey, J. MD |
| | Orig Entered: 01/06/2021 10:48 EST | Markey, J. MD | | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 04/09/2021 | 12:55 POX | 98 | | Smith, J NP |
| | Orig Entered: 04/09/2021 14:00 EST | Smith, J NP | | |
| 01/14/2021 | 12:58 POX | 98 | | Mayeaux, Jarryd RN |
| | Orig Entered: 01/14/2021 14:00 EST | Mayeaux, Jarryd RN | | |
| 01/06/2021 | 09:47 POX | 99 | | Markey, J. MD |
| | Orig Entered: 01/06/2021 10:48 EST | Markey, J. MD | | |

# Bureau of Prisons
## Health Services
### PPDs

| | |
|---|---|
| **Reg #:**  02007-104 | **Inmate Name:**  AGUILAR LOPEZ, JOSE LUIS |

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 11/27/2013   17:50 | Left Forearm | Reynaldo, A. MLP | 11/29/2013   21:43 | 21 mm | Varela, Ricardo RN |
| **Orig Entered:**   11/27/2013 17:52 EST | | Reynaldo, A. MLP | **Orig Entered:**   11/29/2013 21:43 EST | | Varela, Ricardo RN |

**Total:**  1

02007-104    AGUILAR LOPEZ, JOSE

# Medication Administration Record

DECEMBER 2020

| Medication Orders | | Time | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ord. Date 11/23/20 08:10 | Markey, J. MD **Take two capsules (1000 MG) by mouth twice daily for 14 days** | 0630 | 2 BAV 07:51 | 2 JLF 07:29 | 3 MD 07:49 | 2 BAV 09:33 | 2 DLW 07:35 | 2 GJB 07:29 | 2 JDK 07:37 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Exp. Date 12/07/20 08:09 | | 1930 | 2 GJB 17:28 | 2 GJB 17:37 | 2 GJB 21:13 | 2 GJB 17:17 | 2 DLW 18:17 | 2 GJB 17:43 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| POX 140369-CP1 | Amoxicillin 500 MG Cap | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 11/23/20 08:09 | Markey, J. MD **Take one tablet (500 MG) by mouth twice daily for 14 days** | 0630 | 1 BAV 07:51 | 1 JLF 07:29 | 1 MD 07:49 | 1 BAV 09:33 | 1 DLW 07:30 | 1 GJB 07:29 | 1 JDK 07:37 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Exp. Date 12/07/20 08:08 | | 1930 | 1 GJB 17:28 | 1 GJB 17:37 | 1 GJB 21:13 | 1 GJB 17:17 | 1 DLW 18:17 | 1 GJB 17:43 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| POX 140368-CP1 | Clarithromycin 500 MG Tab | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Ord. Date 11/23/20 08:10 | Markey, J. MD **Take one capsule (20 MG) by mouth twice daily for 14 days** | 0630 | 1 BAV 07:51 | 1 JLF 07:29 | 1 MD 07:49 | 1 BAV 09:33 | 1 DLW 07:30 | 1 GJB 07:30 | 1 JDK 07:37 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| Exp. Date 12/07/20 08:09 | | 1930 | 1 GJB 17:28 | 1 GJB 17:37 | 1 GJB 21:13 | 1 GJB 17:17 | 1 DLW 18:17 | 1 GJB 17:43 | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x | x |
| | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| POX 140371-CP1 | Omeprazole 20 MG Cap | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | | |

Providers: BAV = Velotta, B. | JDK = Koon, J. | JLF = Fruge, J. | MD = Dunbar, M. | DLW = Walters, D. | GJB = Boone, G.

Documentation Codes: ORD = Order

DOB: 06/25/72
Report information is current as of the date and time of printing:   12/12/2022 13:31 EST

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 |
| Date of Birth: 06/25/1972 | Sex: M    Race: WHITE | Facility: | POM |
| Encounter Date: 01/19/2021 11:06 | Provider: Rhodes, Jo Anne RN | Unit: | E04 |

**Screenings:**

**COVID-19**

**Quarantine**

No: Vital Signs w/O2 sat recorded in flowsheet, Cough, Shortness of Breath, Fatigue, Body aches

Cosign Required:No
Completed by Rhodes, Jo Anne RN on 01/19/2021 11:07.

# Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | | Reg #:  02007-104 |
| Date of Birth:  06/25/1972 | Sex:  M        Race:  WHITE | Facility:  POM |
| Encounter Date: 01/15/2021 12:04 | Provider:  Rhodes, Jo Anne RN | Unit:  E04 |

**Screenings:**

    **COVID-19**

        **Quarantine**

            No: Vital Signs w/O2 sat recorded in flowsheet, Cough, Shortness of Breath, Fatigue, Body aches

Cosign Required:No
Completed by Rhodes, Jo Anne RN on 01/15/2021 12:04.

# Federal Bureau of Prisons
# SCREENINGS

| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | Reg #: 02007-104 |
|---|---|---|
| Date of Birth: 06/25/1972 | Sex: M    Race: WHITE | Facility: POM |
| Encounter Date: 01/14/2021 12:59 | Provider: Mayeaux, Jarryd RN | Unit: E04 |

**Screenings:**

**COVID-19**

    **Isolation**

        Yes: Vital Signs w/O2 sat recorded in flowsheet

        No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/14/2021 | 12:58 POX | 97.6 | 36.4 | | Mayeaux, Jarryd RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/14/2021 | 12:58 POX | 69 | | | Mayeaux, Jarryd RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/14/2021 | 12:58 POX | 98 | | Mayeaux, Jarryd RN |

Cosign Required:No

Completed by Mayeaux, Jarryd RN on 01/14/2021 13:00.

# Bureau of Prisons
## Health Services
## Devices and Equipment

| | | | | | | |
|---|---|---|---|---|---|---|
| **Start Date:** | 12/11/2020 | | **Stop Date:** | 12/11/2021 | | |
| **Reg #:** | 02007-104 | | **Inmate Name:** | AGUILAR LOPEZ, JOSE LUIS | | |

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Eye Glasses | | | | | |
| 06/09/2018 14:45 EST Richmond, Erinn RN | 06/09/2018 | | | BOP | |

**Total:** 1

# Bureau of Prisons
## Health Services
## Pain Management

| Begin Date: | 12/11/2020 | | | | | End Date: | 12/11/2021 |
|---|---|---|---|---|---|---|---|
| Reg #: | 02007-104 | | | | | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS |

| Date | Type | Location | Pre | Intervention | Post | Provider |
|---|---|---|---|---|---|---|
| 04/09/2021 12:54 POX | Aching | Forearm-Left | 6 | ORTHO referral for follow-up | | Smith, J NP |

**Orig Entered:** 04/09/2021 13:56 EST   Smith, J NP

# Bureau of Prisons
## Health Services
### Allergies

| Reg #: 02007-104 | Inmate Name: AGUILAR LOPEZ, JOSE LUIS |
|---|---|

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| No Known Allergies | 11/27/2013 | |

**Orig Entered:** 11/27/2013 17:51 EST   Reynaldo, A. MLP

**Total:** 1

# Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

**Reg #:**  02007-104            **Inmate Name:** AGUILAR LOPEZ, JOSE LUIS

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|
| **Total:** 0 | | | | | |

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 04/09/2021 | Counseling | Access to Care | Verbalizes Understanding | Smith, J |
| Orig Entered: | 04/09/2021 14:05 EST   Smith, J | | | |
| 04/09/2021 | Counseling | Plan of Care | Verbalizes Understanding | Smith, J |
| Orig Entered: | 04/09/2021 14:05 EST   Smith, J | | | |
| 01/06/2021 | Medication | Acetaminophen 325 MG Tab | Pharmacy No participation | Fruge, Jacinda |
| Orig Entered: | 01/06/2021 19:14 EST   Fruge, Jacinda | | | |
| 01/06/2021 | Counseling | Plan of Care | Verbalizes Understanding | Markey, J. |
| Orig Entered: | 01/06/2021 10:53 EST   Markey, J. | | | |
| 12/12/2020 | Medication | Omeprazole 20 MG Cap | Pharmacy No participation | Boone, Glenda |
| Orig Entered: | 12/12/2020 20:19 EST   Boone, Glenda | | | |

**Total:** 5

# Bureau of Prisons
## Health Services
## Health Problems

Reg #: 02007-104                    Inmate Name: AGUILAR LOPEZ, JOSE LUIS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Retained dental root | | | | | | |
| 02/05/2014 13:42 EST  Smith, W. DMD | III | ICD-9 | 525.3 | 01/30/2014 | Current | 01/30/2014 |
| #8 nonrestorable root tip. | | | | | | |
| LTBI Prophy Refused | | | | | | |
| 03/12/2018 16:29 EST  Bergmann, M RN | III | ICD-10 | 795.5D | 04/20/2015 | Current | 03/12/2018 |
| 04/20/2015 13:55 EST  Lee, S. MD | III | ICD-9 | 795.5D | 04/20/2015 | Resolved | 04/20/2015 |
| Corneal degeneration, unspecified | | | | | | |
| 02/15/2022 13:26 EST  Barry, Timothy OD | | ICD-10 | H1840 | 02/15/2022 | Current | |
| K ARCUS. | | | | | | |
| Hypermetropia | | | | | | |
| 03/17/2020 16:02 EST  Mitchell, B. NP-C | | ICD-10 | H5200 | 03/10/2020 | Current | |
| Astigmatism | | | | | | |
| 03/17/2020 16:02 EST  Mitchell, B. NP-C | | ICD-10 | H52209 | 03/10/2020 | Current | |
| Presbyopia | | | | | | |
| 03/17/2020 16:02 EST  Mitchell, B. NP-C | | ICD-10 | H524 | 03/10/2020 | Current | |
| Dental caries on pit and fissure surface penetrat into pulp | | | | | | |
| 06/24/2022 15:04 EST  Flowers, Joe DDS | | ICD-10 | K0253 | 06/24/2022 | Current | |
| Abrasion of teeth | | | | | | |
| 08/16/2016 10:55 EST  Nieto, Jorge DMD | | ICD-10 | K031 | 08/16/2016 | Current | |
| Disease of hard tissues of teeth | | | | | | |
| 09/09/2019 12:11 EST  Flowers, Joe DDS | | ICD-10 | K039 | 09/09/2019 | Current | |
| Aggressive periodontitis, localized | | | | | | |
| 06/24/2022 14:56 EST  Flowers, Joe DDS | | ICD-10 | K0521 | 06/24/2022 | Current | |
| Pain in unspecified joint | | | | | | |
| 12/08/2020 14:55 EST  Markey, J. MD | | ICD-10 | M2550 | 12/08/2020 | Current | |
| bilateral wrists | | | | | | |
| Injury of wrist, hand and finger(s), unspecified | | | | | | |

Reg #: 02007-104                   Inmate Name:  AGUILAR LOPEZ, JOSE LUIS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/11/2022 14:28 EST  Smith, J NP | | ICD-10 | U07.1 | 01/11/2022 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 01/26/2021 11:55 EST  Smith, J NP | | ICD-10 | U07.1 | 01/13/2021 | Resolved | 01/26/2021 |
| 01/13/2021 18:05 EST  Markey, J. MD | | ICD-10 | U07.1 | 01/13/2021 | Current | |

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Disease of hard tissues of teeth | | | | | | |
| 06/28/2022 11:06 EST  Flowers, Joe DDS | | ICD-10 | K039 | 06/24/2022 | Current | |
| 06/24/2022 15:14 EST  Flowers, Joe DDS | | ICD-10 | K039 | 06/24/2022 | Current | |
| Coronavirus COVID-19 test negative | | | | | | |
| 01/12/2022 16:25 EST  Smith, J NP --error | | ICD-10 | Z03818- | 01/11/2022 | Current | |
| 01/12/2022 16:24 EST  Smith, J NP | | ICD-10 | Z03818- | 01/11/2022 | Current | |

**Total:** 22

# Bureau of Prisons
## Health Services
### Vision Screens

Reg #:  02007-104                          Inmate Name:  AGUILAR LOPEZ, JOSE LUIS

**Vision Screen on** 02/15/2022 12:22

**Blindness:**

**Distance Vision:** OD: 20/100              OS: 20/100                  OU:

**Near Vision:**     OD:                      OS:                         OU:

**With Corrective**

**Distance Vision:** OD: 20/20               OS: 20/20                   OU:

**Near Vision:**     OD:                      OS:                         OU: 20/20

**Present Glasses - Distance**                          **Refraction - Distance**

|     | Sphere | Cylinder | Axis | Add |     | Sphere | Cylinder | Axis | Add |
|-----|--------|----------|------|-----|-----|--------|----------|------|-----|
| R:  |        |          |      |     | R:  | +2.75  | -0.25    | 80   | +1.5 |
| L:  |        |          |      |     | L:  | +3.00  | -0.50    | 85   | +1.5 |

**Color Test:**

**Tonometry:**  R:  12        L:  12

**Comments:**  TA AT: 12:24 PM

  **Orig Entered:**   02/15/2022 13:24 EST   Barry, Timothy OD

**Bureau of Prisons**
**Health Services**
**COVID-19 AG**

| Begin Date:  12/11/2020 | End Date:     12/11/2021 |
|---|---|
| Reg #:        02007-104 | Inmate Name:  AGUILAR LOPEZ, JOSE LUIS |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 AG** | | **Provider** |
|---|---|---|---|
| 12/06/2021 12:00 POX | Negative | Asymptomatic | Holston, Bailey Phlebotomist |
| Exposure. 100%. | | | |
| **Orig Entered:** | 12/07/2021 13:00 EST | Holston, Bailey Phlebotomist | |
| 01/13/2021 15:00 POX | Positive | Asymptomatic | Johnson, Jessica RDH |
| **Orig Entered:** | 01/13/2021 17:39 EST | Johnson, Jessica RDH | |

**Total:  2**

**Bureau of Prisons**
**Health Services**
**Immunizations**

| Begin Date: | 12/11/2020 | | End Date: | 12/11/2021 | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Reg #: | 02007-104 | | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | | | |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| COVID-19 Pfizer-BioNTech | 05/04/2021 | Now | Left Deltoid | 0.3mL | Pfizer | EW0182 | 2 | 08/01/2021 |
| | Orig Entered: 05/04/2021 10:01 EST | Fruge, Jacinda RN | | | | | | |
| COVID-19 Pfizer-BioNTech | 04/13/2021 | Now | Right Deltoid | 0.3mL | Pfizer | EW0164 | 1 | 08/21/2021 |
| | Orig Entered: 04/13/2021 17:15 EST | Mayeaux, Jarryd RN | | | | | | |

**Total:** 2

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | | | | |
|---|---|---|---|---|---|
| Complex: | POX--POLLOCK USP | | Begin Date: | 12/11/2020 | End Date: 12/11/2021 |
| Inmate: | AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 | Quarter: E04-209L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                                   Denied

## Active Prescriptions

Acetaminophen 325 MG Tab

Take two tablets (650 MG) by mouth each day as needed for pain -- o/r

**Rx#:**  156121-CP1     **Doctor:**  Markey, J. MD

**Start:**  01/06/21     **Exp:**  07/05/21                    **Pharmacy Dispensings:** 120 TAB in 180 days


Omeprazole 20 MG Cap

Take one capsule (20 MG) by mouth each day "Chronic Care Verified"

**Rx#:**  145818-CP1     **Doctor:**  Markey, J. MD

**Start:**  12/08/20     **Exp:**  06/06/21                    **Pharmacy Dispensings:** 30 CAP in 180 days

BP-A1136
FEB 21

**COVID-19 VACCINE CONSENT - INMATE**

**U.S. DEPARTMENT OF JUSTICE**          **FEDERAL BUREAU OF PRISONS**

I have been provided a copy of the COVID-19 Vaccine **Emergency Use Authorization (EUA)** fact sheet dated ___02/2021___. I have had the opportunity to ask questions about the benefits and risks of vaccination, including if I am pregnant, breastfeeding or have a weakened immune system. I will agree to complete the number of vaccine doses as appropriate and indicated by the manufacturer.

**Health Questions Prior to COVID-19 Vaccination (*Check yes or no*)**

| Yes | No | Health Questions |
|-----|-----|------------------|
| ☐ | ☑ | Are you sick today? |
| ☐ | ☑ | Have you ever had a severe allergy (i.e., anaphylaxis) or an immediate allergic reaction of any severity to any component of this vaccine or to a previous dose of this vaccine? |
| ☐ | ☑ | Have you ever had an immediate allergic reaction to any other vaccine/injectable therapy? |
| ☐ | ☑ | Have you had any other vaccinations in the last 14 days? |
| ☐ | ☑ | Have you received monoclonal antibody therapy for COVID-19 in the last 90 days? |

☑ **I consent to receive the COVID-19 vaccination.**

| Dose # (1 or 2) | Vaccine Manufacturer | Lot Number | Expiration Date | Route | Deltoid |
|-----------------|---------------------|------------|-----------------|-------|---------|
| 2 | Pfizer | EW0182 | 08/2021 | IM | ☑ Left  ☐ Right |

| Inmate Signature | Date |
|------------------|------|
| | 5/4/21 |

| Administered by Signature | Date |
|---------------------------|------|
| J. Fruge, RN  Health Services  FCC Pollock, LA | 5-4-21 |

| Administered by (name/title) |
|------------------------------|
| |

☐ **I decline to receive the COVID-19 vaccination.**

| Inmate Signature | Date |
|------------------|------|
| | |

| Witness Signature | Date |
|-------------------|------|
| | |

| (PRINT) Witness Name |
|----------------------|
| |

| (PRINT) Inmate Name (Last, First) | Register Number | |
|-----------------------------------|-----------------|---|
| Aguilar Lopez, Jose | 02007-104 | |
| **Institution** | **Unit** | **Work Assignment** |
| FCI Pollock | E04-102U | |

DOCUMENT VACCINE ADMINISTRATION IN BEMR FLOW SHEETS
SCAN VACCINE CONSENT IN BEMR DOCUMENT MANAGER – VACCINATION CONSENT

Prescribed by PS6190

BP-A1136
FEB 21
U.S. DEPARTMENT OF JUSTICE

**COVID-19 VACCINE CONSENT - INMATE**

FEDERAL BUREAU OF PRISONS

I have been provided a copy of the COVID-19 Vaccine **Emergency Use Authorization (EUA)** fact sheet dated 2/2021 . I have had the opportunity to ask questions about the benefits and risks of vaccination, including if I am pregnant, breastfeeding or have a weakened immune system. I will agree to complete the number of vaccine doses as appropriate and indicated by the manufacturer.

**Health Questions Prior to COVID-19 Vaccination** (*Check yes or no*)

| Yes | No | Health Questions |
|-----|-----|------------------|
| ☐ | ☑ | Are you sick today? |
| ☐ | ☑ | Have you ever had a severe allergy (i.e., anaphylaxis) or an immediate allergic reaction of any severity to any component of this vaccine or to a previous dose of this vaccine? |
| ☐ | ☑ | Have you ever had an immediate allergic reaction to any other vaccine/injectable therapy? |
| ☐ | ☑ | Have you had any other vaccinations in the last 14 days? |
| ☐ | ☑ | Have you received monoclonal antibody therapy for COVID-19 in the last 90 days? |

**☑ I consent to receive the COVID-19 vaccination.**

| Dose # (1 or 2) | Vaccine Manufacturer | Lot Number | Expiration Date | Route | Deltoid |
|-----------------|---------------------|------------|-----------------|-------|---------|
| 1 | PFIzer | EW0164 | 8/21 | IM | ☐ Left  ☐ Right |

| Inmate Signature | Date |
|------------------|------|
| X Jose AGUILAR LoPEZ | 4-13-21 |

| Administered by Signature | Date |
|---------------------------|------|
| | 4-3-21 |

| Administered by (name/title) | |
|---|---|
| J. Mayeaux, RN  Health Services  FCC Pollock, LA  J Mayeaux | |

**☐ I decline to receive the COVID-19 vaccination.**

| Inmate Signature | Date |
|------------------|------|
| | |

| Witness Signature | Date |
|-------------------|------|
| | |

| (PRINT) Witness Name | |
|----------------------|---|
| | |

| (PRINT) Inmate Name (Last, First) | Register Number | |
|-----------------------------------|-----------------|---|
| Aguilar Lopez, Jose | 02007-104 | |

| Institution | Unit | Work Assignment |
|-------------|------|-----------------|
| FCI Pollock | E4-102U | |

DOCUMENT VACCINE ADMINISTRATION IN BEMR FLOW SHEETS
SCAN VACCINE CONSENT IN BEMR DOCUMENT MANAGER – VACCINATION CONSENT

PDF

Prescribed by PS6190

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M    Race: WHITE | Facility: | POM |
| Note Date: | 10/18/2022 14:04 | Provider: | Lyons, T. FNP-C | Unit: | E04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Lyons, T. FNP-C
FOB screening order


**New Non-Medication Orders:**

| Order | Frequency | Duration | Details | Ordered By |
|---|---|---|---|---|
| Fecal Occult Blood | One Time | | | Lyons, T. FNP-C |

Order Date:          10/18/2022

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Lyons, T. FNP-C on 10/18/2022 14:06

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
|---|---|---|---|---|---|
| Date of Birth: | 06/25/1972 | Sex: | M    Race: WHITE | Facility: | POM |
| Note Date: | 10/06/2022 10:39 | Provider: | Nugent, Kim HIT/LPN | Unit: | E04 |

Admin Note - Release of Information encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**          Provider:   Nugent, Kim HIT/LPN

Inmate Aguilar Lopez, Jose received the following copies from his medical record as requested on an Inmate Request to Staff dated 10-04-22:

Complete medical record using the BEMR Print Chart Function dated 10-04-21 through 10-04-22, 62 pages. 3 pages not issued containing HIV or mental health records.

**Copay Required:** No          **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Nugent, Kim HIT/LPN on 10/06/2022 10:41

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M      Race: WHITE | Facility: | POM |
| Note Date: | 02/22/2022 13:43 | Provider: | Smith, J NP | Unit: | E04 |

Review Note - Consultation Report Review encounter performed at Health Services.

**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**         Provider:   Smith, J NP

        Optometry Evaluation 2/15/22

**New Laboratory Requests:**

| Details | Frequency | Due Date | Priority |
|---|---|---|---|
| Lab Tests - Short List-General-CBC | One Time | 03/22/2022 00:00 | Routine |
| Lab Tests - Short List-General-Lipid Profile | | | |
| Lab Tests - Short List-General-Comprehensive Metabolic Profile (CMP) | | | |

    Labs requested to be reviewed by:         Markey, J. MD

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Optometry Exam | 02/22/2024 00:00 | Optometrist |

    Optometry Recommendations 2/15/22

    1. RX. FOR SPECS... STRESS COMPL. C/ WEAR VS. BCVA AND PROTECTION OF VA.
    2. STRESS WELLNESS PRACTICES AND COMPL. C/ TX. / MEDICAL REGIMENS VS. RISK OF LOV 2ND TO SYSTEMIC DZ.
    3. SCHEDULE OPTOMETRY EXAM FOR CEE IN 2 YRS. AS SCHEDULED BY HIT STAFF.
    4. K-ARCUS... REC. CHOLESTEROL CHK AND MGMT. ACCORDINGLY C/ DIET AND EXERCISE COUNSELING
    DISCUSSED C/ PT. TODAY.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Smith, J NP on 02/22/2022 13:44

# Bureau of Prisons
# Health Services
# Clinical Encounter

| | | |
|---|---|---|
| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | Reg #: 02007-104 |
| Date of Birth: 06/25/1972 | Sex: M   Race: WHITE | Facility: POM |
| Encounter Date: 02/15/2022 12:21 | Provider: Barry, Timothy OD | Unit: E04 |

Optometry - Optometry Exam encounter performed at Health Services.

**SUBJECTIVE:**

COMPLAINT **1** Provider: Barry, Timothy OD

Chief Complaint: Eyes/Vision Problems

Subjective: 49 Y.O.H..M. DENIES DIA / HTN/ GLA PRESENTS FOR REFR. EXAM C/ BLURRED VA X YRS.

Pain: No

**Vision Screen on** 02/15/2022 12:22

**Blindness:**

| | | | |
|---|---|---|---|
| **Distance Vision:** | Right Eye: 20/100 | Left Eye: 20/100 | Both Eyes: |
| **Near Vision:** | Right Eye: | Left Eye: | Both Eyes: |

**With Corrective Lenses**

| | | | |
|---|---|---|---|
| **Distance Vision:** | Right Eye: 20/20 | Left Eye: 20/20 | Both Eyes: |
| **Near Vision:** | Right Eye: | Left Eye: | Both Eyes: 20/20 |

| Present Glasses - Distance | | | | | Refraction - Distance | | | |
|---|---|---|---|---|---|---|---|---|
| Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
| **R:** | | | | **R:** | +2.75 | -0.25 | 80 | +1.5 |
| **L:** | | | | **L:** | +3.00 | -0.50 | 85 | +1.5 |

**Color Test:**

**Tonometry:** L: 12   R: 12

**Comments:** TA AT: 12:24 PM

**OBJECTIVE:**

Exam Comments

EOM: F AND S/ VF: FTFC / P ERRLA
SLE: ARCUS / PING. N / T / N.S. CAT OU
DFE: RETINAL TISSUES CLEAR AND STABLE OD AND OS
C/D: .1/.1 OD AND OS S/ HEMES, EDEMA NOR OTHER SIGNS OF RETINOPATHY NOTED OU.

**ASSESSMENT:**

Astigmatism, H52209 - Current

Corneal degeneration, unspecified, H1840 - Current - *K ARCUS.*

Hypermetropia, H5200 - Current

Presbyopia, H524 - Current

**PLAN:**

**Disposition:**

Return Immediately if Condition Worsens

| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | | Reg #: 02007-104 |
|---|---|---|---|
| Date of Birth: 06/25/1972 | Sex: M | Race: WHITE | Facility: POM |
| Encounter Date: 02/15/2022 12:21 | Provider: Barry, Timothy OD | | Unit: E04 |

Return To Sick Call if Not Improved

**Other:**

1. RX. FOR SPECS... STRESS COMPL. C/ WEAR VS. BCVA AND PROTECTION OF VA.
2. STRESS WELLNESS PRACTICES AND COMPL. C/ TX. / MEDICAL REGIMENS VS. RISK OF LOV 2ND TO SYSTEMIC DZ.
3. SCHEDULE OPTOMETRY EXAM FOR CEE IN 2 YRS. AS SCHEDULED BY HIT STAFF.
4. K-ARCUS... REC. CHOLESTEROL CHK AND MGMT. ACCORDINGLY C/ DIET AND EXERCISE COUNSELING DISCUSSED C/ PT. TODAY.

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 02/15/2022 | Counseling | Access to Care | Barry, Timothy | Verbalizes Understanding |

**Spec Rx:   Completed on** 02/15/2022 12:27

**Sphere Right:** +2.75

**Sphere Left:** +3.00

**Cylinder Right:** -0.25

**Cylinder Left:** -0.50

**Axis Right:** 80
**Axis Left:** 85

**Bifocal Power Right:** 1.50

**Bifocal Power Left:** 1.50

**Segment Height Right:** 12

**Segment Height Left:** 12

**Segment Width:** 28

**Pupillary Width Distance Right:** 30

**Pupillary Width Distance Left:** 30

**Pupillary Width Near Right:** 29

**Pupillary Width Near Left:** 29

**Frame Material:** Polycarbonate

**Straight Top:** X

   **28:** X

**Frame Style:** NCT1

**Frame Color:** BLK

**Eye Size:** 51

**Bridge Size:** 17

**Temple Length and Style:** 140

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Barry, Timothy OD on 02/15/2022 12:28

Requested to be reviewed by Smith, J NP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M   Race:WHITE | Facility: | POM |
| Note Date: | 01/24/2022 14:06 | Provider: | Smith, J NP | Unit: | E04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**       Provider:   Smith, J NP
Inmate tested COVID (+) 1/11/22

Recommended Isolation period completed. Available symptoms screens reviewed. Final COVID Symptom Screen obtained 1/21/22 per Duty RN, inmate denies symptoms.

RECOMMEND D/C Isolation.

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/21/2022 | 13:45 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

**ASSESSMENTS:**

Confirmed case COVID-19, U07.1 - Resolved
Personal history of COVID-19, Z8616 - Current

**Copay Required:** No           **Cosign Required:** No
**Telephone/Verbal Order:**   No

Completed by Smith, J NP on 01/24/2022 14:08

# Bureau of Prisons
# Health Services
# Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M | Race: WHITE | Facility: | POM |
| Note Date: | 01/11/2022 13:28 | Provider: | Smith, J NP | Unit: | E04 |

Review Note - Report Review encounter performed at Health Services.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Smith, J NP

COVID-19 AG point of care testing completed on AGUILAR LOPEZ, JOSE LUIS, register number 02007-104 at 01/11/2022 10:50 COVID-19 AG: Positive

**ASSESSMENTS:**

Confirmed case COVID-19, U07.1 - Current

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| Screenings | 01/11/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/12/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/13/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/14/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/15/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/16/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/17/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/18/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/19/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/20/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |
| Screenings | 01/21/2022 00:00 | Nurse 09 |
| COVID symptoms screen with temp check. | | |

**Disposition:**

Placed In Isolation

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Smith, J NP on 01/11/2022 13:29

# Bureau of Prisons
## Health Services
## Clinical Encounter - Administrative Note

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: WHITE | Facility: | POM |
| Note Date: | 01/11/2022 11:02 | Provider: | Johnson, Jessica RDH | | Unit: | E04 |

POC Note - Default encounter performed at Housing Unit.
**Administrative Notes:**

ADMINISTRATIVE NOTE   1        Provider:   Johnson, Jessica RDH

COVID-19 AG point of care testing completed on AGUILAR LOPEZ, JOSE LUIS, register number 02007-104
at 01/11/2022 10:50
COVID-19 AG: Positive
Reference Range: Negative
Critical Result: Positive
Asymptomatic
Comments: E-4 EXPOSURE

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Johnson, Jessica RDH on 01/11/2022 11:03

Requested to be reviewed by  Smith, J NP.

Review documentation will be displayed on the following page.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 01/11/2022 11:02 | Provider: | Johnson, Jessica RDH | Facility: | POM |

**Reviewed with New Encounter Note by Smith, J NP on 01/11/2022 13:28.**

**Bureau of Prisons**
**Health Services**
**Clinical Encounter**

| | | |
|---|---|---|
| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | Reg #: 02007-104 |
| Date of Birth: 06/25/1972 | Sex: M   Race: WHITE | Facility: POM |
| Encounter Date: 12/26/2021 16:02 | Provider: Markey, J. MD | Unit: E04 |

Chronic Care - Chronic Care Clinic encounter performed at Housing Unit.

**SUBJECTIVE:**

COMPLAINT   **1**         Provider:  Markey, J. MD

Chief Complaint:   Chronic Care Clinic

Subjective:   Pt with history of resolved h pylori infection, resolved dequervains tenosynovitis. States he is
no longer having abdominal pain or wrist pain. Wants the covid booster. Refused vitals.

Pain:   Not Applicable

**Seen for clinic(s):** Gastrointestinal, Orthopedic/Rheumatology

**Removed from clinic(s):** Gastrointestinal, Orthopedic/Rheumatology

**OBJECTIVE:**

**ROS Comments**

CONSTITUTIONAL: No weight loss, fever, chills, weakness or fatigue.
HEENT: Eyes: No visual loss, blurred vision, double vision or yellow sclerae.
ENT: No hearing loss, sneezing, congestion, runny nose or sore throat.
SKIN: No rash or itching.
CARDIOVASCULAR: No chest pain, chest pressure or chest discomfort. No palpitations or edema.
RESPIRATORY: No shortness of breath, cough or sputum.
GASTROINTESTINAL: No anorexia, nausea, vomiting or diarrhea. No abdominal pain or blood.
GENITOURINARY: No Burning on urination.
NEUROLOGICAL: No headache, dizziness, syncope, paralysis, ataxia, numbness or tingling in the extremities. No
change in bowel or bladder control.
MUSCULOSKELETAL: No muscle or back pain, joint pain or stiffness.
HEMATOLOGIC: No anemia, bleeding or bruising.
ENDOCRINOLOGIC: No reports of sweating, cold or heat intolerance. No polyuria or polydipsia.
ALLERGIES: No history of hives, eczema or rhinitis.

**Exam Comments**

PATIENT AAOX3, NO ACUTE DISTRESS.
HEAD: NORMOCEPHALIC, ATRAUMATIC.
EYES: PERRLA, EOMI.
ENT: INTACTED TYMPANIC MEMBRANE BILATERALLY, NO BULGING OR EFFUSION.
PATENT NARES, NO CONGESTION OR DISCHARGED NOTED.
NECK: MIDLINE TRACHEA, FULL ROM, NO JVD, NO LYMPHADENOPATHY, NO THYROMEGALY, NO CAROTID
MURMURS OR BRUITS.
SKIN: NO RASH.
CARDIO: RRR, S1S2, NO MURMURS, RUBS, OR GALLOPS.
PULM: CTAB, NO CRACKLES, RONCHI OR WHEEZING.
ABD: SOFT, NT, ND, BS+, NO RIGIDITY, NO GUARDING.
UPPER EXT: FULL ROM, PALPABLE PULSES.
LOWER EXT: FULL ROM, PALPABLE PULSES. NO PITTING EDEMA BILAT.
NEURO: CN 2-12 GROSSLY INTACT, NO MOTOR DEFICIT, NO GAIT ABNORMALITIES.

**ASSESSMENT:**

Helicobacter pylori [H. pylori] as the cause of diseases classified elsewhere, B9681 - Resolved

| Inmate Name:   AGUILAR LOPEZ, JOSE LUIS | | Reg #:   02007-104 |
|---|---|---|
| Date of Birth:   06/25/1972 | Sex:   M   Race:   WHITE | Facility:   POM |
| Encounter Date: 12/26/2021 16:02 | Provider:   Markey, J. MD | Unit:   E04 |

**PLAN:**

Schedule:

| Activity | Date Scheduled | Scheduled Provider |
|---|---|---|
| COVID-19 Pfizer-BioNTech Vaccine | 12/27/2021 00:00 | Admin 01 |

   wants booster, got 1st dose Pfizer 4/13/2021 and 2nd dose Pfizer 5/4/2021

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 12/27/2021 | Counseling | Access to Care | Markey, J. | Verbalizes Understanding |

**Copay Required:** No      **Cosign Required:**  No

**Telephone/Verbal Order:**   No

Completed by Markey, J. MD on 12/27/2021 16:06

# Bureau of Prisons
# Health Services
## Clinical Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M   Race: WHITE | Facility: | POM |
| Note Date: | 12/15/2021 13:31 | Provider: | Lyons, T. FNP-C | Unit: | E04 |

Admin Note - Orders encounter performed at Health Services.
**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:   Lyons, T. FNP-C
Send out PCR COVID order


**New Laboratory Requests:**

| **Details** | **Frequency** | **Due Date** | **Priority** |
|---|---|---|---|
| Lab Tests-C-COVID-19 Novel Coronavirus | One Time | 12/20/2021 00:00 | Routine |
| Labs requested to be reviewed by: | Markey, J. MD | | |

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:**   No

Completed by Lyons, T. FNP-C on 12/15/2021 13:32

# Bureau of Prisons
# Health Services
# Vitals All

| Begin Date: | 12/12/2021 | End Date: | 12/12/2022 |
|---|---|---|---|
| Reg #: | 02007-104 | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS |

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/06/2022 | 10:51 POX | 97.2 | 36.2 | | Flowers, Joe DDS |
| | Orig Entered: 10/06/2022 11:53 EST   Flowers, Joe DDS | | | | |
| 06/24/2022 | 14:01 POX | 98.6 | 37.0 | | Flowers, Joe DDS |
| | Orig Entered: 06/24/2022 15:03 EST   Flowers, Joe DDS | | | | |
| 06/24/2022 | 13:53 POX | 97.4 | 36.3 | | Flowers, Joe DDS |
| | Orig Entered: 06/24/2022 14:54 EST   Flowers, Joe DDS | | | | |
| 01/21/2022 | 13:45 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/21/2022 14:46 EST   Rhodes, Jo Anne RN | | | | |
| 01/20/2022 | 11:48 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/20/2022 12:49 EST   Rhodes, Jo Anne RN | | | | |
| 01/19/2022 | 07:10 POX | 97.0 | 36.1 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/19/2022 08:12 EST   Rhodes, Jo Anne RN | | | | |
| 01/18/2022 | 10:38 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/18/2022 11:39 EST   Rhodes, Jo Anne RN | | | | |
| 01/17/2022 | 08:41 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/17/2022 09:42 EST   Rhodes, Jo Anne RN | | | | |
| 01/16/2022 | 10:31 POX | 93.0 | 33.9 | Forehead | Fruge, Jacinda RN |
| | Orig Entered: 01/16/2022 11:32 EST   Fruge, Jacinda RN | | | | |
| 01/15/2022 | 10:35 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/15/2022 11:54 EST   Rhodes, Jo Anne RN | | | | |
| 01/14/2022 | 12:34 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |
| | Orig Entered: 01/14/2022 13:35 EST   Rhodes, Jo Anne RN | | | | |
| 01/13/2022 | 09:00 POX | 97.4 | 36.3 | Forehead | Fruge, Jacinda RN |
| | Orig Entered: 01/13/2022 10:02 EST   Fruge, Jacinda RN | | | | |
| 01/12/2022 | 15:29 POX | 95.9 | 35.5 | | Lyons, T. FNP-C |
| | Orig Entered: 01/12/2022 16:30 EST   Lyons, T. FNP-C | | | | |
| 01/11/2022 | 17:20 POX | 98.1 | 36.7 | | Parker, Chance RN |
| | Orig Entered: 01/11/2022 18:21 EST   Parker, Chance RN | | | | |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/06/2022 | 10:51 POX | 55 | | | Flowers, Joe DDS |
| | Orig Entered: 10/06/2022 11:53 EST   Flowers, Joe DDS | | | | |
| 06/24/2022 | 14:01 POX | 65 | | | Flowers, Joe DDS |
| | Orig Entered: 06/24/2022 15:03 EST   Flowers, Joe DDS | | | | |
| 06/24/2022 | 13:53 POX | 52 | | | Flowers, Joe DDS |
| | Orig Entered: 06/24/2022 14:54 EST   Flowers, Joe DDS | | | | |
| 01/15/2022 | 10:35 POX | 58 | Via Machine | | Rhodes, Jo Anne RN |
| | Orig Entered: 01/15/2022 11:54 EST   Rhodes, Jo Anne RN | | | | |
| 01/14/2022 | 12:34 POX | 52 | Via Machine | | Rhodes, Jo Anne RN |

| Begin Date: | 12/12/2021 | | End Date: | 12/12/2022 | |
|---|---|---|---|---|---|
| Reg #: | 02007-104 | | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | |

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| | Orig Entered: 01/14/2022 13:35 EST | | Rhodes, Jo Anne RN | | |
| 01/12/2022 | 15:29 POX | 69 | | | Lyons, T. FNP-C |
| | Orig Entered: 01/12/2022 16:30 EST | | Lyons, T. FNP-C | | |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/15/2022 | 10:35 POX | 20 | Rhodes, Jo Anne RN |
| | Orig Entered: 01/15/2022 11:54 EST | | Rhodes, Jo Anne RN |
| 01/14/2022 | 12:34 POX | 20 | Rhodes, Jo Anne RN |
| | Orig Entered: 01/14/2022 13:35 EST | | Rhodes, Jo Anne RN |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/06/2022 | 10:51 POX | 112/74 | | | | Flowers, Joe DDS |
| | Orig Entered: 10/06/2022 11:53 EST | | Flowers, Joe DDS | | | |
| 06/24/2022 | 14:01 POX | 127/78 | | | | Flowers, Joe DDS |
| | Orig Entered: 06/24/2022 15:03 EST | | Flowers, Joe DDS | | | |
| 06/24/2022 | 13:53 POX | 128/71 | | | | Flowers, Joe DDS |
| | Orig Entered: 06/24/2022 14:54 EST | | Flowers, Joe DDS | | | |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/15/2022 | 10:35 POX | 98 | Room Air | Rhodes, Jo Anne RN |
| | Orig Entered: 01/15/2022 11:54 EST | | Rhodes, Jo Anne RN | |
| 01/14/2022 | 12:34 POX | 99 | Room Air | Rhodes, Jo Anne RN |
| | Orig Entered: 01/14/2022 13:35 EST | | Rhodes, Jo Anne RN | |
| 01/12/2022 | 15:29 POX | 98 | | Lyons, T. FNP-C |
| | Orig Entered: 01/12/2022 16:30 EST | | Lyons, T. FNP-C | |

**Bureau of Prisons**
**Health Services**
**PPDs**

| Reg #: 02007-104 | Inmate Name: AGUILAR LOPEZ, JOSE LUIS |
|---|---|

| Admin: | Location | Provider | Reading: | Induration | Provider |
|---|---|---|---|---|---|
| 11/27/2013   17:50 | Left Forearm | Reynaldo, A. MLP | 11/29/2013   21:43 | 21 mm | Varela, Ricardo RN |
| Orig Entered: | 11/27/2013 17:52 EST   Reynaldo, A. MLP | | Orig Entered: | 11/29/2013 21:43 EST   Varela, Ricardo RN | |

**Total:** 1

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | Reg #: | 02007-104 |
| Date of Birth: 06/25/1972 | Sex: M   Race: WHITE | Facility: | POM |
| Encounter Date: 01/21/2022 13:46 | Provider: Rhodes, Jo Anne RN | Unit: | E04 |

**Screenings:**

    **COVID-19**

        **Quarantine**

            Yes: Vital Signs w/O2 sat recorded in flowsheet

            No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/21/2022 | 13:45 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/21/2022 13:46.

# Federal Bureau of Prisons
## SCREENINGS

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
|---|---|---|---|---|---|
| Date of Birth: | 06/25/1972 | Sex:  M | Race:  WHITE | Facility: | POM |
| Encounter Date: | 01/20/2022 11:48 | Provider: | Rhodes, Jo Anne RN | Unit: | E04 |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/20/2022 | 11:48 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/20/2022 11:49.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 |
| Date of Birth:  06/25/1972 | Sex:  M        Race:  WHITE | Facility: | POM |
| Encounter Date: 01/19/2022 07:11 | Provider:  Rhodes, Jo Anne RN | Unit: | E04 |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/19/2022 | 07:10 POX | 97.0 | 36.1 | Forehead | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/19/2022 07:12.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 |
| Date of Birth:  06/25/1972 | Sex:  M      Race:  WHITE | Facility: | POM |
| Encounter Date: 01/18/2022 10:34 | Provider:  Rhodes, Jo Anne RN | Unit: | E04 |

**Screenings:**

**COVID-19**

**Intake screening**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/18/2022 | 10:38 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/18/2022 10:39.

# Federal Bureau of Prisons
## SCREENINGS

| | | | | |
|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M | Race: WHITE | Facility: POM |
| Encounter Date: | 01/17/2022 08:42 | Provider: | Rhodes, Jo Anne RN | Unit: E04 |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|------|------|-----------|---------|----------|----------|
| 01/17/2022 | 08:41 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

Cosign Required:No
Completed by Rhodes, Jo Anne RN on 01/17/2022 08:42.

## Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M    Race: WHITE | Facility: POM |
| Encounter Date: | 01/16/2022 10:32 | Provider: Fruge, Jacinda RN | Unit: E04 |

**Screenings:**

**COVID-19**

    **Isolation**

        No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/16/2022 | 10:31 POX | 93.0 | 33.9 | Forehead | Fruge, Jacinda RN |

Cosign Required:No

Completed by Fruge, Jacinda RN on 01/16/2022 10:32.

# Federal Bureau of Prisons
## SCREENINGS

| | |
|---|---|
| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | Reg #: 02007-104 |
| Date of Birth: 06/25/1972          Sex: M      Race: WHITE | Facility: POM |
| Encounter Date: 01/15/2022 10:36   Provider: Rhodes, Jo Anne RN | Unit: E04 |

## Screenings:

### COVID-19

#### Quarantine

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/15/2022 | 10:35 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/15/2022 | 10:35 POX | 58 | Via Machine | | Rhodes, Jo Anne RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/15/2022 | 10:35 POX | 20 | Rhodes, Jo Anne RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/15/2022 | 10:35 POX | 98 | Room Air | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/15/2022 10:54.

## Federal Bureau of Prisons
## SCREENINGS

| | | |
|---|---|---|
| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | Reg #: 02007-104 |
| Date of Birth: 06/25/1972 | Sex: M     Race: WHITE | Facility: POM |
| Encounter Date: 01/14/2022 12:35 | Provider: Rhodes, Jo Anne RN | Unit: E04 |

**Screenings:**

**COVID-19**

    **Intake screening**

        Yes: Vital Signs w/O2 sat recorded in flowsheet

        No: Cough, Shortness of Breath, Fatigue, Body aches

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/14/2022 | 12:34 POX | 96.0 | 35.6 | Forehead | Rhodes, Jo Anne RN |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/14/2022 | 12:34 POX | 52 | Via Machine | | Rhodes, Jo Anne RN |

**Respirations:**

| Date | Time | Rate Per Minute | Provider |
|---|---|---|---|
| 01/14/2022 | 12:34 POX | 20 | Rhodes, Jo Anne RN |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/14/2022 | 12:34 POX | 99 | Room Air | Rhodes, Jo Anne RN |

Cosign Required:No

Completed by Rhodes, Jo Anne RN on 01/14/2022 12:35.

# Federal Bureau of Prisons
## SCREENINGS

| | | | |
|---|---|---|---|
| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 |
| Date of Birth: 06/25/1972 | Sex: M     Race: WHITE | Facility: | POM |
| Encounter Date: 01/13/2022 09:01 | Provider: Fruge, Jacinda RN | Unit: | E04 |

**Screenings:**

**COVID-19**

**Quarantine**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/13/2022 | 09:00 POX | 97.4 | 36.3 | Forehead | Fruge, Jacinda RN |

Cosign Required:No

Completed by Fruge, Jacinda RN on 01/13/2022 09:02.

# Federal Bureau of Prisons
## SCREENINGS

| | | | | |
|---|---|---|---|---|
| Inmate Name:   AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth:   06/25/1972 | Sex:  M | Race:  WHITE | Facility: | POM |
| Encounter Date: 01/12/2022 15:30 | Provider:  Lyons, T. FNP-C | | Unit: | E04 |

**Screenings:**

**COVID-19**

**Isolation**

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/12/2022 | 15:29 POX | 95.9 | 35.5 | | Lyons, T. FNP-C |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 01/12/2022 | 15:29 POX | 69 | | | Lyons, T. FNP-C |

**SaO2:**

| Date | Time | Value(%) | Air | Provider |
|---|---|---|---|---|
| 01/12/2022 | 15:29 POX | 98 | | Lyons, T. FNP-C |

Cosign Required:No

Completed by Lyons, T. FNP-C on 01/12/2022 15:30.

# Federal Bureau of Prisons
## SCREENINGS

| | | | | |
|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M    Race: WHITE | Facility: | POM |
| Encounter Date: 01/11/2022 17:20 | | Provider: Parker, Chance RN | Unit: | E04 |

**Screenings:**

**COVID-19**

**Quarantine**

Yes: Vital Signs w/O2 sat recorded in flowsheet

No: Cough, Shortness of Breath, Fatigue, Body aches, Sore throat, Diarrhea, Headache, Loss of taste or smell, Nausea or vomiting

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 01/11/2022 | 17:20 POX | 98.1 | 36.7 | | Parker, Chance RN |

Cosign Required:No

Completed by Parker, Chance RN on 01/11/2022 17:21.

# Bureau of Prisons
## Health Services
### Devices and Equipment

| Start Date: | 12/12/2021 | | Stop Date: | 12/12/2022 |
| Reg #: | 02007-104 | | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS |

| Device/Equipment | Start Date | Stop Date | Date Returned | Obtained From | Comments |
|---|---|---|---|---|---|
| Eye Glasses | | | | | |
| 06/09/2018 14:45 EST  Richmond, Erinn RN | 06/09/2018 | | | BOP | |

**Total:** 1

# Bureau of Prisons
## Health Services
### Fecal Occult Blood

| Begin Date: | 12/12/2021 | End Date: | 12/12/2022 |
|---|---|---|---|
| Reg #: | 02007-104 | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS |

(Reference Range - Negative)

| **Effective Date** | **Fecal Occult Blood** | **Provider** |
|---|---|---|
| 10/23/2022 13:19 POX | Negative Guaiac Test | Holston, Bailey Phlebotomist |
| **Orig Entered:** 10/25/2022 14:20 EST   Holston, Bailey Phlebotomist | | |
| 10/22/2022 13:19 POX | Negative Guaiac Test | Holston, Bailey Phlebotomist |
| **Orig Entered:** 10/25/2022 14:20 EST   Holston, Bailey Phlebotomist | | |
| 10/21/2022 13:18 POX | Negative Guaiac Test | Holston, Bailey Phlebotomist |
| **Orig Entered:** 10/25/2022 14:19 EST   Holston, Bailey Phlebotomist | | |

**Total:** 3

# Bureau of Prisons
# Health Services
## Allergies

| Reg #: 02007-104 | Inmate Name: AGUILAR LOPEZ, JOSE LUIS |
|---|---|

| **Allergy** | **Date Noted** | **Reaction** |
|---|---|---|
| No Known Allergies | 11/27/2013 | |

      **Orig Entered:**   11/27/2013 17:51 EST   Reynaldo, A. MLP

**Total:** 1

# Bureau of Prisons
## Health Services
## Patient Education Assessments & Topics

**Reg #:** 02007-104          **Inmate Name:** AGUILAR LOPEZ, JOSE LUIS

## Assessments

| Assessment Date | Learns Best By | Primary Language | Years of Education | Barriers To Education | Provider |
|---|---|---|---|---|---|

**Total:** 0

## Topics

| Date Initiated | Format | Handout/Topic | Outcome | Provider |
|---|---|---|---|---|
| 12/08/2022 | Counseling | Access to Care | Verbalizes Understanding | Johnson, Jessica |

advised inmate to report to sick call for dental pain and/or swelling
> **Orig Entered:** 12/08/2022 14:57 EST   Johnson, Jessica

| | | | | |
|---|---|---|---|---|
| 12/08/2022 | Counseling | Oral Hygiene Instructions | Verbalizes Understanding | Johnson, Jessica |

proper brushing and flossing instructions given
> **Orig Entered:** 12/08/2022 14:57 EST   Johnson, Jessica

| | | | | |
|---|---|---|---|---|
| 10/06/2022 | Counseling | Pre-op Instructions | Verbalizes Understanding | Flowers, Joe |

> **Orig Entered:** 10/06/2022 11:57 EST   Flowers, Joe

| | | | | |
|---|---|---|---|---|
| 06/24/2022 | Counseling | Post-operative Care | Verbalizes Understanding | Flowers, Joe |

> **Orig Entered:** 06/24/2022 14:57 EST   Flowers, Joe

| | | | | |
|---|---|---|---|---|
| 06/24/2022 | Counseling | Post-operative Care | Verbalizes Understanding | Flowers, Joe |

> **Orig Entered:** 06/24/2022 15:05 EST   Flowers, Joe

| | | | | |
|---|---|---|---|---|
| 06/24/2022 | Counseling | Access to Care | Verbalizes Understanding | Flowers, Joe |

> **Orig Entered:** 06/24/2022 15:16 EST   Flowers, Joe

| | | | | |
|---|---|---|---|---|
| 02/15/2022 | Counseling | Access to Care | Verbalizes Understanding | Barry, Timothy |

> **Orig Entered:** 02/15/2022 13:26 EST   Barry, Timothy

| | | | | |
|---|---|---|---|---|
| 12/27/2021 | Counseling | Access to Care | Verbalizes Understanding | Markey, J. |

> **Orig Entered:** 12/27/2021 17:05 EST   Markey, J.

**Total:** 8

**Bureau of Prisons**
**Health Services**
**Health Problems**

Reg #: 02007-104                         Inmate Name: AGUILAR LOPEZ, JOSE LUIS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| **Current** | | | | | | |
| Retained dental root | | | | | | |
| 02/05/2014 13:42 EST  Smith, W. DMD | III | ICD-9 | 525.3 | 01/30/2014 | Current | 01/30/2014 |
| #8 nonrestorable root tip. | | | | | | |
| LTBI Prophy Refused | | | | | | |
| 03/12/2018 16:29 EST  Bergmann, M RN | III | ICD-10 | 795.5D | 04/20/2015 | Current | 03/12/2018 |
| 04/20/2015 13:55 EST  Lee, S. MD | III | ICD-9 | 795.5D | 04/20/2015 | Resolved | 04/20/2015 |
| Corneal degeneration, unspecified | | | | | | |
| 02/15/2022 13:26 EST  Barry, Timothy OD | | ICD-10 | H1840 | 02/15/2022 | Current | |
| K ARCUS. | | | | | | |
| Hypermetropia | | | | | | |
| 03/17/2020 16:02 EST  Mitchell, B. NP-C | | ICD-10 | H5200 | 03/10/2020 | Current | |
| Astigmatism | | | | | | |
| 03/17/2020 16:02 EST  Mitchell, B. NP-C | | ICD-10 | H52209 | 03/10/2020 | Current | |
| Presbyopia | | | | | | |
| 03/17/2020 16:02 EST  Mitchell, B. NP-C | | ICD-10 | H524 | 03/10/2020 | Current | |
| Dental caries on pit and fissure surface penetrat into pulp | | | | | | |
| 06/24/2022 15:04 EST  Flowers, Joe DDS | | ICD-10 | K0253 | 06/24/2022 | Current | |
| Abrasion of teeth | | | | | | |
| 08/16/2016 10:55 EST  Nieto, Jorge DMD | | ICD-10 | K031 | 08/16/2016 | Current | |
| Disease of hard tissues of teeth | | | | | | |
| 09/09/2019 12:11 EST  Flowers, Joe DDS | | ICD-10 | K039 | 09/09/2019 | Current | |
| Aggressive periodontitis, localized | | | | | | |
| 06/24/2022 14:56 EST  Flowers, Joe DDS | | ICD-10 | K0521 | 06/24/2022 | Current | |
| Pain in unspecified joint | | | | | | |
| 12/08/2020 14:55 EST  Markey, J. MD | | ICD-10 | M2550 | 12/08/2020 | Current | |
| bilateral wrists | | | | | | |
| Injury of wrist, hand and finger(s), unspecified | | | | | | |

Reg #: 02007-104                          Inmate Name:  AGUILAR LOPEZ, JOSE LUIS

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| 01/11/2022 14:28 EST  Smith, J NP | | ICD-10 | U07.1 | 01/11/2022 | Current | |
| Confirmed case COVID-19 | | | | | | |
| 01/26/2021 11:55 EST  Smith, J NP | | ICD-10 | U07.1 | 01/13/2021 | Resolved | 01/26/2021 |
| 01/13/2021 18:05 EST  Markey, J. MD | | ICD-10 | U07.1 | 01/13/2021 | Current | |

## Current

| Description | Axis | Code Type | Code | Diag. Date | Status | Status Date |
|---|---|---|---|---|---|---|
| Disease of hard tissues of teeth | | | | | | |
| 06/28/2022 11:06 EST  Flowers, Joe DDS | | ICD-10 | K039 | 06/24/2022 | Current | |
| 06/24/2022 15:14 EST  Flowers, Joe DDS | | ICD-10 | K039 | 06/24/2022 | Current | |
| Coronavirus COVID-19 test negative | | | | | | |
| 01/12/2022 16:25 EST  Smith, J NP | | ICD-10 | Z03818- | 01/11/2022 | Current | |
|   --error | | | | | | |
| 01/12/2022 16:24 EST  Smith, J NP | | ICD-10 | Z03818- | 01/11/2022 | Current | |

**Total:** 22

# Bureau of Prisons
## Health Services
## Vision Screens

| Reg #: 02007-104 | Inmate Name:  AGUILAR LOPEZ, JOSE LUIS |
| --- | --- |

**Vision Screen on** 02/15/2022 12:22

**Blindness:**

**Distance Vision:** OD: 20/100   OS: 20/100   OU:

**Near Vision:**   OD:   OS:   OU:

**With Corrective**

**Distance Vision:** OD: 20/20   OS: 20/20   OU:

**Near Vision:**   OD:   OS:   OU: 20/20

| Present Glasses - Distance | | | | | Refraction - Distance | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Sphere | Cylinder | Axis | Add | | Sphere | Cylinder | Axis | Add |
| R: | | | | | R: | +2.75 | -0.25 | 80 | +1.5 |
| L: | | | | | L: | +3.00 | -0.50 | 85 | +1.5 |

**Color Test:**

**Tonometry:**   R:  12      L:  12

**Comments:**  TA AT: 12:24 PM

**Orig Entered:**   02/15/2022 13:24 EST   Barry, Timothy OD

# Bureau of Prisons
## Health Services
## COVID-19 AG

| | | | |
|---|---|---|---|
| Begin Date: | 12/12/2021 | End Date: | 12/12/2022 |
| Reg #: | 02007-104 | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS |

(Reference Range - Negative)

| **Effective Date** | **COVID-19 AG** | | **Provider** |
|---|---|---|---|
| 01/11/2022 10:50 POX | Positive | Asymptomatic | Johnson, Jessica RDH |
| E-4 EXPOSURE | | | |
| **Orig Entered:** 01/11/2022 12:02 EST | Johnson, Jessica RDH | | |
| 12/13/2021 12:15 POX | Negative | Asymptomatic | Holston, Bailey Phlebotomist |
| 7 day testing. 100% | | | |
| **Orig Entered:** 12/13/2021 14:09 EST | Holston, Bailey Phlebotomist | | |

**Total:** 2

| UNICOR, Federal Prison Industries, Inc. Federal Correctional Institution Box 767 Old NC 75 Butner, NC 27509 919-575-2050  FAX (919) 575-6280 | **UNICOR USE ONLY** |
|---|---|

| Method of Payment: ☐ Credit Card ☐ Purchase Order | Job Number: Tray Number: |
|---|---|

| Agency:  BOP, POLLOCK MED FCI | Phone:  318-765-4400 |
|---|---|

Pollock, Louisiana 71467

| Cost Breakdown | | Patient Name/No: AGUILAR LOPEZ, JOSE 02007-104 |
|---|---|---|
| Lenses | | |
| Frame | | |
| Extra | | Ship To: POLLOCK MED FCI 3000 Air Base Road Pollock, Louisiana 71467 |
| Extra | | |
| Extra | | |
| Total | | |

| | | Sphere | Cylinder | Axis | Prism | Direction | Tint |
|---|---|---|---|---|---|---|---|
| Distance | R | +2.75 | -0.25 | 80 | | | ☐ # 1 |
| | L | +3.00 | -0.50 | 85 | | | ☐ # 2 |
| Bifocal Power | R | 1.50 | Segment Instructions | | Pupillary Width (PD) | | ☐ # 3 |
| | | | Height | Width | Dist | Near | Color of Tint: |
| | L | 1.50 | R  12 | 28 | R  30 | R  29 | |
| | | | L  12 | | L  30 | L  29 | ☐  Transition |

| ☒ Polycarbonate | Straight Top | Executive Type | Round | Trifocal | UV Coat |
|---|---|---|---|---|---|
| | ☒ | ☐ | ☐ | ☐ 7 x 28 | |
| ☐ Plastic | | | | ☐ 8 x 35 | ☐  Scratch Coat |
| | ☒    ☐ | | | Progressive | |
| | 28    35 | | | ☐ No line | |

| Frame Style NCT1 | Color BLK | Eye Size 51 | Bridge Size 17 | Temple Length and Style 140 |
|---|---|---|---|---|

| SPECIAL INSTRUCTIONS | ☐ Lens only ☐ Frame only | | ☐ Sideshields (Safety Frame only) ☐ Clip-on ☐ Permanent |
|---|---|---|---|

Completed by Barry, Timothy OD on 02/15/2022 12:27

**Bureau of Prisons**
**Health Services**
**Immunizations**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Begin Date: | 12/12/2021 | | End Date: | 12/12/2022 | | | | |
| Reg #: | 02007-104 | | Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | | |

| Immunization | Immunization Date | Administered | Location | Dosage | Drug Mfg. | Lot # | Dose # | Exp Date |
|---|---|---|---|---|---|---|---|---|
| COVID-19 Pfizer-BioNTech | 02/15/2022 | Now | Right Deltoid | 0.3mL | Pfizer | 330368D | 3 | 02/28/2022 |

 **Orig Entered:** 02/15/2022 12:38 EST   Nugent, Kim HIT/LPN

**Total:** 1

# Bureau of Prisons
# Health Services
# Medication Summary
# Historical

| | | |
|---|---|---|
| Complex: POX--POLLOCK USP | Begin Date: 12/12/2021 | End Date: 12/12/2022 |
| Inmate: AGUILAR LOPEZ, JOSE LUIS | Reg #: 02007-104 | Quarter: E04-209L |

**Medications listed reflect prescribed medications from the begin date to end date on this report.**

**Allergies:**                              Denied

## Active Prescriptions

Amoxicillin 500 MG Cap
POM - Take one capsule (500 MG) by mouth three times daily for 7 days
**Rx#:** 352192-CP1    **Doctor:** Flowers, Joe DDS
**Start:** 06/24/22    **Exp:** 07/01/22                 **Pharmacy Dispensings:** 21 CAP in 7 days

Ibuprofen 800 MG Tab
POM- Take one tablet (800 MG) by mouth three times daily with food
**Rx#:** 356430-CP1    **Doctor:** Flowers, Joe DDS
**Start:** 06/24/22    **Exp:** 06/27/22                 **Pharmacy Dispensings:** 9 TAB in 3 days

Ibuprofen 800 MG Tab
POM - Take one tablet (800 MG) by mouth three times daily with food
**Rx#:** 362464-CP1    **Doctor:** Flowers, Joe DDS
**Start:** 06/24/22    **Exp:** 06/27/22                 **Pharmacy Dispensings:** 9 TAB in 3 days

Ibuprofen 800 MG Tab
Take one tablet (800 MG) by mouth three times daily
**Rx#:** 402965-CP1    **Doctor:** Flowers, Joe DDS
**Start:** 10/06/22    **Exp:** 10/09/22                 **Pharmacy Dispensings:** 9 TAB in 3 days

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | | Reg #: | 02007-104 |
|---|---|---|---|---|---|---|
| Date of Birth: | 06/25/1972 | Sex: | M | Race: WHITE | Facility: | POM |
| Encounter Date: | 06/24/2022 14:28 | Provider: | | Flowers, Joe DDS | Unit: | E04 |

**Medications as of Dental Health History Encounter date:**        06/24/2022 14:28

Medications:

Amoxicillin 500 MG Cap  Exp: 07/01/2022  SIG: POM - Take one capsule (500 MG) by mouth three times daily for 7 days
Ibuprofen 800 MG Tab  Exp: 06/27/2022  SIG: POM- Take one tablet (800 MG) by mouth three times daily with food
Ibuprofen 800 MG Tab  Exp: 06/27/2022  SIG: POM - Take one tablet (800 MG) by mouth three times daily with food

OTCs:  Listing of all known OTCs this inmate is currently taking.


Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No            **Cosign Required:** No
**Telephone/Verbal Order:**  No

Completed by Flowers, Joe DDS on 06/24/2022 14:29

**Bureau of Prisons**
**Health Services**
**Dental Soap/Admin Encounter**

| | | |
|---|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | | Reg #:  02007-104 |
| Date of Birth:  06/25/1972 | Sex:  M          Race:  WHITE | Facility:  POM |
| Encounter Date:  10/06/2022 10:50 | Provider:  Flowers, Joe DDS | Unit:      E04 |

**Reviewed Health Status:**  Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT  **1**      Provider:  Flowers, Joe DDS

Chief Complaint:    Pain

Subjective:    Inmate presented to Dental with pain in the upper left quadrant.

**Pain Location:**  Tooth/Teeth

Pain Scale:    7

Pain Qualities:    Aching | Throbbing | Pressure

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:


**OBJECTIVE:**

**Dental Findings:**

Tooth

**#12**

Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

Caries (Clinical Observation/Findings)(yes)

Caries (Radiological Observation/Findings)(yes)

**ASSESSMENTS:**

Dental caries on pit and fissure surface penetrat into pulp, K0253 - Current

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 10/06/2022 | 10:51 POX | 97.2 | 36.2 | | Flowers, Joe DDS |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 10/06/2022 | 10:51 POX | 55 | | | Flowers, Joe DDS |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 10/06/2022 | 10:51 POX | 112/74 | | | | Flowers, Joe DDS |

Dental Anesthesia

| Type | Location | Amount |
|---|---|---|
| Articaine 4% 1:100,000 epinephrine | Maxillary | 3 Cartridges |

| | | |
|---|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | | Reg #:  02007-104 |
| Date of Birth:  06/25/1972 | Sex:  M          Race:  WHITE | Facility:  POM |
| Encounter Date:  10/06/2022 10:50 | Provider:  Flowers, Joe DDS | Unit:  E04 |

**PROCEDURE:**

Dental Procedures

### Dental Procedures In Process/Completed During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| #12 | Periapical Radiograph | Completed |
| #12 | Examination, Limited | Completed |
| #12 | Extraction, Erupted Tooth | Completed |

### Procedures Added or Updated on the Dental Treatment Plan During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| #12-L | Composite Restoration | Cancelled |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 10/06/2022 10:50 |

    **Prescriber Order:**    800 mg Orally Mouth -  three times a day x 3 day(s)

    Indication:  Dental caries on pit and fissure surface penetrat into pulp

**Disposition:**

Will Be Placed on Callout

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 10/06/2022 | Counseling | Pre-op Instructions | Flowers, Joe | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Flowers, Joe DDS on 10/06/2022 10:57

**Bureau of Prisons**
**Health Services**
**Dental Soap/Admin Encounter - Administrative Note**

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M    Race: WHITE | Facility: | POM |
| Note Date: | 06/28/2022 10:15 | Provider: | Flowers, Joe DDS | Unit: | E04 |

**Reviewed Health Status:**  Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

ADMINISTRATIVE NOTE  **1**        Provider:  Flowers, Joe DDS

Inmate was seen in dental for sick call on Friday, 6/24/22.  Inmate only received IBU 362464-CP1 from night stock.  Inmate Rasas, Amosa 47963-044 was given the IBU 356430-CP1 and AMOX 352192-CP1.

**Copay Required:** No          **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Flowers, Joe DDS on 06/28/2022 10:17

# Bureau of Prisons
## Health Services
### Dental Soap/Admin Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M    Race: WHITE | Facility: | POM |
| Note Date: | 06/28/2022 10:10 | Provider: | Flowers, Joe DDS | Unit: | E04 |

**Reviewed Health Status:**  Yes

Administrative Note encounter performed at Dental Clinic.
**Administrative Notes:**

    ADMINISTRATIVE NOTE   **1**        Provider:  Flowers, Joe DDS

        d/c meds


**Copay Required:** No        **Cosign Required:**  No
**Telephone/Verbal Order:**  No

Completed by Flowers, Joe DDS on 06/28/2022 10:11

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter - Administrative Note

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M    Race: WHITE | Facility: | POM |
| Note Date: | 06/28/2022 10:10 | Provider: | Flowers, Joe DDS | Unit: | E04 |

**Reviewed Health Status:**   Yes

Administrative Note encounter performed at Dental Clinic.

**Administrative Notes:**

ADMINISTRATIVE NOTE   **1**        Provider:  Flowers, Joe DDS

d/c meds

**Copay Required:** No          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Flowers, Joe DDS on 06/28/2022 10:11

# Bureau of Prisons
## Health Services
## See Amendment

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 06/28/2022 10:15 | | | Facility: | POM |

**Amendment made to this note by Flowers, Joe DDS on 06/28/2022 10:17.**

# Bureau of Prisons
# Health Services
# Dental Soap/Admin Encounter

| | | | |
|---|---|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | | | Reg #:  02007-104 |
| Date of Birth:    06/25/1972 | Sex:  M | Race:  WHITE | Facility:  POM |
| Encounter Date:  06/28/2022 10:04 | Provider:    Flowers, Joe DDS | | Unit:      E04 |

**Reviewed Health Status:   Yes**

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT  **1**        Provider:   Flowers, Joe DDS

Chief Complaint:    Pain

Subjective:    Inmate presented to Dental with pain in the upper right quadrant.

**Pain Location:**   Tooth/Teeth

Pain Scale:    7

Pain Qualities:   Aching | Throbbing | Pressure

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Dental Findings:**

**Tooth**

**#1**

Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

Caries (Clinical Observation/Findings)(yes)

Caries (Radiological Observation/Findings)(yes)

**ASSESSMENTS:**

Dental caries on pit and fissure surface penetrat into pulp, K0253 - Current

**PLAN:**

**Copay Required:** Yes        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Flowers, Joe DDS on 06/28/2022 10:05

**Bureau of Prisons**
**Health Services**
**Dental Soap/Admin Encounter**

| | | | | |
|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #:  02007-104 |
| Date of Birth:  06/25/1972 | | Sex:  M | Race:  WHITE | Facility:  POM |
| Encounter Date:  06/24/2022 14:00 | | Provider:  Flowers, Joe DDS | | Unit:  E04 |

**Reviewed Health Status:**  Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

   COMPLAINT  **1**      Provider:  Flowers, Joe DDS

      Chief Complaint:      Pain

      Subjective:      Inmate presented to Dental with pain in the upper right quadrant.

      **Pain Location:**  Tooth teeth

      Pain Scale:    7

      Pain Qualities:    Aching | Throbbing | Pressure

      History of Trauma:

      Onset:

      Duration:

      Exacerbating Factors:

      Relieving Factors:

      Comments:

**OBJECTIVE:**

**Dental Findings:**

   **Tooth**

      **#1**

         Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

         Caries (Clinical Observation/Findings)(yes)

         Caries (Radiological Observation/Findings)(yes)

**ASSESSMENTS:**

Dental caries on pit and fissure surface penetrat into pulp, K0253 - Current

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 98.6 | 37.0 | | Flowers, Joe DDS |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 65 | | | Flowers, Joe DDS |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 127/78 | | | | Flowers, Joe DDS |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Ibuprofen Tablet | | 06/24/2022 14:00 |

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
|---|---|---|---|---|---|
| Date of Birth: | 06/25/1972 | Sex: M | Race: WHITE | Facility: | POM |
| Encounter Date: | 06/24/2022 14:00 | Provider: | Flowers, Joe DDS | Unit: | E04 |

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | **Prescriber Order:**   800 mg Orally Mouth -  three times a day x 3 day(s) | |
| | Indication:   Dental caries on pit and fissure surface penetrat into pulp | |
| | Start Now:  Yes | |
| | Night Stock Rx#:   356430-CP1 | |
| | Source:  Night Stock | |
| | Admin Method:   Self Administration | |
| | Stop Date: | |
| | MAR Label:  800 mg Orally Mouth -  three times a day x 3 day(s) | |
| | One Time Dose Given:  No | |
| Amoxicillin Capsule | | 06/24/2022 14:00 |
| | **Prescriber Order:**   500 MG Orally Mouth -  three times a day x 7 day(s) | |
| | Indication:   Dental caries on pit and fissure surface penetrat into pulp | |
| | Start Now:  Yes | |
| | Night Stock Rx#:   356...-CP1 | |
| | Source:  Night Stock | |
| | Admin Method:   Self Administration | |
| | Stop Date:  07/01/2022 13:59 | |
| | MAR Label:  day(s) | |
| | One Time Dose Given:  No | |

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2022 | Counseling | Post-operative Care | Flowers, Joe | Verbalizes Understanding |

**Copay Required:** Yes          **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Flowers, Joe DDS on 06/24/2022 14:07

**Bureau of Prisons**
**Health Services**
**Dental Soap/Admin Encounter**

| | | | |
|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | Reg #: 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M    Race: WHITE | Facility: POM |
| Encounter Date: | 06/24/2022 14:00 | Provider: Flowers, Joe DDS | Unit: E04 |

**Reviewed Health Status:** Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT **1**      Provider:   Flowers, Joe DDS

Chief Complaint:    Pain

Subjective:    Inmate presented to Dental with pain in the upper right quadrant.

**Pain Location:**  Tooth Teeth

Pain Scale:   7

Pain Qualities:   Aching | Throbbing | Pressure

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Dental Findings:**

**Tooth**

**#1**

Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

Caries (Clinical Observation/Findings)(yes)

Caries (Radiological Observation/Findings)(yes)

**ASSESSMENTS:**

Dental caries on pit and fissure surface penetrat into pulp, K0253 - Current

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 98.6 | 37.0 | | Flowers, Joe DDS |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 65 | | | Flowers, Joe DDS |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/24/2022 | 14:01 POX | 127/78 | | | | Flowers, Joe DDS |

**PLAN:**

**New Medication Orders:**

| Rx# | Medication | | Order Date |
|---|---|---|---|
| | Ibuprofen Tablet | | 06/24/2022 14:00 |

| | |
|---|---|
| Inmate Name: AGUILAR LOPEZ, JOSE LUIS | Reg #: 02007-104 |
| Date of Birth: 06/25/1972    Sex: M    Race: WHITE | Facility: POM |
| Encounter Date: 06/24/2022 14:00    Provider: Flowers, Joe DDS | Unit: E04 |

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|

**Prescriber Order:**    800 mg Orally.Mouth -  three times a day x 3 day(s)

Indication:   Dental caries on pit and fissure surface penetrat into pulp

Start Now:  Yes

Night Stock Rx#:   356430-CP1

Source:  Night Stock

Admin Method:   Self Administration

Stop Date:

MAR ~~~ 800 mg Orally Mouth -  three times a day x 3 day(s)

One ~~~ ose Given:  No

Amoxicillin Capsu~~~                                                                06/24/2022 14:00

**Prescriber O~~~**   ~~~ 500 MG Orally Mouth -  three times a day x 7 day(s)

Indication:   Dent~~~ on pit and fissure surface penetrat into pulp

Start Now:  Yes

Night Stock Rx#:   35~~~

Source:  Night Stock

Admin Method:   Self Admini~~~

Stop Date:  07/01/2022 13:59

MAR Label:  day(s)

One Time Dose Given:  No

**Disposition:**

Follow-up at Sick Call as Needed

**Patient Education Topics:**

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2022 | Counseling | Post-operative Care | ~~~rs, Joe | Verbalizes Understanding |

**Copay Required:** Yes    **Cosign Required:** No

**Telephone/Verbal Order:**  No

Completed by Flowers, Joe DDS on 06/24/2022 14:07

**Bureau of Prisons**
**Health Services**
**See Amendment**

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 | |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE | |
| Encounter Date: | 06/28/2022 10:04 | | | Facility: | POM | |

**Amendment made to this note by Flowers, Joe DDS on 06/28/2022 10:05.**

# Bureau of Prisons
## Health Services
## Dental Soap/Admin Encounter

| | |
|---|---|
| Inmate Name:  AGUILAR LOPEZ, JOSE LUIS | |
| Date of Birth:  06/25/1972 | Sex:  M          Race:  WHITE |
| Encounter Date: 06/24/2022 13:52 | Provider:  Flowers, Joe DDS |

Reg #:  02007-104
Facility:  POM
Unit:  E04

**Reviewed Health Status:**  Yes

Sick Call Visit encounter performed at Dental Clinic.

**SUBJECTIVE:**

COMPLAINT  **1**       Provider:  Flowers, Joe DDS

Chief Complaint:    Pain

Subjective:    Inmate presented to Dental with pain in the upper right quadrant.

**Pain Location:**  Tooth/Teeth

Pain Scale:    8

Pain Qualities:    Aching | Throbbing | Pressure

History of Trauma:

Onset:

Duration:

Exacerbating Factors:

Relieving Factors:

Comments:

**OBJECTIVE:**

**Dental Findings:**

**Tooth**

**#1**

Abnormal Finding(s) Noted (Clinical Observation/Findings)(yes)

Bone Loss (Radiological Observation/Findings)(yes)

Mobility (Clinical Observation/Findings)(yes)

Sensitive to Provoking Stimuli (Clinical Observation/Findings)(yes)

Tenderness (Clinical Observation/Findings)(yes)

**ASSESSMENTS:**

Aggressive periodontitis, localized, K0521 - Current

**Temperature:**

| Date | Time | Fahrenheit | Celsius | Location | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 13:53 POX | 97.4 | 36.3 | | Flowers, Joe DDS |

**Pulse:**

| Date | Time | Rate Per Minute | Location | Rhythm | Provider |
|---|---|---|---|---|---|
| 06/24/2022 | 13:53 POX | 52 | | | Flowers, Joe DDS |

**Blood Pressure:**

| Date | Time | Value | Location | Position | Cuff Size | Provider |
|---|---|---|---|---|---|---|
| 06/24/2022 | 13:53 POX | 128/71 | | | | Flowers, Joe DDS |

| Inmate Name:   AGUILAR LOPEZ, JOSE LUIS | | | Reg #:  02007-104 |
|---|---|---|---|
| Date of Birth:   06/25/1972 | Sex:  M | Race:  WHITE | Facility:  POM |
| Encounter Date:  06/24/2022 13:52 | Provider:   Flowers, Joe DDS | | Unit:   E04 |

## PROCEDURE:

Dental Procedures

### Dental Procedures In Process/Completed During This Encounter

| Tooth/Area | Procedure | Status |
|---|---|---|
| #1 | Oral Health Assessment | Completed |
| #1 | Treatment Plan Examination | Completed |
| #1 | Extraction, Erupted Tooth | Completed |

## PLAN:

**New Medication Orders:**

| Rx# | Medication | Order Date |
|---|---|---|
| | Ibuprofen Tablet | 06/24/2022 13:52 |

**Prescriber Order:**      800 mg Orally Mouth - three times a day x 3 day(s)

Indication:  Aggressive periodontitis, localized

Start Now:  Yes

Night Stock Rx#:   362464-CP1

Source: Night Stock

Admin Method:   Self Administration

Stop Date:

MAR Label:  800 mg Orally Mouth - three times a day x 3 day(s)

One Time Dose Given:  No

## Disposition:

Will Be Placed on Callout

## Patient Education Topics:

| Date Initiated | Format | Handout/Topic | Provider | Outcome |
|---|---|---|---|---|
| 06/24/2022 | Counseling | Post-operative Care | Flowers, Joe | Verbalizes Understanding |

**Copay Required:** Yes        **Cosign Required:**  No

**Telephone/Verbal Order:**  No

Completed by Flowers, Joe DDS on 06/24/2022 14:00

# Bureau of Prisons
## Health Services
## Dental Routine Care
## Hygiene Appt

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: M | Race: WHITE | Facility: | POM |
| Encounter Date: | 12/08/2022 13:55 | Provider: | Johnson, Jessica RDH | Unit: | E04 |

**Reviewed Health Status:**   Yes

**ASSESSMENTS:**

Health Problems Newly Identified During This Encounter:

   Health Problem

**Allergies:**                          Denied

   Oral Hygiene:   Fair

   Oral Hygiene Comments:   mild plaque and calculus; generalized attrition

| CPITN: | 2 | x | 2 |
|---|---|---|---|
| | 2 | 2 | 2 |

Hygiene examination performed and documented:        No

Head & Neck/Soft Tissue within normal limits?

Comments:

Comments:

Additional Findings and Procedures

**PROCEDURE:**

Dental Procedures

**Dental Procedures In Process/Completed During This Encounter**

| Tooth/Area | Procedure | Status |
|---|---|---|
| General | Bitewings Vertical (7) | Completed |
| General | Prophylaxis | Completed |
| completed by cavitron, hand scale, polish and floss; inmate released from dental clinic in good condition. | | |
| General | Topical Fluoride Application | Completed |
| fluoride application x 60 seconds - advised inmate no eating, drinking, or rinsing for 20 minutes - inmate verbalized understanding. | | |

**Medication Reconciliation.**
**The patient's known medication list including OTC items was compiled and compared to new and changed BOP orders.**

**Reconciled Medications:**

| Source | Action | Type | Rx# | Medication | Order Detail |
|---|---|---|---|---|---|
| No Medication or OTC items to be Reconciled. | | | | | |

**Other Active Medications**

| Rx# | Medication | Stop Date | SIG |
|---|---|---|---|
| No Medications to be Reconciled. | | | |

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
|---|---|---|---|---|---|
| Date of Birth: | 06/25/1972 | Sex: M | Race: WHITE | Facility: | POM |
| Encounter Date: | 12/08/2022 13:55 | Provider: | Johnson, Jessica RDH | Unit: | E04 |

**Other Active IVs:**

| <u>Rx#</u> | <u>Medication</u> | <u>Stop Date</u> | <u>SIG</u> |
|---|---|---|---|
| No IVs to be Reconciled. | | | |

**Other Active OTCs:**

| <u>Medication</u> | <u>OTC Source</u> | <u>Start Date</u> | <u>Stop Date</u> |
|---|---|---|---|
| No OTCs to be Reconciled. | | | |

**Disposition:**

Discharged to Housing Unit-No Restrictions

**Patient Education Topics:**

| <u>Date Initiated</u> | <u>Format</u> | <u>Handout/Topic</u> | <u>Provider</u> | <u>Outcome</u> |
|---|---|---|---|---|
| 12/08/2022 | Counseling | Access to Care | Johnson, Jessica | Verbalizes Understanding |
| | | advised inmate to report to sick call for dental pain and/or swelling | | |
| 12/08/2022 | Counseling | Oral Hygiene Instructions | Johnson, Jessica | Verbalizes Understanding |
| | | proper brushing and flossing instructions given | | |

Instructed inmate how to obtain medical, dental, and mental health care.

**Copay Required:** No          **Cosign Required:** No

**Telephone/Verbal Order:** No

Completed by Johnson, Jessica RDH on 12/08/2022 13:57



**Federal Bureau of Prisons**

# FMC Butner
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** AGUILAR LOPEZ, JOSE | **Facility** FCI Pollock | **Collected** 03/09/2022 08:24 CST |
| **Reg #** 02007-104 | **Order Unit** E04-102U | **Received** 03/10/2022 09:29 CST |
| **DOB** 06/25/1972 | **Provider** J. Smith | **Reported** 03/10/2022 11:28 CST |
| **Sex** M | | **LIS ID** 053222480 |

## CHEMISTRY

| | | | | |
|---|---|---|---|---|
| Sodium | | 137 | 136-145 | mmol/L |
| Potassium | | 4.1 | 3.5-5.1 | mmol/L |
| Chloride | | 105 | 98-107 | mmol/L |
| Carbon Dioxide | | 23 | 21-32 | mmol/L |
| Urea Nitrogen (BUN) | | 11 | 7-26 | mg/dL |
| Creatinine | | 0.80 | 0.60-1.30 | mg/dL |
| eGFR (IDMS) | | >60 | | |

GFR units measured as mL/min/1.73 m^2. if African American, multiply by 1.210. A calculated GFR <60 suggests a chronic kidney disease if found over a 3 month period.

| | | | | |
|---|---|---|---|---|
| Calcium | | 9.0 | 8.4-10.2 | mg/dL |
| Glucose | H | 112 | 70-109 | mg/dL |
| AST | | 19 | 5-34 | U/L |
| ALT | | 8 | 8-55 | U/L |
| Alkaline Phosphatase | | 70 | 40-140 | U/L |
| Bilirubin, Total | | 0.2 | 0.2-1.0 | mg/dL |
| Protein, Total | | 6.8 | 6.4-8.3 | g/dL |
| Albumin | | 3.6 | 3.5-5.0 | g/dL |
| Globulin | | 3.2 | | g/dL |
| Albumin/Globulin Ratio | | 1.13 | 1.00-2.30 | |
| Anion Gap | | 9.0 | 9.0-19.0 | |
| BUN/Creatinine Ratio | | 13.9 | 5.0-30.0 | |
| Cholesterol, Total | | 193 | <200 | mg/dL |
| Triglycerides | | 67 | <150 | mg/dL |
| HDL Cholesterol | H | 67 | 40-60 | mg/dL |
| LDL-Cholesterol | | 113 | <130 | mg/dL |
| Chol/HDLC Ratio | | 2.9 | 0.0-4.0 | |

## HEMATOLOGY

| | | | | |
|---|---|---|---|---|
| White Blood Cell Count | | 7.2 | 3.6-11.0 | K/uL |
| Red Blood Cell Count | | 4.76 | 4.30-6.20 | M/uL |
| Hemoglobin | L | 13.2 | 13.5-18.0 | g/dL |
| Hematocrit | | 40.7 | 38.0-54.0 | % |
| MCV | | 85.5 | 80.0-96.0 | fL |
| MCH | | 27.7 | 26.0-34.0 | pg |
| MCHC | | 32.4 | 30.0-37.0 | g/dL |
| RDW-CV | | 12.5 | 10.8-15.6 | % |
| Platelet Count | | 140 | 140-440 | K/uL |
| MPV | H | 14.2 | 8.3-12.8 | fL |

| **FLAG LEGEND** | L=Low | L!=Low Critical | H=High | H!=High Critical | A=Abnormal | A! =Abnormal Critical |
|---|---|---|---|---|---|---|



**Federal Bureau of Prisons**

**FMC Butner**
1000 Old Highway NC 75
Butner, NC 27509
919-575-3900 x5707

*** Sensitive But Unclassified ***

| | | |
|---|---|---|
| **Name** AGUILAR LOPEZ, JOSE | **Facility** FCI Pollock | **Collected** 03/09/2022 08:24 CST |
| **Reg #** 02007-104 | **Order Unit** E04-102U | **Received** 03/10/2022 09:29 CST |
| **DOB** 06/25/1972 | **Provider** J. Smith | **Reported** 03/10/2022 11:28 CST |
| **Sex** M | | **LIS ID** 053222480 |

## HEMATOLOGY

---

**FLAG LEGEND**  L=Low  L!=Low Critical  H=High  H!=High Critical  A=Abnormal  A!=Abnormal Critical

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | | |
|---|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 | |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE | |
| Encounter Date: | 03/10/2022 11:35 | Provider: | Lab Result Receive | Facility: | POM | |

**Reviewed by Smith, J NP on 03/10/2022 12:44.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
|---|---|---|---|---|---|
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 03/10/2022 11:35 | Provider: | Lab Result Receive | Facility: | POM |

**Cosigned by Markey, J. MD on 03/16/2022 15:46.**


**Quest** Diagnostics

**Report Status: Final**

**AGUILAR LOPEZ, JOSE**

| Patient Information | Specimen Information | Client Information |
|---|---|---|
| **AGUILAR LOPEZ, JOSE**<br><br>**DOB: 06/25/1972    AGE: 49**<br>Gender:    M<br>Phone:    NG<br>Patient ID: 02007-104 | Specimen:   DL598963S<br>Requisition:  3595383<br>Lab Ref #:   349212558<br><br>Collected:    12/20/2021 / 08:22 CST<br>Received:    12/21/2021 / 03:33 CST<br>Reported:    12/21/2021 / 23:40 CST | Client #: 53569          SP01MAIL<br>LYONS, TRACY<br>FCI POLLOCK-POM<br>1000 AIR BASE RD<br>POLLOCK, LA 71467 |

### SARS CoV 2 (COVID-19) Tests

| Test Name | Result | Reference Range | Lab |
|---|---|---|---|
| SARS CoV 2 RNA(COVID 19),   QUALITATIVE NAAT | | | IG |
| SARS CoV 2 RNA | NOT DETECTED | NOT DETECTED | |

A Not Detected result means that SARS-CoV-2 RNA was not present in the specimen above the limit of detection.

A Not Detected result does not rule out the possibility of COVID-19 and should not be used as the sole basis for treatment or patient management decisions. If COVID-19 is still suspected, based on exposure history together with other clinical findings, re-testing should be considered in the context of clinical observations and epidemiological data for patient management decisions.

Test Method: Nucleic Acid Amplification Test including reverse transcription polymerase chain reaction (RT-PCR) and transcription mediated amplification (TMA). The test method meets the US Centers for Disease Control and prevention (CDC) pre departure and arrival requirement for viral test for COVID-19 dated January 28, 2021. Testing requirements for traveling may change with time. The patient is responsible for determining the test requirements for each nation while they are traveling.

This test has been authorized by the FDA under an Emergency Use Authorization (EUA) for use by authorized laboratories.

Please review the "Fact Sheets" and FDA authorized labeling available for health care providers and patients using the following websites: https://www.questdiagnostics.com/home/Covid-19/HCP/QuestIVD/fact- sheet.html https://www.questdiagnostics.com/home/Covid-19/Patients/ QuestIVD/fact-sheet.html

Due to the current public health emergency, Quest Diagnostics is accepting samples from appropriate clinical sources collected using wide variety of swabs and transport media for COVID-19. Not detected test results derived from specimens received in non- commercially manufactured viral collection kits or those not yet authorized by FDA for COVID-19 testing should be cautiously evaluated and take extra precautions such as additional clinical monitoring, including collection of an additional specimen.

Additional information about COVID-19 can be found at the Quest Diagnostics website: www.QuestDiagnostics.com/Covid19.

Physician Comments:

**PERFORMING SITE:**
IG      QUEST DIAGNOSTICS-IRVING, 4770 REGENT BLVD., IRVING, TX 75063-2445 Laboratory Director: ROBERT L BRECKENRIDGE,MD, CLIA: 45D0697943

Quest, Quest Diagnostics, the associated logo and all associated Quest Diagnostics marks are the trademarks of Quest Diagnostics.

# Bureau of Prisons
## Health Services
## Cosign/Review

| | | | | | |
|---|---|---|---|---|---|
| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/21/2021 23:45 | Provider: | Lab Result Receive | Facility: | POM |

**Cosigned by Markey, J. MD on 12/22/2021 21:34.**

# Bureau of Prisons
## Health Services
## Cosign/Review

| Inmate Name: | AGUILAR LOPEZ, JOSE LUIS | | | Reg #: | 02007-104 |
|---|---|---|---|---|---|
| Date of Birth: | 06/25/1972 | Sex: | M | Race: | WHITE |
| Encounter Date: | 12/21/2021 23:45 | Provider: | Lab Result Receive | Facility: | POM |

**Reviewed by Lyons, T. FNP-C on 12/23/2021 07:55.**

BP-A148.055
SEP 98

**U.S. DEPARTMENT OF JUSTICE**
**FEDERAL BUREAU OF PRISONS**

**INMATE REQUEST TO STAFF**

| TO:(Name and Title of Staff Member) | DATE: October 4, 2022 |
|---|---|
| FROM: Aguilar Lopez | REGISTER NO.: 02007-104 |
| WORK ASSIGNMENT: E-4 Orderly | UNIT: E-4 |

SUBJECT: (Briefly state your question or concern and the solution you are requesting.
Continue on back, if necessary.  Your failure to be specific may result in no action being
taken.  If necessary, you will be interviewed in order to successfully respond to your
request.

I need a copy of my medical records for Compassionate release purposes.

Thank You

(Do not write below this line)

DISPOSITION:

Your name has been added to the
waiting list for Medical Records.

K. NUGENT, HIT
MEDICAL RECORDS
FCC POLLOCK, LA

| Signature Staff Member | Date 11/8/22 |
|---|---|

Record Copy - File; Copy - Inmate
(This form may be replicated via WP)

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

FILE IN SECTION 6 UNLESS APPROPRIATE FOR PRIVACY FOLDER

**SECTION 6**

**FEDERAL BUREAU OF PRISONS**
**DENTAL SERVICES**
**INVASIVE DENTAL PROCEDURES**

Verified Patient Identification (two required)  X  Full Pt Name  X  Reg Number  X  Photo ID _____ Armband

Consent Form Explained in:  X  English _____ Spanish _____ Other Language _____

You have a right to be informed about your diagnosis, the planned treatment, the possible risks involved, and alternatives to treatment so that you may make an informed decision as to consenting to undergo the procedure(s) described below:

Procedure:
Extraction of tooth #12 due decay into the pulp.

Alternatives to Treatment:
I understand that if this procedure is not performed my condition may worsen resulting in complications including but not limited to:

1. Infection
2. Pain
3. Loss of function

4. Health complications beyond the present problem
5. Other: _____

Possible complications which have been explained to me (circle the number of all that apply):

1. Continued or increased pain.
2. Swelling and infection.
3. Bruising, which may be prolonged, as a result of the procedure or from the injection of local anesthetic.
4. Injury to adjacent teeth, restorations, or soft tissues.
5. Scarring, tissue necrosis or alteration in appearance.
6. Nerve injury, paresthesia, or residual numbness which may be of undeterminable duration or even permanent.
7. Prolonged bleeding which could require further treatment or intervention.
8. Dry socket (alveolitis-pain occuring for a few days after the extraction).
9. Decision to leave a small piece of tooth root in the jaw when its removal would increase the risk of complications.
10. Maxillary sinus involvement due to upper tooth roots, tooth fragments, or instruments going into the sinus possibly resulting in a small opening (fistula).

11. Bone/jaw fractures may rarely occur, particularly with lower third molars.
12. Sharp ridges or bone splinters which may require additional surgery to smoothen the area.
13. Temporomandibular joint disorder (jaw problem), muscle soreness or restricted opening of the mouth.
14. Loss of tooth or teeth and/or restorations.
15. Fracture of tooth or root and/or restorations.
16. Discoloration of tooth.
17. Perforation of the root or the floor of the pulp chamber.
18. Endodontic file breaking or separating in root canal.
19. Inability to locate, access or fill a canal or canals.
20. Adverse drug reactions or allergies.
21. Rare complications may include nerve or blood vessel injury, allergic or unexpected drug reactions, pneumonia, heart attack, stroke and/or death.
22. Other: _____

I, JOSE AGUILAR LOPEZ _____, Register Number  02007-104 __, consent to the procedure described above.

**I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THIS DOCUMENT.**
The above information has been explained to me in a language I can understand. Applicable alternative treatment approaches have been explained to me. I am aware of the potential risks and complications associated with the procedure. I understand that the B.O.P. is not obligated to replace any teeth extracted during or as a result of this procedure and that I should follow the dentist's instructions as to post-operative care taking medications as prescribed. I voluntarily give this consent and recognize that I can withdraw it at any time prior to the beginning of the procedure. I have had the opportunity to discuss and ask questions about my treatment and have verified the procedure and site.

X AGUILAR LOPEZ          10/6/22 (0845)        ___ A. Flowers, DMD  10/6/22 (0845)
Patient's Signature            Date/Time                    Dentist's Signature         Date/Time

Halcout              10/6/22 (0845)                    Flowers, Joe DDS
Time Out Witness Name         Date/Time                    Dentist's Name

**TIME OUT TAKEN TO VERIFY TOOTH/TEETH AND/OR TREATMENT AREA**
Patient asked to indicate in the mouth and on the chart which tooth/teeth to be treated and/or to verify oral area as stated above.
Patient and team members initial that the Time Out was verified:
Patient X ___ LA  Date 10/6/22  Time 0900
Dentist ____ Date 10/6/22  Time 0900
Witness ____ Date 10/6/22  Time 0900

H. Falgout, EDDA
Health Services
FCC Pollock, LA

AGUILAR LOPEZ, JOSE LUIS            02007-104            POM–POLLOCK MED FCI

# FCC Pollock

## Dental Sick Call

Name: _Jose Aguilor Lopez_

Register #: _02007-104_

Date: _10-6-2022_

Unit/Cell: _E4-209_

**Reason For Sick Call:**

_I got pain in two of my molars_

Please check all that apply:

☑ Pain when eating                    ☑ Pain when brushing

☐ Bleeding Gums                       ☑ Shooting Pain

☑ Sharp Pain                          ☐ Tenderness

☐ Sensitive Teeth                     ☐ Swelling

☐ Pain keeps you from sleeping   ☐ Other: _____

How long have you had this pain? _____



| 0 NO HURT | 1 HURTS LITTLE BIT | 2 HURTS LITTLE MORE | 3 HURTS EVEN MORE | 4 HURTS WHOLE LOT | 5 HURTS WORST |

Pain Scale _3_

You were seen &
treated on 10/6/22 .

_Falgout_ 10/6/22

H. Falgout, EDDA
Health Services
FCC Pollock, LA

**Re: \*\*\*Request to Staff\*\*\* AGUILAR LOPEZ, JOSE, Reg# 02007104, POM-E-D**

POM-InmateToHealthSvcs (BOP) <POM-InmateToHealthSvcs@bop.gov>
Tue 10/4/2022 8:04 AM
To: ~^! AGUILAR LOPEZ, ~.^!JOSE LUIS <02007104@inmatemessage.com>

Your name has been added to the list for medical records.

K.Nugent/HIT

---

**From:** ~^! AGUILAR LOPEZ, ~.^!JOSE LUIS <02007104@inmatemessage.com>
**Sent:** Monday, October 3, 2022 5:41 PM
**To:** POM-InmateToHealthSvcs (BOP) <POM-InmateToHealthSvcs@bop.gov>
**Subject:** \*\*\*Request to Staff\*\*\* AGUILAR LOPEZ, JOSE, Reg# 02007104, POM-E-D

To: Medical
Inmate Work Assignment: E-4 Orderly

\*\*\*ATTENTION\*\*\*

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
50adb8b0-8e1d-429b-91ff-b36e659b69f0
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

\*\*\*Inmate Message Below\*\*\*


I'm requesting a copy of medical records for compassionate release purposes only. I sent you a hard copy cop-out also

Thank you,

**FEDERAL BUREAU OF PRISONS**
**DENTAL SERVICES**
**INVASIVE DENTAL PROCEDURES**

Verified Patient Identification (two required)  X  Full Pt Name  X  Reg Number  X  Photo ID ____ Armband

Consent Form Explained in:  X  English ____ Spanish ___Other Language _____

You have a right to be informed about your diagnosis, the planned treatment,  the possible risks involved, and alternatives to treatment so that you may make an informed decision as to consenting to undergo the procedure(s) described below:

Procedure:
Extraction of tooth #1 due to periodontal disease.

Alternatives to Treatment:
I understand that if this procedure is not performed my condition may worsen resulting in complications including but not limited to:

1. Infection
2. Pain
3. Loss of function
4. Health complications beyond the present problem
5. Other: _____

Possible complications which have been explained to me (circle the number of all that apply):

1. Continued or increased pain.
2. Swelling and infection.
3. Bruising, which may be prolonged, as a result of the procedure or from the injection of local anesthetic.
4. Injury to adjacent teeth, restorations, or soft tissues.
5. Scarring, tissue necrosis or alteration in appearance.
6. Nerve injury, paresthesia, or residual numbness which may be of undeterminable duration or even permanent.
7. Prolonged bleeding which could require further treatment or intervention.
8. Dry socket (alveolitis-pain occuring for a few days after the extraction).
9. Decision to leave a small piece of tooth root in the jaw when its removal would increase the risk of complications.
10. Maxillary sinus involvement due to upper tooth roots, tooth fragments, or instruments going into the sinus possibly resulting in a small opening (fistula).
11. Bone/jaw fractures may rarely occur, particularly with lower third molars.
12. Sharp ridges or bone splinters which may require additional surgery to smoothen the area.
13. Temporomandibular joint disorder (jaw problem), muscle soreness or restricted opening of the mouth.
14. Loss of tooth or teeth and/or restorations.
15. Fracture of tooth or root and/or restorations.
16. Discoloration of tooth.
17. Perforation of the root or the floor of the pulp chamber.
18. Endodontic file breaking or separating in root canal.
19. Inability to locate, access or fill a canal or canals.
20. Adverse drug reactions or allergies.
21. Rare complications may include nerve or blood vessel injury, allergic or unexpected drug reactions, pneumonia, heart attack, stroke and/or death.
22. Other: _____

I, JOSE AGUILAR LOPEZ _____, Register Number 02007-104 , consent to the procedure described above.

**I CERTIFY THAT I HAVE READ AND FULLY UNDERSTAND THIS DOCUMENT.**
The above information has been explained to me in a language I can understand.  Applicable alternative treatment approaches have been explained to me.  I am aware of the potential risks and complications associated with the procedure.  I understand that the B.O.P. is not obligated to replace any teeth extracted during or as a result of this procedure and that I should follow the dentist's instructions as to post-operative care taking medications as prescribed.  I voluntarily give this consent and recognize that I can withdraw it at any time prior to the beginning of the procedure.  I have had the opportunity to discuss and ask questions about my treatment and have verified the procedure and site.

X Jose Aguila Lopez _____ 06/24/22 (1330)          Joe D. Flowers DDS _____ 06/24/22 (1330)
Patient's Signature          Date/Time          Dentist's Signature          Date/Time

02007104 Falgout _____ 06/24/22 (1330)          Flowers, Joe DDS
Time-Out Witness Name          Date/Time          Dentist's Name

**TIME OUT TAKEN TO VERIFY TOOTH/TEETH AND/OR TREATMENT AREA**
Patient asked to indicate in the mouth and on the chart which tooth/teeth to be treated and/or to verify oral area as stated above.
Patient and team members initial that the Time Out was verified:
Patient X_____ Date 06/24/22 Time 1345
Dentist _____ Date 06/24/22 Time 1345
Witness _____ Date 06/24/22 Time 1345

H. Falgout, EDDA
Health Services
FCC Pollock, LA

AGUILAR LOPEZ, JOSE LUIS          02007-104          POM--POLLOCK MED FCI

# FCC POLLOCK

# Dental Sick Call

**Name:** ~~Aguila~~ Aguilar, Jose

**Register #:** 02007-104

**Date:** 6-23-2022

**Unit/Cell:** E4-209

## Reason for Sick Call:

I got pain in one of my back
teeth.

## Please check all that apply:

✓ Pain when eating                    ✓ Pain when brushing

___ Bleeding gums                      ___ Shooting Pain

___ Sharp Pain                         ___ Tenderness

___ Sensitive Teeth                    ___ Swelling

___ Pain keeps you from sleeping       ___ Other: _____

How long have you had this pain? _____

## Pain Scale: Please check your pain level

☺ ___ 0- No pain                       ☹ ✓ 6- Pain can't be ignored at all

☺ ___ 1- Some pain but OK              ☹ ___ 7- Pain Makes it hard to think and sleep

☺ ___ 2- Mild pain, worse             ☹ ___ 8- Pain limits activity, nausea with pain

☹ ___ 3- Annoying Pain                ☹ ___ 9- I cry out in pain

☹ ___ 4- Distracting Pain             ☹ ___ 10- Passed out

☹ ___ 5- Pain too bad to ignore for long

Added to sick call.
Watch the callouts.

_H. Falgout_ 6/23/22

H. Falgout, EDDA
Health Services
FCC Pollock, LA



## FCC Pollock

## Health Services

## Receipt of Prescription Glasses

E4-209L

Inmate Name: Aguilar Lopez, Jose    Registry Number: 02007-104

I acknowledge that I am in receipt of one pair of prescription eyeglasses that were prescribed to me by the Optometrist/Ophthalmologist. I understand that these eyeglasses are my responsibility and will be the only glasses issued to me for the next two (2) years. FCC Pollock will not assume responsibility for replacing any lost, stolen, or broken eyeglasses.

I acknowledge that I have read and understand the above statement and I accept the BOP policy regarding the issuance of the eyeglasses.

Inmate signature _____    Date issued 6/23/22

Issuer Signature _____

B. Holston, PBT(ASCP)
Health Services
FCC Pollock, LA

Attention R & D Staff:

These eyeglasses are part of this inmate's personal property and should be sent with the inmate when transferred or released.

**Re: \*\*\*Request to Staff\*\*\* AGUILAR LOPEZ, JOSE, Reg# 02007104, POM-E-D**

POM-InmateToHealthSvcs (BOP) <POM-InmateToHealthSvcs@bop.gov>
Mon 6/13/2022 2:02 PM
To: ~^! AGUILAR LOPEZ, ~^!JOSE LUIS <02007104@inmatemessage.com>

If you are having emergency pain and/or swelling, you may report to sick call for a referral to Dental.

H. Falgout, EDDA
Health Services
FCC POLLOCK, LA
06/13/22

---

**From:** ~^! AGUILAR LOPEZ, ~^!JOSE LUIS <02007104@inmatemessage.com>
**Sent:** Monday, June 13, 2022 12:49 PM
**To:** POM-InmateToHealthSvcs (BOP) <POM-InmateToHealthSvcs@bop.gov>
**Subject:** \*\*\*Request to Staff\*\*\* AGUILAR LOPEZ, JOSE, Reg# 02007104, POM-E-D

To: Dental
Inmate Work Assignment: E-4 Orderly

\*\*\*ATTENTION\*\*\*

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.
11dc6cca-5a9a-4943-9715-0b7cf9204374
Your response must come from the departmental mail box. Responses from personal mailboxes WILL NOT be delivered to the inmate.

\*\*\*Inmate Message Below\*\*\*

God bless you!
Hello Good morning! I have a two teeth that I would like to get pulled out as soon as possible. Thank you! God bless you!

## POM-InmateToHealthSvcs - 0ea8468c-ad6f-4d5a-adc7-7f20bef343f9

**From:**    POM-InmateToHealthSvcs
**To:**    ~^!AGUILAR LOPEZ, ~^!JOSE LUIS
**Subject:**   0ea8468c-ad6f-4d5a-adc7-7f20bef343f9

Sick call is everyday except Wednesday, Federal Holidays, and weekends. You can report at the AM sick call move to sign up for dental sick call or you can give a **written** sick call to the nurse when they make their rounds everyday. Electronic cop out cannot be used for dental sick call to be added to the list. Sick call is for pain, swelling, and infection. If you are not having these issues, you need to sign up for the routine treatment list.

H. Falgout, EDDA
Health Services
FCC POLLOCK, LA
02/18/22

>>> ~^!"AGUILAR LOPEZ, ~^!JOSE LUIS" <02007104@inmatemessage.com> 2/18/2022 9:56 AM >>>
To: Dental
Inmate Work Assignment: E4 orderly

***ATTENTION***

Please cut and paste the message indicator below into the subject line; only this indicator can be in the subject line.

Your response must come from the departmental mail box.  Responses from personal mailboxes WILL NOT be delivered to the inmate.

***Inmate Message Below***

I would like to have 2 molars pulled out, because they hurt. I was told to put in a Via cop out threw turlinks on 2-15-21. Thank you

BP-A1136
OCT 21

**COVID-19 VACCINE CONSENT - INMATE**

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| (PRINT) Inmate Name (Last, First) | Register Number | Institution |
|---|---|---|
| Aguilar-Lopez, Jose Luis | 02007-104 | FCC Pollock |

I have been provided a copy of the FDA COVID-19 fact sheet dated _____. I have had the opportunity to ask questions about the benefits and risks of vaccination, including if I am pregnant, breastfeeding, have dermal fillers, or have a weakened immune system to include taking immunosuppressive drugs.

**Health Questions Prior to COVID-19 Vaccination (*Check yes or no*)**

| Yes | No | Health Questions |
|---|---|---|
| ☐ | ☑ | Are you sick today? |
| ☐ | ☑ | Do you have a bleeding disorder or take a blood thinner? |
| ☐ | ☑ | Have you ever had a severe allergy (i.e., anaphylaxis) *OR* an immediate allergic reaction of any severity to any component of this vaccine (i.e., PEG, polysorbate), a previous dose of this vaccine, or any other vaccine/injectable therapy? |
| ☐ | ☑ | Have you received monoclonal antibody therapy for COVID-19 in the last 90 days? |
| ☐ | ☑ | Have you ever had myocarditis or pericarditis (inflammation of the heart muscle or its lining)? |
| ☐ | ☑ | Have you ever had multisystem inflammatory syndrome (persistent fever and severe inflammation) due to COVID-19? |
| ☑ | ☑ | For the **Janssen (Johnson & Johnson)** vaccine only: <br> Have you ever had Guillain-Barré syndrome (progressive paralysis)? <br> Have you had thrombosis (blood clotting) with thrombocytopenia (low platelets) in the last 90 days? |
| ☑ | ☐ | Have you ever received a dose of COVID-19 vaccine? If yes, which one? <br> ☑ Pfizer-BioNTech ☐ Moderna ☐ Janssen *(Johnson & Johnson)* ☐ Another product <br> How many doses? 2 Date of last dose: 5/4/21 |

☑ I consent to receive the COVID-19 vaccination.

| Inmate Signature: X AGUILAR | Date: 2/15/22 |
|---|---|
| Administered by Signature/Credentials: K. Nugent/HIT/LPN | Date: 2/15/22 |
| (PRINT) Administered by Name/Credentials: K. NUGENT, HIT/LPN MEDICAL RECORDS FCC POLLOCK, LA | |

☐ I decline to receive the COVID-19 vaccination.
  ☐ I have already been vaccinated with ☐ Pfizer-BioNTech ☐ Moderna ☐ Janssen *(Johnson & Johnson)*
  ☐ Another product   How many doses? _____   Date of last dose: _____
  ☐ Other reason: _____

| Inmate Signature: | Date: |
|---|---|
| Witness Signature/Credentials: | Date: |
| (PRINT) Witness Name/Credentials: | |

**COVID-19 Vaccine Information**

| Dose # (1, 2, 3, or booster) | Vaccine Manufacturer | Lot Number | Expiration Date | Route | Deltoid |
|---|---|---|---|---|---|
| 3rd | Pfizer | 330368D | 2/22 | IM | ☐ Left ☑ Right |

BP6 · Prescribed by P56100 · Page 1 of 1

# EXHIBIT

# B

WARDEN'S RESPONSE

U.S. DEPARTMENT OF JUSTICE        REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

| From: | Lopez    Jose Luis Aguilar | 02007-104 | E-4 | F.C.I. Pollock |
|---|---|---|---|---|
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

**Part A- INMATE REQUEST** Warden Garrett: Please be advised that this is a relevant request for

a motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(a)(i) under the First step

Act for Extraordinary Circumstances and Compelling Reasons. In support of this request, I

provide the relevant followings: 1) I have medical conditions of      hypertension, and

a lower back condition that has been unable to fully provide self care for my self without

the help of my cell-mate on some occasions. On a few occasions, my cell-mate had to aid me

to wipe my butt after my bathroom use here and there because of the severity of the pain in

my back, and I contracted Covid-19 twice (2) since I been here at F.C.I. Pollock;

9-9-22-
_____
DATE

*Jose AGUILAR LoPEZ*
_____
SIGNATURE OF REQUESTER

**Part B- RESPONSE**

_____ DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        CASE NUMBER: _____

CASE NUMBER: _____

**Part C- RECEIPT**

Return to: _____
| | LAST NAME, FIRST, MIDDLE INITIAL | REG. NO. | UNIT | INSTITUTION |

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

2) I'm not a public safety factor;

3) I've been incarcerated a little over ten (10) years now and have a fifteen (15) year sentence with three (3) years left to do;

4) My release plans are: I plan to return back to Quatemala and provide for my family. My family is poor and they need me back home. I have a daughter, mother, my father died recently, and I have a brother who have sugar diabetes real bad, and one of his legs just got cut off recently. My brother is relying heavily on my ederly mother as a care giver. She is struggling real hard to provide for my brother physically because he is a large person.

I speak with my mother and occasionally when they can afford to keep the telephone bill paid. Bills are real hard on my family right now because my brother can't work right now because he just got his leg cut off. He was a major factor with providing for the family after my father passed away last year.

Upon my release, I plan to have two (2) jobs as long as my health allow me to work; especially since my back incident. I plan on working at the Port, and on my off days I plan to fish on the side as well to help provide for my family. The two (2) jobs will allow me to get rid of any idle time that can lead to any criminal activity. I don't have a criminal history in Gautemala, and I don't do crime. I'm a fisherman and a hard worker who provides for his family. I pray that my medical condition gets better so I can provide for my family;

5) I'm currently requesting three (3) years to be reduced off of my present sentence so I can provide for my family.

THE FACTOR UNDER 18 U.S.C. § 3553(a)
SUPPORT A REDUCTION IN MR. LOPEZ'S
TERM OF IMPRISONMENT.

If this court finds that Lopez has establishe "extraordinary and compelling reasons," this court must consider the factors set forth in 18 USC § 3553(a). See 18 U.S.C. 3582 (c) (1) (A). The court must consider the nature and circumstances----- [cite 3553(a) factors (1-6)]. The court at the time saw fit to impose a severe penalty for the non-drug offense. None the less, Mr. Lopez has been imprisoned now for nearly 11 years for a sentencing scheme that consisted of fifteen years.

Futhermore, and most importantly, Lopez rehabilitation weighs in his favor of a reduction or immediately release. Despite his institutional sanctions, the court must equally give weight to his accomplishments while incarcerated. Mr. Lopez has accomplished more than _____ programs. Evidence of post sentencing rehabilitation sheds light on the "need for the sentence imposed..."

Despite the alleged severity of Mr. Lopez's sentence, a reduction would not short-change the government. Lopez asserts that his sentence is longer than necessary to achieve the goals of sentencing that is explained in 18 U.S.C. § 3582.

MOTION FOR REDUCTION OF SENTENCE PURSUANT TO 18 U.S.C. § 3582(C)(1)(A)(i), THE FIRST STEP ACT IN LIGHT OF GEOGRAPHIC DISPARITIES AND BOP DETERMINATION IN COMPASSIONATE RELEASE MOTIONS, IN COMBINATION WITH OTHER FACTORS, MAY CONSTITUTE EXTRAORDINARY AND COMPELLING CIRCUMSTANCES WARRANTING A REDUCTION OF SENTENCE.

Second Point of Error:

Based on the revelations, Petitioner Lopez' sentence is extraordinary for what has caused it. Lopez contends that the First Step Act inspired a lively debate about the BOP, and district court's discretion to reduce sentences under § 3582(c)(1)(A).

Also in this instant matter, Mr. Lopez also submitted in his compassionate release motion, was that the increase and severity of the pain in his back that has him unable to fully provide self care for his self without the help of his cell-mate. On a couple of occassion, Lopez's cell-mate had to help him wipe his butt after his bathroom use. On the date of the incident, Mr. Lopez was doing his orderly job while the facility was on lockdown. The housing unit Lopez lived in was being fed in styrofoam trays. The trays were affixed in a rubber made hot box. Mr. Lopez and another dorm orderly was trying to carry the hot box up the housing unit stairs to the top tier of the housing unit so they can feed the top tier housing unit.

Some how the hot box became very unstable and both orderlies lost control of the hot box while they were on the stair-way. Unfortunately Mr. Lopez was at the bottom end of the cart. When they lost control of the cart, Mr. Lopez fell on his back on the stair way and the food cart fell on him as well. Mr. Lopez went to the medical several days later because the pain became very sever on him. Mr. Lopez tried Icy Hot medicine on his on occord until the pain didn't allow him to self care of his self any more without being seen by a doctor. Since then Mr. Lopez has being seeing the doctor about his back because the pain has been sever. The medical staff ordered that Mr. Lopez be placed on a light duty status until farther notice. Mr. Lopez has not been performing his unit orderly job since the incident because he has been in sever pain since the incident. Mr. Lopez is now seeking a back-brace, wheelchair.

Mr. Lopez contends that his medical condition regarding his back should qualify him for review for compassionate release. Mr. Lopez's back condition is ripe for relief.

## MANUFACTURING JURISDICTION

### A.

Boat location

In an abundance of caution, Petitioner Lopez contends that he was still in Quatemala waters when the vessel he was occupying was approached by the United States Coast Gaurd.

The complaint charges that on or about November 5, 2013, "while on routine patrole in the Eastern Pacific Ocean, a United States marine patrol aircraft sighted three (3) panga-style vessels approximately 120 miles Southwest of El Salvador-Guatemala land border." This however, is incosistent with the coast guard's report and statements. The Law Enforcement Case Package Checklist, prepared by the United States Coast Gaurd stated that the vessel, Cristiano Ronaldo, was first noticed when it was 98 nautical miles from Guatemala. (See exhibit "C" of Law Enforcement Case Package Checklist, Part II page 7). Coast Guard Officer Ligsay's statement, Coast Guard Officer Justin Laragione's statements, and Coast Guard Officer Heriberto Arambula's statement, all agreed that the vessel was spotted about 98 miles Southwest of the coast of Guatemala. (Witness Statements).

Based on the revelations, to the contrary, that means that the vessel Mr. Lopez was occupying was actually in Guatemala waters and not international waters. Here the government failed to prove that the vessel was in United States waters. The International Court of Justice (ICJ) recently found that nations exercise full sovereignty over waters within 200 nautical miles from their respective coasts. Yet, in this case, the Government did not establish that the alleged incident occurred on the high seas. Here the Government's inconsistent reports do not allege that the cocaine/vessel was anywhere near 200 nautical miles from Guatemala.

The fact that the district court's assertion as to the jurisdictional aspect of this case as to where the vessel's location was at, were all unverified. Require that those factual allegations be ignored in this case. The Government however, relied exclusively on unsuporrted records to support their reason for jurisdiction to hear Mr. Lopez's case as to Lopez's vevvesle being anywhere near 200 nautical miles from Guatemala. This conduct indeed caused Mr. Lopez to be prejudice as to the allege offense that occurred in the territorial waters of Guatemala.

## Questions

Petitioner Lopez contends that this case in its scenario was true but all the events that occurred was really panga vessel#2 that got away from the coast guard on November 5, 2013. So it was logic for the coast guard to place the events on Lopez and his crew members. Within Officer Lopez's report, he allegedly said that he questioned panga vessel#2 Clara Luz, and that it had a 5 man crew on it. See exhibit "D" of highlighted portion.

B.

## IONSCAN:SWIPE

Also in this matter, the coast guard relied heavily on the Ionscan Swipes at the 11th hour after realizing that they were unsuccessful with their search of panga vessel#1 Cristiano Ronaldo; in which the search was to no avail because no drugs were found on the vessel and no recording was submitted to verify that Mr. Lopez and his crew jettison any alleged packages off of their vessel that they were occupying. It was immature for the coast guard to make a pure factual determination that Lopez was engaging in criminal activity with panga vessel#2 because their report doesn't indicate that they found drugs on Lopez vessel.

The coast guard used the Ionscan Swipes to link Lopez to the conspiracy.

We must keep in mind that the vessel Lopez and his crew was occupying was indeed a boat rental. So any and anybody could have had drugs on the vessel prior to Lopez renting the boat for fishing purpose. So therefore, any trace of cocaine that was detected could have came from any other person who rented the boat prior to Lopez; see exhibit "E" of Ionscan Recording Sheet, and Report of Investigation.

In an abundance of caution, Mr. Lopez asserts that he was still in Guatemala waters when apprehended by coast guards. Petitioner Lopez contends that the coast guard's use of false statement, omissions of material fact, and bad faith to actually gain jurisdiction was by way of manufacturing jurisdiction. Because there was no drugs found on the vessle that Petitioner Lopez was occupying at the moment of the coast guard's approach. The government failed to prove that the vessel Lopez was on was subjected to the jurisdiction of the United States, and that he possessed or conspired to posses a controlled substance, and/or in the United States water.

At bar, to the contrary, the coast guard failed to provide proof of contact to the Guatemala authorities as to the registration of the vessel, and the drugs as well that they found. This contact was never presented in record evidence form by radio, telephone, or similar oral, or electronic means as well. The coast guard knew that if they would have contacted the Guatemala authorities and would have notified them that they were 98 miles from their shorelines. The Guatemala authorities would have gotten involved, and this circumstance would have became a jurisdictional issue as to who water the crime occurred in.

COAST GUARD'S PROOF OF CONTACT WITH GUATEMALA

Here the coast guard alleged that they contacted Guatemala authorities to verify the registry of the vessel that Lopez was occupying. In this particular matter there was no proof submitted on the record of such contact. There were no

recording, <u>telephone records</u>, or <u>electronic</u> means to show proof of that contact. There was no proof in this particular matter as to any contact with Guatemala authorities.

In this matter, Officer Ligsay's report as to the position of each vessel clearly show that the drugs they found that was jetssoned off of the boat clearly points to Vessel Clara Luz; coast guard's position <u>12-37N,091-51W</u>. So when Clara Luz have gotten away from the coast guard. Then the coast guard apprehended Vessel Cristiano Ronaldo and placed the drugs on Lopez and his crew members. See exhibit "D" page 36 and "F" not one bale but several bales of drugs.

We must not forget that vessel #2 Clara Luz fled the scene successfully and was never questioned by the coast guard. See exhibit "D" page 49-50 of the United State Coast Guard Justin Brown. This indeed contradicted Officer Ligsay's statement as to questioning Vessel Clara Luz. The coast guard's use of false statements and false impression of material evidence gave them jurisdiction over the vessel Lopez was occupying. Here there are multiple inconsistencies with each coast guard's report as to the questioning of Vessel Clara Luz etc..

In a abundance of caution, this Court should take a hard look at exhibit "F" page 31. The report clearly states that Lopez's vessel was in Guatemala waters at the beginning and end of the incident.

MR. LOPEZ'S COMPASSIONATE RELEASE MOTION SHOULD BE CONSIDERED UNDER THE DEPARTMENT POLICIES REGARDING CHARGING, AND SENTENCING IN DRUG CASES BY THE BOP AND THE DISTRICT COURT.

Second Point of Error:

In a abundance of caution, This Court should consider this relevant matter for reasons of that this policy applies with particular force in drug cases brought under Title 21 of the United States Code, where mandatory minimum sentences based on drug type quantity have resulted in disproportionately severe sentences for certain defendants and perceived and actual racial disparities in the criminal justice system.

This matter should be consider under the relevant doctrine of extraordinary and compelling reasons other than, or in combination with reasons discribed in sections A through C. Here the BOP and the district court should consider this relevant matter for reasons of:

1) That Mr. Lopez's conduct does not involve the use of violence, the credible threat of violence, the possession of a weapon, the trafficking of drugs to or with minor, or the death or serious bodily injury to any person;

2) That Mr. Lopez is not an organizer, leader, manager or supervisor of others within a criminal organization;

3) That Mr. Lopez does not have significant ties to large-scale drug trafficking organizations, gangs, or cartel; and

4) That Mr. Lopez does not have a significant criminal history at all.

In short, Mr. Lopez asserts that his sole purpose of this argument is not attended to remove the BOP's exclisive authority over filing section 3582(c)(1)(A) motions. Based on the relvelations, Mr. Lopez requests the BOP input on what reasons not expressly listed in 1B1.13 can be considered extraordinary and compelling in his instant matter. In other words, Lopez request the BOP to use its discretionary

powers to determine if any of the relevant circumstances Mr. Lopez put before the

BOP, and the district court for judical review has the potential to be considered

extraordinary and compelling with reasons other than, or in combination with the

reasons discribed in subsection (A) through (C).

    While the Bureau of Prisons (BOP) is still given the first opportunity to

decide a compassionate release motion, and may still bring a motion on a defendant's

behalf, under Congress' mandate a defendant now has recourse if BOP either declines to

support of fails to act on that defendant's motion. As the First Step Act of 2018,

Pub. L. 115-391, 132 Stat. 5194, states, a defendant may go to court after the

defendant has fully exhausted all administrative rights to appeal a failure of the

Bureau of Prisons to bring a motion on the defendant's behalf or the laspe of 30

days from receipt of such a request by the Warden of the defendant's facility.

Whichever is earlier, 18 U.S.C. § 3582(c)(1)(A).

Mr. Lopez asserts that 994(t) is relevant in this matter; "The Commission; in

promulgating general policy statement regarding the sentencing modification provisions

in section 3582(c)(1)(A) of Title 18, shall describe what should be considered

extraordinary and compelling reasons for sentence reduction; including the criteria

to be applied and a list of specific examples. Rehabilitation of the defendant alone

shall not be considere an extraordinary and compelling reason.

    Based on the revelations, Mr. Lopez contends that his rehabilitaion, medical

conditions, and sentence disparity, jurisdictional matter, and bad faith on the

Government indeed is ripe for judicial review by the BOP and the district court

and that such a showing has been made by Mr. Lopez.

    Also in this matter, 28 U.S.C. § 994(a)(2)(c) is also relevant in this matter

as well; (a) The commission by affirmative vote of at least four members of

the Commission, and pursuant to its rules and regulations and consistent with all

pertinent provisions of any Federal Statute shall promulgate and distribute to all

courts of the United States and to the United states Probation System--- (2) general

policy statements regarding application of the guidelines or any other aspect of

sentencing or sentence implementation that in the view of the Commission would

further the purpose set forth in section 3553(a)(2) of title 18, United States Code,

including the appropriate use of---- (c) the sentence modification provision set

forth in sections 3563(c), 3564, 3573, and 3582(c) of title 18.


CATCH-ALL PROVISION ALLOWING FOR OTHER UNIDENTIFIED EXTRAORDINARY AND COMPELLING REASONS
"[A]S DETERMINED BY THE DIRECTOR OF THE BUREAU OF PRISONS."

Mr. Lopez request that the Warden, and Bureau of Prisons consider his

compassionate release under the doctrine of 28 U.S.C. § 994(t) when considering if

Mr. Lopez showed and meet the BOP's requirements as to extraordinary and compelling

reasons. In other words, base its findings as to the 2007 guideline admendment also

introduced what has come to be known as the catch-all clause: compassionate release

is warranted if, "[a]s determined by the Director of the Bureau of Prisons, there

exists in the defendant's case an extraordinary and compelling reason other than, or

in combination with, the reasons described in [the other parts of the guidelines].

Mr. Lopez humbly request that the Warden or the BOP involke the catch-all

provision allowing for other unidentified extrordinary and compelling reasons

"[a]s determined by the Director of the Bureau of Prisons.

PROPOSED AMENDMENT TO U.S.S.G. 1B1.13-REDUCTION IN TERM OF IMPRISONMENT UNDER 18 U.S.C.
§ 3582(C)(1)(A).

Synopis: The proposed amendment would revise the list of "extraordinary and compelling reasons" in 1B1.13 in several ways:

First, the proposed amemdment would move the list of extraordinary and compelling reasons from the Commentary to the guideline itself as a new subsection(b). The new subsection (b) would set forth the same three categories of extraordinary and compelling reasons currently found in Application Note 1(A) through (C) (with the revision described below), add two new categories, and revise the "Other Reasons" category currently found in application Note 1(D). New subsection (b) would also provide that extralordinary and compelling reasons exist under any of the circumstances, or a combination thereof, described in such categories.

Second, the proposed amendment would add two new subcategories to the "Medical Condition of the Defendant" category at new subsection (b)(1). The first new subcategory is for a defendant suffering from a medical condition that requires that requires long-term or specialized medical care, without which the defendant is at risk of serious deterioration in health or death, that is not being provided in a timely or adequate manner. The other new subcategory is for a defendant who presents the following circumstances: (1) the defendant is housed at a correctional facility affected or at risk of being affected by an ongoing outbreak of infectious disease or an ongoing public health emergency declared by the appropriate governmental authority; (2) the defendant is at increased risk of suffering sever medical complications or death as a result of exposure to the ongoing outbreak of infectious disease or ongoing public health emergency; and (3) such risk cannot be mitigated in a timely or adequate manner.

Third: the proposed amendment would modify the "Family Circumstances" category at new subsection (b)(3) in three ways. First, the proposed amendment

would revise the current subcategory relating to the death or incapacitation of the caregiver of a defendant's minor child by making it also applicable to a defendant's child who is 18 years of age or older and incapable of self care because of a mental or physical disability or a medical condition. Second, the proposed amendment would add a new subcategory to the "Family Circumstances" category for cases where a defendant's parent is incapacitated and the defendant would be the only available caregiver for the parent. Third, the proposed amendment brackets the possibility of adding a more general subcategory applicable if the defendant presents circumstances similar to those listed in the other subcategories of "Family Circumstance" involving any other immediate family member or an individual whose relationship with the defendant is similar in kind to that of an immediate family member.

Fourth: the proposed amendment brackets the possibility of adding two new categories: (1) Victim of Assault ("The defendant was a victim of sexual assault or physical abuse resulting in serious bodily injury committed by a correctional officer or other employee or contractor of the Bureau of Prisons while in custody.").; and (2) Changes in Law ("The defendant is serving a sentence that is inequitable in light of changes in the law.").

Fifth: the proposed amendment would revise the provision currently found in Application Note 1(D) of 1B1.13. Three options are provided. All three options would redesignate this category as "Other Circumstances" and expand the scope of the category to apply to all motions filed under 18 U.S.C. 3582(c)(1)(A), regardless of whether such motion is filed by the Director of the BOP or the defendant. Option 1 would provide that this category of extraordinary and compelling reasons applies in cases where a defendant presents any other circumstance or a combination

of circumstances similar in nature and consequence to any of the circumstances described in new subsection (b)(1) through [(3)][(4)][(5)] of 1B1.13. Option 2 would provide that this category applies if, as a result of changes in the defendant's circumstances [or intervening events that occurred after the defendant's sentence was imposed], it would be inequitable to continue the defendant's imprisonment or require the defendant to serve the full length of the sentence. Option 3 would track the language in current Application Note 1(D) of 1B1.13 and apply if the defendant presents an extraordinary and compelling reasons other than, or in combination with, the circumstances described in paragraphs (1) through [(3)] [(4)][(5)].

Finally, the proposed amendment would move current Application Note 3 ( (stating that, pursuant to 28 U.S.C. 994(t), rehabilitation of a defendant is not by itself, an extraordinary and compelling reason for purposes of 1B1.13) into the guideline as a new subsection (c). In addition, as conforming changes, the proposed amendment would delete application notes 2 (concerning the foreseeability of extraordinary and compelling reasons), 4 (concerning a motion by the Director of the Bureau of Prisons), and 5 (concerning application of subdivision 3), and make a minor technical change to the Background commentary.

Mr. Lopez asserts that the BOP, and district court should consider the above amendments that will be soon ripe for judicaial review.

## RELEVANT RELEASE PLAN

Mr. Lopez contends that granting him compassionate release at this juncture would reflect the seriousness of his alleged crime, promote respect for the law, provide just punishment for the offenses and afford general or specific deterrence for similar offenses. Mr. Lopez also asserts that he is not a danger to the american community or the community in Guatemala as well.

Based on the revelations, Lopez's release plan to a remote area of Guatemala should be sufficient to mitigate the danger the he would fall back into any criminal conduct on America's soil ever again.

## PLACE OF RESIDENCE

Mr. Lopez will be residing by his mother's house only when ever he is released from prison. Lopez will help his mother with the bills that she is now struggling with, and help his mother take care of his little brother who legs were ampetated because of sugar diabetes.

## OCCUPATION OF TIME

While in the process of staying with his mother. Lopez will be working at the port of Guatemala. Lopez will be loading all kind of fish for the port. This is a very hard job that consist of loading heavy boxes of fish thats packed into ice. This is a twelve (12) hour a day job. When Lopez do make it home, he will still have to attend to his little brother to a degree. So there will be nothing left for Mr. Lopez to do but shower and sleep. There will be no time for idle time in release plan.

## SUPPORT FOR SELF

Mr. Lopez contends that he will work for the Port of Guatemala to support hisself and his mother and brother. While he's working for the port, he will save

his money so he can purchase his own fishing boat. This process will take a couple of years to accomplish.

## AVOID FUTURE CRIMINALITY

Based on the revelations, Mr. Lopez do not have a criminal history in Guatemala. Mr. Lopez is a bonafied fisherman who was on the wrong boat at the wrong time. So the time it will take Lopez to save the money to buy his own boat will have hime very busy.

So when Mr. Lopez purchase his own boat, he will be in total control because he will be the captain of the boat. That means he will be in controll of what come in and out of his boat. Lopez will be fishing for Squid Fish when ever he purchase his own boat. The Squid Fish is a delicacy meat in Guatemala. This particular fish catching will have lopez financially above water because in Guatemala, that particular fish pays well. Also Lopez will make sure he is not in america's water, 200 nautical miles in Guatemala waters only. This will help him avoid any contact with America's law enforcements. This will help Lopez provide a better living for him and his family. Mr. Lopez contends that his release plan will consist of being in Guatemala only, and he will never enter America's water ever again.

Compassionate Release/Reduction in Sentence Response

NAME: AGUILAR LOPEZ, Jose Luis          REGISTER NUMBER: 02007-104

HOUSING UNIT: E-3                        DATE OF REQUEST: October 6, 2022

This is in response to your request received on October 6, 2022, wherein you are requesting to be considered for early release pursuant to 18 U.S.C. 3582 (c)(1)(A). You are requesting a compassionate release based on extraordinary circumstances. Specifically, you state your medical condition, your disciplinary record while incarcerated, and the length of time you have already served.

Title 18 of the United States Code, section 3582(c)(1)(A), allows a sentencing court, on motion of the Director of the BOP, to reduce a term of imprisonment for extraordinary or compelling reasons. BOP Program Statement No. 5050.50, Compassionate Release/Reduction in Sentence: Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and 4205(g), provides guidance on the types of circumstances that present extraordinary or compelling reasons, such as the inmate's terminal medical condition; debilitated medical condition; status as a "new law" elderly inmate, an elderly inmate with medical conditions, or an "other elderly inmate"; the death or incapacitation of the family member caregiver of the inmate's child; or the incapacitation of the inmate's spouse or registered partner.

Your request has been evaluated consistent with the above general guidance. At this time, you have not identified any extraordinary or compelling circumstances warranting consideration for compassionate release. You do not meet the criteria under "Debilitated Medical Circumstances." An evaluation of your medical records indicates you are independent with instrumental activities of daily living. In addition, you are 50 years old and do not meet the criteria under "new law" elderly inmate or "other elderly inmate." Accordingly, your request is **denied** at this level and the matter shall not be referred for consideration to the Office of General Counsel.

If you are not satisfied with this response, you may submit an Administrative Remedy on the appropriate form (BP-9).


C. Garrett, Warden                                    Date

# EXHIBIT

# C

LOPEZ'S PROGRAM CERTIFICATES

# CERTIFICATE *of* ACHIEVEMENT

**THIS ACKNOWLEDGES THAT**

## AGUILAR LOPEZ
## 02007-104

**HAS SUCCESSFULLY COMPLETED THE**

**Brain Health as you Age**

NOVEMBER 5, **2020**

J. Jones III MBA, Recreation Specialist



BRAIN HEALTH AS YOU AGE

A PRACTICAL GUIDE TO MAINTENANCE AND PREVENTION

# *ESTUDIANTE DEL MES*

*es*

## **Jose Aguilar-Lopez**

*por*

*Demostrando a través de trabajo duro y enfoque que la mejora académica es evidente.*



*FCC Coleman Low-Clase de Sra. Rosa*          *abril 28, 2017*




# *ESTUDIANTE DEL MES*

*es*

## **Jose Aguilar Lopez**

*por*

*excelente actitud, asistencia perfecto y por trabajar mucho en el salón de clase para aprender mucho.*



*FCC Coleman Low- Clase de Sra. Rosa*



*enero 31, 2016*



# Team Player Award

## AWARDED TO:

### Lopez Jose Aguilar

For all your hard work and dedication in helping to make the
Food Service Department at F.C.C. Coleman-Low the best it can be.

R. Diaz, AFSA   5/2016

**R. Diaz, Assistant Food Service Administrator**

# *Certificate of Achievement*

Awarded to:

AGUIL LOPEZ



For participating in the
Soccer program
at the Federal Detention Center,
Miami, FL

*October 25, 2014*

*M.D. Puerta Sports Specialist*

# CERTIFICATE OF COMPLETION



THIS CERTIFICATE IS AWARDED TO

## JOSE LUIS AGUILAR LOPEZ

TO CERTIFY THAT HE HAS SUCCESSFULLY

COMPLETED THE

### FINANCIAL PLANNING

ADULT CONTINUING EDUCATION COURSE

February 2, 2023

*C. Dove*

Education Specialist C. DOVE

# CERTIFICATE OF COMPLETION



THIS CERTIFICATE IS AWARDED TO

## JOSE AGUILAR LO

TO CERTIFY THAT HE HAS SUCCESSFULLY

COMPLETED THE

### *Preparing for your Financial Future*

ADULT CONTINUING EDUCATION COURSE

FEB 8, 2023

*C. Dove*

Education Specialist C. DOVE

# CERTIFICATE *of* ACHIEVEMENT

THIS ACKNOWLEDGES THAT

## AGUILAR 02007-104

HAS SUCCESSFULLY COMPLETED THE

Spin Class

J. Jones III MBA,

Recreation Specialist



# *ESTUDIANTE DEL MES*

*es*

## **Jose Aguilar-Lopez**

*por*

*Demostrando a través de trabajo duro y enfoque que la mejora académica es evidente.*

*FCC Coleman Low-Clase de Sra. Rosa*        *abril 28, 2017*




# *Certificate of Achievement*

Awarded to:

AGUIL LOPEZ



For participating in the
Soccer program
at the Federal Detention Center,
Miami, FL

*October 25, 2014*

*M.D. Puerta Sports Specialist*

# CERTIFICATE *of* ACHIEVEMENT

### THIS ACKNOWLEDGES THAT

## AGUILAR LOPEZ
## 02007-104

### HAS SUCCESSFULLY COMPLETED THE

**Brain Health as you Age**



NOVEMBER 5, **2020**

J. Jones III MBA, Recreation Specialist

# *ESTUDIANTE DEL MES*

*es*

## **Jose Aguilar Lopez**

*por*

*excelente actitud, asistencia perfecto y por trabajar mucho en el salón de clase para aprender mucho.*



*FCC Coleman Low - Alice de la Rosa*

*enero 31, 2016*



# EXHIBIT

# D

COAST GAURD'S STATEMENTS



400 Sand Island PKWY
Honolulu, HI 96819

Phone Number: 1-808-842-2870

Fax Number: 1-808-842-2871

THE FOLLOWING IS A STATEMENT BY OFFICER LIGSAY, USCGC RUSH, BOARDING OFFICER, IN REFERENCE TO THE BOARDING OF VESSEL CRISTIANO RONALDO ON 05 NOVEMBER, 2013.

On 05 November 2013 aboard USCGC RUSH (WHEC 723) Boarding Team Alpha (Officer Ligsay-Boarding Officer, Officer Arambula-Boarding Team Member, and Officer Laragione-BTM) was instructed to get underway on CGC RUSH's Over the horizon Boat (OTH) CG 23178 to investigate a Target of interest (TOI) in the approximate position 12-37N, 091-51W about 98 miles south west of Puerto Quetzal, Guatemala. After a 30 nautical mile transit, helicopter (HH-65C) 6528 vectored the CG 23178 towards a 25 foot vessel. After approaching the vessel CLARA LUZ, conducted Right of Approach (ROA) questioning. The vessel had five persons on board, three from Guatemala, two from Ecuador. After the completion of questioning, CGC RUSH directed the CG 23178 to a new position for the recovery of floating materials near the location of the CG 6528. Once arriving at location 12-36N, 091-51W, and the crew of CG23178 located many large black blocks floating in the water. I direct the BTM's to recover of what appeared to be contraband floating in the water. After recovering about nine black burlap sacks, the CG 23178 was again requested to transit to another nearby position to a vessel that was disabled by the CG 6528. Upon approaching the fish vessel Cristiano Ronaldo, I promptly drew my weapon and advised Officer Arambula to give verbal commands in Spanish and English to four persons onboard. After embarking on the vessel Cristiano Ronaldo, I immediately restrained two individuals in flex cuffs for officer safety. Once all four persons were restrained, I commenced a frisk search the two individuals. No weapons were found. All four individuals were then instructed to sit inside the fish hold and wait for further tasking. I then commenced an initial safety sweep (ISS) to ensure the seaworthiness of the vessel for boarding team safety. Next, I then instructed Officer Arambula to commence Right of Visit (ROV) questioning. Through the questioning of each individual, the master in charge of the vessel made a claim

36

of the vessel and was identified as Saulo Araul Hernandez Almaras of Guatemalan nationality.  After being granted permission to conduct a boarding on the vessel from the CGC RUSH, I then commenced IONSCAN Swipes with the Boarding team members taking a total of 8 swipes. After completion of IONSCAN Swipes, I had the boarding team conduct at sea space accountability (ASSA) to account for all the spaces onboard the vessel.  CGC RUSH then advised the boarding team to pause in the completion of ASSA with Guatemala wanting to confirm Registry of Fishing Vessel Cristiano Ronaldo. After recommencing of ASSA, boarding team requested to conduct a minimally intrusive search to account for the space below the deck to achieve complete 100% ASSA. Before drilling into the deck, I requested to have the four crewmembers of the vessel Cristiano Ronaldo to be disembarked and placed on the CG 23178 and transferred to the CGC RUSH for detainee processing. Once they disembarked, I commenced the minimally intrusive search and documented the entire process. The first hole was drilled and exposed the waterline. A second hole was cut forward of the fish hold also exposing the water line and the vessel became unsafe for the boarding team to be onboard. 100 percent ASSA was achieved and the boarding was complete. Boarding team disembarked and returned to CGC Rush.

This statement is true and accurate to the best of my knowledge.

Officer Lligsay, ME2, USCG

06 November 2013



USCG MSST Honolulu (91107)
400 Sand Island Parkway
Honolulu, HI 96819-4398

PHONE # (808) 620-6444
Fax: (808) 842-2703 or 2730

**THE FOLLOWING IS A STATEMENT BY OFFICER JUSTIN LARAGIONE, MSST 91107 ADVANCED INTERDICTION TEAM, ASSISTANT BOARDING OFFICER, IN REFERENCE TO THE BOARDING OF VESSEL CRISTIANO RONALDO ON 05 NOVEMBER, 2013.**

On 05 November 2013 aboard USCGC RUSH (WHEC 723) Boarding Team Alpha (Officer Ligsay-Boarding Officer, Officer Arambula-Boarding Team member, and Officer Laragione-ABO) was instructed to get underway on CGC RUSH's Over the horizon Boat (OTH) CG 23178 to investigate a Target of interest (TOI) in the approximate position 12-37N, 091-51W about 98 miles west of Puerto Quetzal, Guatemala. After a 30 nautical mile transit, helicopter (HH-65C) 6528 vectored the CG 23178 towards a 25 foot fishing vessel. After approaching the vessel CLARA LUZ, conducted Right of Approach (ROA) questioning. The vessel had five persons on board, three from Guatemala, two from Ecuador. After the completion of questioning, CGC RUSH directed CG 23178 to a new position for the recovery of floating materials near the location of CG 6528. Once arriving at location 12-36N, 091-51W, the crew of CG23178 located many large black blocks floating in the water. I was directed by Boarding Officer Ligsay to assist in the recovery of what appeared to be contraband. After recovering about nine of these blocks, CG 23178 was again tasked to transit to another nearby position to a vessel that was disabled by CG 6528. Upon approaching the vessel CRISTIANO RONALDO, I promptly drew my weapon and maintained over watch security position on four persons onboard. After Officer Ligsay and Officer Arambula embarked the vessel CRISTIANO RONALDO, I immediately handed Officer Ligsay four sets of flex cuffs. Once all four persons were restrained, I remained on the small boat for over watch security and monitor radio communications. All four individuals were then instructed to sit inside the fish hold and wait for further tasking. While waiting for the permission to board, the small boat conducted a visual assessment of the debris field around the vessel CRISTIANO RONALDO. One additional bail was found. Packaging was

consistent with the other nine bales of suspected contraband. After being granted permission to conduct a boarding on the vessel from CGC RUSH, I assisted in the completion of ion scan swipes and at sea space accountability (ASSA). CGC RUSH then advised the boarding team to pause in the completion of ASSA. After recommencing the ASSA, boarding team requested to drill minimally intrusive holes into the deck to complete 100 percent ASSA. I then requested the small boat to come along side to transport me back to cutter RUSH to assist with NIK kit testing of the suspected contraband, as well to help set up and over see the marshalling process of the detainees. I was the camera operator during the NIK kit testing. I witnessed two tests that tested positive for cocaine. Then I walked to RUSH's Combat Information Center (CIC) to pass results of the NIK testing to RUSH's Operations Officer (LT Hahn). After leaving CIC, I went up topside to receive four detainees for marshalling.

This statement is true and accurate to the best of my knowledge.

Justin Laragione, ME1, USCG

06 November 2013

39



MSST San Diego 91109
1650 Henderson Avenue
Building 310
San Diego, CA. 92140

Phone Number: 619-517-4310
Fax Number: 619-524-8680

THE FOLLOWING IS A STATEMENT BY OFFICER HERIBERTO ARAMBULA, USCGC RUSH,
LINGUIST, IN REFERENCE TO THE BOARDING OF VESSEL CRISTIANO RONALDO ON 05
NOVEMBER, 2013.

On 05 November 2013 aboard USCGC RUSH (WHEC 723) Boarding Team Alpha (Officer Ligsay-

Boarding Officer, Officer Arambula-Boarding Team member, and Officer Laragione-BTM) was instructed to get

underway on CGC RUSH'S Over the horizon Boat (OTH) CG 23178 to investigate a Target of interest (TOI) in the

approximate position 12-37N, 091-51W about 98 miles west of Puerto Quetzal, Guatemala. After a 30 nautical mile

transit, helicopter (HH-65C) 6528 vectored the CG 23178 towards a 25 foot vessel. After approaching the vessel

LARA LUZ, conducted Right of Approach (ROA) questioning. The vessel had five persons on board, three from

Guatemala, two from Ecuador. After the completion of questioning, CGC RUSH directed the CG 23178 to a new

position for the recovery of floating materials near the location of the CG 6528. Once arriving at location 12-36N,

091-51W, the crew of CG23178 located many large black blocks floating in the water. I was directed by Boarding

Officer Ligsay to assist in the recovery of what appeared to be contraband. After recovering about nine of these

blocks, the CG 23178 was again directed to transit to another nearby position to a vessel that was disabled by the

CG 6528. Upon approaching the vessel CRISTIANO RONALDO, I promptly drew my weapon and gave verbal

commands in Spanish and English to four persons onboard. After embarking on the vessel CRISTIANO

RONALDO, I immediately restrained two individuals in flex cuffs. Once all four persons were restrained, I

commenced a frisk search on each individual. No weapons were found. All four individuals were then instructed to

sit inside the fish hold and wait for further tasking. I then commenced an initial safety sweep (ISS) to ensure the

seaworthiness of the vessel for the boarding team. Next, I was advised by Officer Ligsay to commence Right of

Visit (ROV) questioning. Through the questioning of each individual, the master in charge of the vessel was

identified as Saulo Araul Hernandez Almaras of Guatemalan nationality. After being granted permission to conduct

4 0

a boarding on the vessel from CGC RUSH, I assisted in the completion of ion scan swipes and at sea space accountability (ASSA). CGC RUSH then advised the boarding team to pause in the completion of ASSA. After recommencing of ASSA, boarding team requested to drill minimally intrusive holes into the deck to complete 100 percent ASSA. Before drilling into the deck, the four crewmembers of the vessel CRISTIANO RONALDO were disembarked and placed on the CG 23178 and transferred to CGC RUSH. Once the crewmembers disembarked, one hole was drilled into the deck of the vessel CRISTIANO RONALDO and exposed the waterline. Consequently, 100 percent ASSA and the boarding was complete, boarding team requested permission to disembark.

This statement is true and accurate to the best of my knowledge.

Heriberto Arambula, ME2, USCG

06 November 2013



USCG MSST Honolulu (91107)
400 Sand Island Parkway
Honolulu, HI 96819-4398

PHONE # (808) 620-6444
Fax: (808) 842-2703 or 2730

THE FOLLOWING IS A STATEMENT BY OFFICER WILLIAMS, MSST 91107 ADVANCED
INTERDICTION TEAM, BOARDING TEAM MEMBER, IN REFERENCE TO THE BOARDING
OF CRISTIANO RONALDO ON 05 NOVEMBER, 2013.

I assisted Officer Crawford in conducting the NIK (Narcotics Identification Kit) test. I removed one standard package from shrink wrapped bulk bale. I then utilized a figure H cut on the upper right quadrant of the suspected contraband package. I read the instructions to NIK-G while Officer Crawford conducted the actual sample testing of suspected contraband, and Officer Laragione photo-logged the phases and results of NIK test. Upon 1st NIK test receiving a positive result for cocaine, a 2nd NIK test was conducted to verify results of the 1st test. The 2nd NIK test was conducted in the same manner as the 1st NIK test. The 2nd NIK test also received a positive result for cocaine. After suspected contraband was verified to actually be cocaine, the sample package was sealed into an evidence bag and stored with the rest of the contraband. After contraband was inventoried and stored, myself and Officer Crawford locked forward mag 1 and informed command of a positive result for cocaine and total amount of contraband.

This statement is true and accurate to the best of my knowledge.

Officer Williams, ME2, USCG

06 November 2013

4 2

LT Ryan Hawn, USCG
AVDET HIT 14-04
Mission Commander

I am currently the Mission Commander for the HITRON Aviation Detachment (AVDET) 14-04 attached to CGC RUSH. I have been a qualified MH-65D Mission Commander since October 2013 and have been Airborne Use of Force – Counter Drug (AUF-CD) Mission Qualified since November 2012. My position during this case was the Pilot in Command, left seat, aboard CG 6528.

Description of events

Around 1030 local time I was notified that a Maritime Patrol Aircraft (MPA) was tracking a panga around 120 NM south of our position, which was just outside of Guatemala territorial seas. I worked with members of the Combat Information Center (CIC) to plot an intercept course and plan to launch the helo 20NM north of the position of the panga (1430 local time), with enough time to reach the panga and get eyes on it before the MPA had to depart (1500 local time).

We launched on time and flew at 2500 feet above water level to get just above the cloud layer and remain covert. Receiving vectors from the MPA, we maneuvered around the panga to the south covertly, spotted it, and then descended to go overt and take a closer look. My Precision Marksman – Aviation (PM-A) reported to me that he saw three pangas, all within a very close proximity; it seemed that they had just finished a transfer, or that we had interrupted it. As we continued to descend upon the group, two pangas, Panga1 and Panga2 departed to the north at a high rate of speed, towards the awaiting CGC RUSH and its two Over The Horizon (OTH) boats. We overflew Panga3 (Panga1 and Panga2 had departed from it) and noticed that it was not moving (dead in the water, or DIW), had no persons on board (POB), and was surrounded by debris: cans, trash, and other litter from the boat.

We pursued Panga1 and Panga2 who were heading north at 30 knots. As we approached to provide reconnaissance of the pangas, Panga2 changed course to the north east. I directed 6528 to follow Panga1, and one of the OTH boats, callsign KOKO, to intercept Panga2.

I passed information about Panga1 to CGC RUSH to begin the Statement of No Objection (SNO) process. I passed that we saw the presence of packages, several fuel-type drums, a plethora of fishing gear and buoys, the name Cristiano Ronaldo, hull numbers CCP-1900-2012, the presence of 4 POB, two outboard engines, white hull, blue interior, and a large hold in the middle.

The SNO came quickly, and I directed the crew to proceed with signaling. I illuminated the CG logo light and all other exterior aircraft lights, made multiple callouts in Spanish and English on marine band channel 16 for the vessel to stop, yet received no response. I observed the PM-A also give multiple cut throat hand motions, and the driver of Panga3 shook his head in a "no" motion, as well as gave multiple motions that I assumed meant he wanted us to go away; I directed for Warning Shots to follow, and the pilot at controls (PAC) placed the 6528 in position; the PM-A followed with three stitches (thirty rounds total) of warning shots of 7.62mm from the M240 area fire weapon approximately five yards in front of the underway panga. The panga began maneuvering aggressively. I directed that 6528 begin the Disabling Fire phase, and the PM-A began with 1 round of Precision Warning Shots Aft from the 50 cal M107 to alert the person at the tiller to move away, because disabling fire would be forthcoming. The vessel continued evasive maneuvering. The PM-A then placed 1 round of 50-caliber from a Barrett M107 precision fire weapon into the port engine. I observed the vessel slow down, conduct evasive turns, open up its center hold, and dump overboard at least three linked chains of large black bales overboard; the panga then sped up and attempted to flee.

6528 marked position of the bales with paper plates, passed the position to CGC RUSH and KOKO, and chased Panga1. Once alongside Panga1, the PM-A placed one more round of 50-caliber into the port engine. Panga1 them stopped, the driver went forward, another individual went aft, and began to tilt the lower units of the outboard engines out of the water. I then directed the PM-A to use visual signs to tell all

individuals to move forward, which they immediately did; once clear, he placed five more rounds into the two engines to ensure they were disabled. We then relocated the cluster of bales and vectored KOKO, who retrieved at least one cluster. We then provided boarding team cover for KOKO to board Panga1. Once they had positive control of the boat, we recovered to CGC RUSH to refuel.

After refuel, we launched and located Panga3, which was now overturned. We searched for bales but saw nothing. We then relocated the bales from Panga1 and vectored KOKO to recover the remaining bales, then recovered to CGC RUSH for debriefing.

This is true to the best of my knowledge.

_Ryan D. Hawn, LT_

LT Ryan D. Hawn, USCG

05 November 2013

4 8

individuals to move forward, which they immediately did; once clear, he placed five more rounds into the two engines to ensure they were disabled. We then relocated the cluster of bales and vectored KOKO, who retrieved at least one cluster. We then provided boarding team cover for KOKO to board Panga1. Once they had positive control of the boat, we recovered to CGC RUSH to refuel.

After refuel, we launched and located Panga3, which was now overturned. We searched for bales but saw nothing. We then relocated the bales from Panga1 and vectored KOKO to recover the remaining bales, then recovered to CGC RUSH for debriefing.

This is true to the best of my knowledge.

LT Ryan D. Hawn, USCG

05 November 2013

LT Robert P. O'Donnell. USCG

AVDET Co-Pilot

MH-65D CG 6528 Pilot at Controls

I am currently the Mission Qualified pilot for the HITRON AVDET 14-04 attached to USCGC RUSH. I have been a qualified MH-65D pilot since August 2009 and have been Mission Qualified since August 2013. My position during this case was the pilot at controls. right seat, aboard CG 6528.

Description of Witnessed Events

Earlier this morning, 5 November 2013, an MPA spotted a vessel not moving, or "dead in the water" (DIW). approximately 80 miles from the Cutter's location. At that point the operations officer determined to launch us at about 1430. when the cutter was approximately 30 miles away from the Target Of Interest (TOI). We took off at 1427L and proceeded enroute to the TOI's last known position. The MPA reported their target on radar and was able to vector 6528 to the position. The 6528 climbed to approximately 1500' Above the Water Level (AWL) in order to remain covert, but stayed under a cloud layer. It was determined that the 6528 could climb above the scattered layer and climbed to approximately 2500' AWL, above the cloud layer. Shortly after this climb we acquired the TOI visually and determined that it was 2 vessels (TOI#1 and #2). We maneuvered around the vessels with a standoff distance of about 3 miles, and proceeded to their south. When we started to approach the vessels from the south, they started to run to the north, in the direction of CGC RUSH and her small boat, KOKO. At this time, we determined that 2 vessels were underway and a third vessel was DIW and abandoned (TOI #3). We relayed this information to RUSH and proceeded to follow TOI #1. TOI #1 and #2 continued to head north at a high rate of speed. At this time, TOI #2 turned to the northeast and split off from TOI #1. 6528 then vectored RUSH's small boat to TOI #2.

We continued to pursue TOI #1 and determined that there were fuel barrels on board along with what appeared to be a package on deck. After several recon passes. 6528 requested the SNO. The SNO was granted shortly after and 6528 moved in for signaling. 6528 energized the blue light, position lights, anti-collision light, and landing lights, and made callouts on Ch. 16 for the vessel to stop. The vessel was non-compliant and 6528 configured for warning shots. 6528 completed three stitches, approximately 30 rounds, of warning shots. TOI #1 was still non-compliant and 6528 configured for disabling fire. The Precision Marksman-Aviation conducted 1 round of precision warning shots aft. due to the driver's proximity to the engine. 6528 then conducted 1 round of disabling fire which contacted the lower unit of the port side engine. TOI #1 then began to move erratically and quickly reversed direction. TOI #1 came DIW and jettisoned approximately 12 packages into the water. TOI #1 then again got underway and 6528 conducted another round of disabling fire. After round #2. TOI #1 became DIW and a suspect moved aft and retracted the starboard engine from the water. The PMA then motioned to the driver to move forward on the vessel along with the crewman that moved aft to retract the engine. After the area was clear, 6528 conducted 5 more rounds of disabling fire to ensure that all means of propulsion had been stopped.

After completing disabling fire, 6528 returned to the debris field where the packages were jettisoned. 6528 marked the position with paper plates and remained on scene to vector RUSH's small boat, KOKO. KOKO arrived on scene, retrieved packages from the water and then 6528 vectored KOKO to TOI #1. 6528 returned to RUSH. conducted a refueling, and returned to the position of TOI #3. 6528 discovered that TOI #3 had capsized , but could not find any suspect packages in the water. After completing a search around TOI #3. 6528 returned to the original debris field, located 1 more package and vectored KOKO to recover the package. After KOKO recovered the final package, 6528 returned to RUSH and shutdown.

This is correct to the best of my knowledge.

_LT Robert P. O'Donnell, USCG_
7 November 2013

49

AMT1 Justin Brown, USCG
AVDET HIT 14-04
PM-A

I am currently the Precision Marksman Aviation(PM-A) for the HITRON AVDET 14-04 attached to
USCGC RUSH. I have been a qualified MH-65D PM-A since January 2009 and have been CD Mission
Qualified since January 2013. My position during this case was the Precision Marksman aboard CG 6528.

Description of events

After lunch at about 1400L flight condition 1 was set and USCG 6528 was launched. The target of interest
(TOI) was 24 miles away. After about 10 minutes we spotted the TOI. There were what looked to be 2
TOI's and as we turned toward them we noticed a third TOI. We flew over TOI #3 and found it to be dead
in the water (DIW) with no persons on board and lots of debris around it. After marking the position we
flew to TOI #1. TOI #2 had broken off and headed away from TOI #1 and us.

After conduction high reconnaissance of the TOI #1 we requested an SNO. A few minutes later we
received the SNO for warning shots and disabling fire. We then came alongside the TOI and made calls
over channel 16 in Spanish and English with no response from the TOI. We then conducted 3 stitches of
warning shots (30 rounds) 5 to 10 yards in front of the bow of the TOI with no response. We then
transitioned to disabling fire. The driver was about 1 arm length from the engine so we decided to do one
round of precision warning shots aft then the TOI started maneuvering erratically. We then conducted one
round of disabling fire into the lower unit of the left engine. The TOI turned into us and became DIW and
began to dump packages over board. We came into a hover and marked the position and got FLIR footage
of the packages and the TOI driving away. After passing the location of the packages back to RUSH we
then returned to the TOI to conduct more disabling fire. After one more round of disabling fire into the left
engine the TOI became DIW. One crew member tilted the right engine up and out of the water. Then the
driver tilted the Left engine up and out of the water. We then decided to fully disable both engines. After
motioning the crew of the TOI to move forward we fired 2 rounds into the left engine and 3 rounds into the
right engine.

We then vectored the over the horizon boat (OTHB) to the packages where they picked up 10 packages.
After the OTHB picked up the packages we provided boarding team cover for the OTHB to conduct a
boarding then returned for fuel. After refuel we launched to reacquire TOI#3. About 10 minutes later we
found TOI #3 and vectored in the OTHB. With no packages located we then proceeded to TOI #1's
package field to locate final packages. After finding all packages and vectoring in the OTHB to pick up
packages we then returned to RUSH for shutdown.

In total we fired 30 (7.62 mm) rounds of warning shots, 1 (.50 cal) round of precision warning shots aft,
and 7 (.50 cal) rounds of disabling fire.

This is correct to the best of my knowledge.

AMT1 Justin Brown, USCG
05NOV2013

5 0

# EXHIBIT

# E

REPORT OF INVESTIGATION HOMELAND SECURITY

REQUESTED BY:  MATYSKA, KAREL J

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | TECS ACCESS CODE 3 |
|---|---|
| R E P O R T · O F   I N V E S T I G A T I O N | PAGE   1 |
| | CASE NUMBER ▓▓▓▓▓▓▓▓ |
| | OCDETF NO:  ▓▓▓▓▓▓▓ |

TITLE: CRISTIANO RONALDO

CASE STATUS:    INIT RPT

| REPORT DATE 120513 | DATE ASSIGNED 111813 | PROGRAM CODE ▓▓▓▓▓ | REPORT NO. 001 |
|---|---|---|---|

RELATED CASE NUMBERS:

COLLATERAL REQ:

TYPE OF REPORT:
INVESTIGATIVE FINDINGS
/  MEMO OF INTERVIEW        /   OTHER INFORMATION

TOPIC: 11/26/2013 ARREST AND INTERVIEW OF CREWMEMBERS

SYNOPSIS:
On November 5, 2013, the United States Coast Guard (USCG) Cutter RUSH
interdicted a go-fast vessel (GFV) in international waters approximately 120
nautical miles (NM) southwest of the El Salvador/Guatemala border after a
Customs and Border Protection (CBP) marine patrol aircraft (MPA) observed the
GFV jettison numerous packages.  The USCG boarding team discovered four (4)
subjects onboard and later recovered ten (10) bales of cocaine weighing
approximately 290 kilograms.  The subjects were later identified as Guatemalan
nationals Saulo Arahon HERNANDEZ ALMARAZ, Samuel SAVALA CISNEROS, Jose Luis
AGUILAR LOPEZ, and Elden Nehemias LOPEZ HERNANDEZ.  Disposition was granted to
the Southern District of Florida where the crewmembers will face prosecution
for Title 46 U.S.C. 70503 and 70506 _ Maritime Drug Smuggling.

The following Report of Investigation (ROI) serves to document the USCG
interdiction and the arrest and interviews of the four (4) crewmembers.

| DISTRIBUTION: SACMI | SIGNATURE: MATYSKA        KAREL      J   SPECIAL AGENT |
|---|---|
| | APPROVED: LANG            DEAN       B   OI PROGRAM MANAGER |
| | ORIGIN OFFICE: MI MIAMI, FL - SAC | TELEPHONE: 954 430 4936 |
| | | TYPIST: MATYSKA |

·O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE   2 |
| | CASE NUMBER ▓▓▓▓▓▓▓▓▓▓ |
| | REPORT NUMBER: 001 |

CASE PROGRAM CODES:

████████████        ████████████        ████████
████████████M       ████████████D       ████████████
████████████B       ████████H           ████████████

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE | PAGE    3 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | CASE NUMBER ███████████████<br><br>REPORT NUMBER: 001 |

DETAILS OF INVESTIGATION:

On Nov ember 5, 2013, while on routine patrol in the Eastern Pacific Ocean, a
marine patrol aircraft (MPA) observed a panga-styled vessel, also known as a
go-fast vessel (GFV), approximately 120NM south of the Guatemala/El Salvador
border, which was suspected of being involved in narcotics-related activity.
The MPA relayed the information to the USCG Cutter RUSH, who was also in the
area on patrol.  The USCG Cutter RUSH subsequently launched their aerial use of
force (AUF) helicopter to further investigate the GFV.  While remaining covert,
the AUF was able to identify three (3) GFV in the same area.  When the AUF went
overt two (2) of the GFVs got underway and proceeded to head in a northerly
direction in tandem at a high rate of speed.  The AUF relayed this information
to the USCG Cutter RUSH, who subsequently launched a small boat.  The two (2)
GFVs later split up and one (1) continued to head north (panga #1) while the
other proceeded in a northeasterly direction (panga #2).  The AUF reported that
the GFV continuing north appeared to have visible bales on the deck, which
appeared to be narcotics.  The GFV was also reported to have four (4)
crewmembers with several fuel barrels, fishing gear, buoys, two (2) outboard
engines, white hull with blue interior and the name "CRISTIANO RONALDO".  The
AUF remained with panga #1, while the small boat was directed to intercept
panga #2.

The AUF proceeded to signal panga #1 in an attempt to get the vessel to heave
to.  The AUF illuminated the USCG light and all the exterior lights on the
aircraft, as well as made multiple calls in both the English and Spanish
languages on marine channel 16.  Crewmembers onboard the AUF also gave multiple
hand signals to the master of the vessel to stop, to which the master shook his
head in a "no" motion and gave multiple motions which appeared to mean "go
away".  At that time the AUF fired three (3) rounds of warning shots in front
of the panga.  The disabling fire was ineffective and panga #1 continued
underway.  The mission commander then directed the precision marksman-aviation
(PM-A) to begin disabling fire.  The PM-A began with one (1) round of precision
warning shots aft of the engine to alert the master near the engine to move.
The master continued to conduct evasive maneuvering and the PM-A fired one (1)
shot into the port engine.  Subsequently, panga #1 went dead in the water (DIW)
and proceeded to jettison what appeared to be black bales overboard.  After
jettisoning the bales, panga #1 got back underway.  The AUF marked the debris
field and continued pursuit of panga #1.  The AUF then continued with disabling
fire and place one (1) more round into the port engine.  At that time panga #1
became DIW and the crew members were instructed to move to the front of the
vessel.  After the engine area was clear, the PM-A placed five (5) more rounds
into the engines to completely disable them.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE 4 |
|---|---|
| REPORT OF INVESTIGATION CONTINUATION | CASE NUMBER ████████ |
| | REPORT NUMBER: 001 |

After panga #1 was disabled, the AUF returned to the debris field to vector in the small boat to recover the bales of suspected contraband. The AUF also returned to the location of panga #3, which was capsized and determined to be abandoned.

While the AUF was pursuing panga #1, the small boat pursued and interdicted panga #2 (CLARA LUZ) and conducted a Right of Approach (ROA) questioning. Panga #2 had five (5) crew members onboard _ three (3) from Guatemala and two (2) from Ecuador. Following the questioning, the AUF directed the small boat to transit to the debris field from panga #1 to recover the jettisoned packages. After recovering ten (10) jettisoned bales, the small boat was directed to disabled panga #1 to conduct the boarding. The boarding team (BT) arrived and restrained all four (4) crew members. The BT questioned each crew member and subsequently identified Saulo Arahon HERNANDEZ ALMARAZ as the master, who made a verbal claim of Guatemalan nationality for the vessel. The USCG submitted a formal request to the Guatemalan government to confirm or deny the nationality of the vessel. The Guatemalan government could not confirm nor deny the registry of the vessel. The small boat requested and received permission from USCG Cutter RUSH to conduct the boarding to include ION scan swipes and at sea space accountability (ASSA). ION scan swipes were performed resulting in positive hits for the presence of cocaine. The four (4) crewmembers were then transferred to the USCG Cutter RUSH for detainee processing. Shortly after, the BT conducted minimally intrusive drilling to determine 100% ASSA, which resulted in no additional contraband being found. At that time the BT disembarked the CRISTIANO RONALDO.

While onboard the USCG Cutter RUSH, the four (4) crew members were identified as follows:

Samuel SAVALA
DPOB: ████████ _ Guatemala

Elder Nehemias LOPEZ HERNANDEZ
DPOB: ████████ _ Guatemala

Jose Luis Lote (later determined to be Jose Luis AGUILAR LOPEZ)
DPOB: ████████

Saulo Araul Hernandez Armaras (later determined to be Saulo Arahon HERNANDEZ ALMARAZ)
DPOB: ████████ _ Guatemala

While onboard the USCG Cutter RUSH, BT members conducted narcotics identification kit (NIK) tests on one (1) of the packages from one (1) of the recovered bales. The first NIK test resulted in a positive hit for the

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O ₙ L Y

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    5 |
|---|---|
| R E P O R T   O F   I N V E S T I G A T I O N C O N T I N U A T I O N | CASE NUMBER ▓▓▓▓▓▓▓▓ |
| | REPORT NUMBER: 001 |

presence of cocaine.  A second NIK test was conducted, which confirmed the results of NIK test #1.

On November 26, 2013, the four (4) crewmembers, a representative sample of cocaine and evidentiary items were transported via CBP aircraft from Panama City, Panama to Opa Locka, FL.  Following their arrival into the United States, at approximately 1900 hours, Jose Luis AGUILAR LOPEZ, Saulo Arahon HERNANDEZ ALMARAZ, Samuel SAVALA CISNEROS, and Elder Nehemias LOPEZ HERNANDEZ were placed under arrest for violation of Title 46 USC 70503(a) and 70506(b) _ possession and conspiracy to possess cocaine onboard a vessel subject to the jurisdiction of the United States.

CBP Officers paroled AGUILAR, HERNANDEZ, SAVALA, and LOPEZ for one (1) day to face prosecution.

INFORMATION AND INTERVIEW OF:

| Name: | Jose Luis AGUILAR LOPEZ |
|---|---|
| DPOB: | ▓▓▓▓▓▓▓ - Guatemala |
| Address: | ▓▓▓▓▓▓▓▓▓, Guatemala |
| Race: | White |
| Sex: | Male |
| Height: | 5'2" |
| Weight: | 120 |
| Eyes: | Brown |
| Hair: | Black |
| Alien #: | ▓▓▓▓▓▓▓ |

PRIOR CRIMINAL RECORD:

AGUILAR has no identifiable criminal record in the U.S.  At this time it is unknown whether AGUILAR has been arrested in Guatemala or any other foreign country.

BUREAU OF PRISONS NUMBER:  02007-104

VIOLATIONS:  Title 46 USC 70506

EXHIBITS:

NON-DRUG EVIDENCE:  N/A

INTERVIEW:

On November 26, 2013, at approximately 1920 hours, DEA SA Jose Irizarry and DEA

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    6 |
|---|---|
| | CASE NUMBER ████████████ |
| | REPORT NUMBER: 001 |

TFO Juan Pena interviewed AGUILAR at the CBP Port of Entry (POE) in Opa Locka, FL.  The following report of the interview of AGUILAR is based upon notes taken and provided by DEA TFO Pena:

AGUILAR was advised of his Miranda rights via a pre-printed form in the Spanish language by SA Irizarry.  SA Irizarry is fluent in the Spanish language.  After being read his Miranda rights, AGUILAR indicated that he wished to speak with an attorney.  After advising agents that he wished to speak with an attorney, AGUILAR made a spontaneous statement and said they were fishing.

At this time the interview was concluded.

INFORMATION AND INTERVIEW OF:

Name:        Saolo Arahon HERNANDEZ ALMARAZ
DPOB:        ████████████ - Guatemala
Address:     ████████████, Guatemala
Race:        White
Sex:         Male
Height:      5'7"
Weight:      150
Eyes:        Brown
Hair:        Black
Alien #:     ████████████

PRIOR CRIMINAL RECORD:

HERNANDEZ has no identifiable criminal record in the U.S.  At this time it is unknown whether HERNANDEZ has been arrested in Guatemala or any other foreign country.

BUREAU OF PRISONS NUMBER:  02005-104

VIOLATIONS:  Title 46 USC 70506

EXHIBITS:

NON-DRUG EVIDENCE:

Line Item 1 _ Misc. Documents (CBP 6051S #4559435)
Line Item 2 _ Samsung Cell Phone (CBP 6051S #4559436)
Line Item 3 _ Garmin GPS (CBP 6051S #4559436)
Line Item 4 _ Motorola Radio (CBP 6051S #4559436)

INTERVIEW:

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

OFFICIAL USE ONLY

| DEPARTMENT OF HOMELAND SECURITY ICE | PAGE    7 |
|---|---|
| | CASE NUMBER ███████████ |
| R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | REPORT NUMBER: 001 |

On November 26, 2013, at approximately 1930 hours, DEA SA Jose Irizarry and DEA TFO Juan Pena interviewed HERNANDEZ at the CBP Port of Entry (POE) in Opa Locka, FL.  The following report of the interview of AGUILAR is based upon notes taken and provided by DEA TFO Pena:

HERNANDEZ was advised of his Miranda rights via a pre-printed form in the Spanish language by SA Irizarry.  SA Irizarry is fluent in the Spanish language.  After being read his Miranda rights, HERNANDEZ indicated that he wished to speak with an attorney.  After advising agents that he wished to speak with an attorney, HERNANDEZ made a spontaneous statement and said they were fishing.

USCG personnel recovered a Motorola radio (Serial #749TFE1813), Garmin GPS 72H (Serial #1T222493), and a Samsung Cell Phone (Serial #RV1C751000TV), which were in the belongings of HERNANDEZ.  The items were shown to HERNANDEZ, who acknowledged that they belonged to him.  HERNANDEZ further acknowledged this, after being read a pre-printed consent to search form, by subsequently signing the consent to search.  HERNANDEZ further abandoned any claim to the above listed items by signing a pre-printed notice of abandonment form.

Agent's Note:  HERNANDEZ advised agents that he could not read or write and as a result signed both the consent to search and notice of abandonment forms by marking an "X" in the signature block.

At this time the interview was concluded.

INFORMATION AND INTERVIEW OF:

```
Name:           Samuel SAVALA CISNEROS
DPOB:           ███████████ - Guatemala
Address:        Telapa San Marcos, Guatemala
Race:           White
Sex:            Male
Height:            5'5"
Weight:         165
Eyes:           Brown
Hair:           Black
Alien #:        ███████████
```

PRIOR CRIMINAL RECORD:

SAVALA has no identifiable criminal record in the U.S.  At this time it is unknown whether SAVALA has been arrested in Guatemala or any other foreign country.

OFFICIAL USE ONLY

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE   8 |
|---|---|
| | CASE NUMBER ████████████ |
| | REPORT NUMBER: 001 |

BUREAU OF PRISONS NUMBER:   02004-104

VIOLATIONS:   Title 46 USC 70506

EXHIBITS:

NON-DRUG EVIDENCE:   N/A

INTERVIEW:

On November 26, 2013, at approximately 1932 hours, DEA SA Jose Irizarry and DEA TFO Juan Pena interviewed SAVALA at the CBP Port of Entry (POE) in Opa Locka, FL.  The following report of the interview of SAVALA is based upon notes taken and provided by DEA TFO Pena:

SAVALA was advised of his Miranda rights via a pre-printed form in the Spanish language by SA Irizarry.  SA Irizarry is fluent in the Spanish language.  After being read his Miranda rights, SAVALA indicated that he understood his rights and subsequently signed the pre-printed Miranda form.  SAVALA voluntarily provided a statement to agents in the Spanish language.  The following is a non-verbatim synopsis of the interview:

SAVALA told agents that they left San Jose, Guatemala on a 25' boat that was registered in Guatemala.  SAVALA stated that they were only fishing when a helicopter shot at them when they were approximately 100NM offshore.  SAVALA said that there were many other pangas in the same area and they saw one of them picking up "stuff" from the water.  SAVALA stated that the USCG did not find anything on their boat.  SAVALA later admitted that the other pangas in the area were retrieving bales of narcotics from the water.  SAVALA detailed that they recovered one (1) bale in the same area and that was the bale that they threw overboard while being chased, which was later recovered by the USCG.

At this time the interview was concluded.

INFORMATION AND INTERVIEW OF:

| Name: | Elder Nehemias LOPEZ HERNANDEZ |
|---|---|
| DPOB: | ██████████ - Guatemala |
| Address: | ████████████, Guatemala |
| Race: | White |
| Sex: | Male |
| Height: | 5'4" |
| Weight: | 130 |
| Eyes: | Brown |

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE    9 |
|---|---|
| | CASE NUMBER ████████████ |
| | REPORT NUMBER: 001 |

Hair:            Black
Alien #:              ████████████

PRIOR CRIMINAL RECORD:

LOPEZ has no identifiable criminal record in the U.S.  At this time it is
unknown whether LOPEZ has been arrested in Guatemala or any other foreign
country.

BUREAU OF PRISONS NUMBER:  02006-104

VIOLATIONS:  Title 46 USC 70506

EXHIBITS:

NON-DRUG EVIDENCE:  N/A

INTERVIEW:

On November 26, 2013, at approximately 1942 hours, DEA SA Jose Irizarry and DEA
TFO Juan Pena interviewed LOPEZ at the CBP Port of Entry (POE) in Opa Locka,
FL.  The following report of the interview of LOPEZ is based upon notes taken
and provided by DEA TFO Pena:

LOPEZ was advised of his Miranda rights via a pre-printed form in the Spanish
language by SA Irizarry.  SA Irizarry is fluent in the Spanish language.  After
being read his Miranda rights, LOPEZ indicated that he understood his rights
and subsequently signed the pre-printed Miranda form.  LOPEZ voluntarily
provided a statement to agents in the Spanish language.  The following is a
non-verbatim synopsis of the interview:

LOPEZ told agents that they left November 1, 2013 from Telapa, Guatemala for
fishing.  LOPEZ stated that the vessel was registered in Guatemala.  LOPEZ
detailed that SAULO was the captain.  LOPEZ said that they were out fishing for
four (4) days and he was cleaning the blood from the boat when the helicopter
shot at them.

At this time the interview was concluded.

DRUG EVIDENCE:

A representative sample of cocaine weighing approximately 11.20kg was
transferred from USCG personnel to HSI/Miami Agents in Panama City, Panama and
later transported with the four (4) crewmembers to the CBP POE in Opa Locka, FL
where it was seized by CBP personnel.  The seizure was documented via CBP 6051S

O F F I C I A L   U S E   O N L Y

THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY
OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR
DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED
TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

O F F I C I A L   U S E   O N L Y

| DEPARTMENT OF HOMELAND SECURITY<br>ICE<br><br>R E P O R T   O F   I N V E S T I G A T I O N<br>C O N T I N U A T I O N | PAGE   10 |
|---|---|
| | CASE NUMBER ████████████9 |
| | REPORT NUMBER: 001 |

#4559432.  Custody of the cocaine was signed over to HSI/Miami SA Daniel Perez, who subsequently transferred custody to DEA SA Thomas Olsen, all of which is documented on CBP 6051S #4559432.  DEA later transported the cocaine to the DEA laboratory for storage and analysis.  The cocaine will remain in the custody of the DEA laboratory until the judicial proceedings are complete.

INVESTIGATION CONTINUES.

O F F I C I A L   U S E   O N L Y
THIS DOCUMENT IS LOANED TO YOU FOR OFFICIAL USE ONLY AND REMAINS THE PROPERTY OF THE DEPARTMENT OF HOMELAND SECURITY, ICE. ANY FURTHER REQUEST FOR DISCLOSURE OF THIS DOCUMENT OR INFORMATION CONTAINED HEREIN SHOULD BE REFERRED TO ICE HEADQUARTERS TOGETHER WITH A COPY OF THE DOCUMENT.

# EXHIBIT

# F

LAW ENFORCEMENT CASE PACKAGE CHECKLIST

Appendix G - Law Enforcement Case Package Preparation and Trial Support



## LAW ENFORCEMENT CASE PACKAGE CHECKLIST

### PART II

| VESSEL INFORMATION | | |
|---|---|---|
| Time of Initial Acquisition: 10:06 A.M. | Method of Initial Acquisition: Maritime Patrol Aircraft (MPA) | |
| Distance and Direction from Prominent Point of Land: 98 NM SW from Puerto Quetzal, GT | | |
| | | |
| Time Visually Acquired:4:16 P.M. | Course: 325 | Speed: 25 kts |
| Vessel Response:  Vessel maintained course and speed | | |
| | | |
| Name on Hull: CRISTIANO RONALDO | Hailing Port on Hull: Tilipa | |
| Other Indications of Vessel Name/Identity: | | |
| Numbers on Hull: CCP-1900-2012 | Flag Flown: N/A | |
| Other Indications of Vessel Nationality: | | |
| Vessel Activity: Underway | How is Vessel Riding in Water:  Low | |
| Obvious violations of U.S. law and/or suspicious activity:  Vessel was loitering next to two other vessels detected LE Helicopter and all vessels got underway in different directions. | | |
| | | |
| | | |
| | | |

| BASIS OF BOARDING (Check all that apply): | |
|---|---|
| ☐  Special Circumstances | |
|  ☐  Consensual Boarding | |
|  X  Right of Visit | |
|  ☐  Rendering Assistance to Persons/Property | |
| ☐  Flag or Coastal State Authorization | |
|  ☐  Special Arrangement (PD-27/SNO) | |
|  ☐  Bilateral/Multilateral Agreement | |
|   ☐  Shiprider Provision | |
|   ☐  Ship Boarding Provision | |
|   ☐  Other International Agreement (e.g., fisheries) | |
| ☐  U.S. Vessel | |
| ☐ Foreign Flag Vessel Subject to U.S. Jurisdiction | |

Appendix G - Law Enforcement Case Package Preparation and Trial Support



## LAW ENFORCEMENT CASE PACKAGE CHECKLIST

### PART II

| VESSEL INFORMATION | | |
|---|---|---|
| Time of Initial Acquisition: 10:06 A.M. | Method of Initial Acquisition: Maritime Patrol Aircraft (MPA) | |
| Distance and Direction from Prominent Point of Land: 98 NM SW from Puerto Quetzal, GT | | |
| Time Visually Acquired:4:16 P.M. | Course: 325 | Speed: 25 kts |
| Vessel Response:  Vessel maintained course and speed | | |
| Name on Hull: CRISTIANO RONALDO | Hailing Port on Hull: Tilipa | |
| Other Indications of Vessel Name/Identity: | | |
| Numbers on Hull: CCP-1900-2012 | Flag Flown: N/A | |
| Other Indications of Vessel Nationality: | | |
| Vessel Activity: Underway | How is Vessel Riding in Water:  Low | |
| Obvious violations of U.S. law and/or suspicious activity:  Vessel was loitering next to two other vessels detected LE Helicopter and all vessels got underway in different directions. | | |
| | | |
| | | |
| | | |

| BASIS OF BOARDING (Check all that apply) | |
|---|---|
| ☐ Special Circumstances | |
| ☐ Consensual Boarding | |
| X Right of Visit | |
| ☐ Rendering Assistance to Persons/Property | |
| ☐ Flag or Coastal State Authorization | |
| ☐ Special Arrangement (PD-27/SNO) | |
| ☐ Bilateral/Multilateral Agreement | |
| ☐ Shiprider Provision | |
| ☐ Ship Boarding Provision | |
| ☐ Other International Agreement (e.g., fisheries) | |
| ☐ U.S. Vessel | |
| ☐ Foreign Flag Vessel Subject to U.S. Jurisdiction | |

Appendix G - Law Enforcement C.... Package Preparation and Trial Support

| | |
|---|---|
| ☐ In U.S. Internal Waters | |
| ☐ In U.S. Territorial Sea | |
| ☐ In U.S. Contiguous Zone | |
| ☐ In U.S. EEZ | |
| ☐ Hot Pursuit | |
| ☐ Constructive Presence | |
| ☐ Vessel Without Nationality | |
| X Vessel Assimilated to Vessel Without Nationality | |

**BOARDING TEAM INFORMATION**
Include key bridge personnel and aviation detachment if applicable.
As personnel rotate to new duty stations, update this list with current contact information for all personnel with involvement in the case until, if applicable, the case has gone to trial and all appeals have been exhausted.

| Name | Position/Unit/Rotation Date |
|---|---|
| Tyson Ligsay, ME2, USCG | Boarding Officer/ USCGC RUSH/ May 2016 |
| Heriberto Arambula,  ME2, USCG | Boarding Team Member/ MSST San Diego/ May 2014 |
| Justin Laragione, ME1, USCG | Boarding Team Member/ MSST Honolulu/ May 2015 |
| Ryan Hawn, LT/0-3, USCG | MC(CD)/ HITRON/ June 2015 |
| O' Donnell Robert, LT/0-3,USCG | MD(CD)/ HITRON/ June 2016 |
| Justin Brown, AMT1, USCG | PM-A (CD)/ HITRON/ June 2016 |
| ----------------------And no others-------------------------- | ----------------------------------------------------------------- |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| Time Small Boat Launched: 1:59 P.M. | Distance to Contact Vessel: 30 NM | |
| Position of Cutter at Small Boat Launch: | Lat:12-37N | Long:091-40W |
| Time Arrived on Contact Vessel:3:58 P.M. | | |

Appendix G - Law Enforcement Case Package Preparation and Trial Support



|  |  |
|---|---|
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |
| Authority for Destruction: N/A |  |
| Date/Time of Destruction: N/A | Quantity Destroyed: N/A |
| Method of Destruction: N/A |  |
| Location of Destruction: N/A |  |
| **Personnel Conducting Destruction** | |
| Name: N/A | Role: N/A |
| Name: N/A | Role: N/A |
| Name: N/A | Role: N/A |
| Name: N/A | Role: N/A |

**CONTRABAND DEBRIS FIELD – JETTISON INFORMATION**

Number of bales recovered: 10 Bales

Estimate size of debris field: 3 strings of approximately 10 bales

Estimated position (LAT/LONG/geographic reference) of center of debris field: 12-36N 091-51 W/98 NM from Puerto Quetzal, GT

Position where vessel began jettisoning (LAT/LONG/geographic reference): 12-36N 091-51 W/98 NM from Puerto Quetzal, GT

Position where vessel ceased jettisoning (LAT/LONG/geographic reference): 12-36N 091-51 W/98 NM from Puerto Quetzal, GT

Position where vessel was stopped (LAT/LONG/geographic reference): 12-36N 091-51 W//98 NM from Puerto Quetzal, GT

Distance in nautical miles from position where vessel was stopped to closest bale: 1NM

Distance in nautical miles from position where vessel was stopped to estimated center of the debris field: 1NM

Distance in nautical miles from position where vessel was stopped to farthest bale: 1NM

Time of recovery of first bale: 3:45 P.M.

Time of interdiction of the suspect vessel: 4:16 P.M.

**ATTACHMENT CHECKLIST**

| X Witness Statements | X Video Log |
|---|---|
| X Unit Smooth Log (copy) | X Photo Log |
| X Message Traffic | X Prisoner Log |

Appendix G - Law Enforcement Case Package Preparation and Trial Support



| X Radiotelephone Log | X Drug Detection/Identification Evidence |
|---|---|
| X Chain of Custody Documents | X Evidence of Drug Quantity/Destruction |
| X Diagram of Seized Vessel Layout | X Sample Drug Packaging |
| X Representative Drug Sample | |

Appendix G - Law Enforcement Case Package Preparation and Trial Support



3 3

# EXHIBIT

# G

IONSCAN RECORDING



400 Sand Island PKWY
Honolulu, HI 96819

Phone Number: 1-808-842-2870

Fax Number: 1-808-842-2871

THE FOLLOWING IS A STATEMENT BY OS3 MELCHOR, USCGC RUSH, IONSCAN OPERATOR, IN REFERENCE TO THE BOARDING OF CRISTIANO RONALDO ON 05 NOVEMBER, 2013.

On 05 November 2013 I Petty Officer Third Class Brandon S. Melchor certified 500DT operator performed IOSCAN swipes on the 500DT for the boarding of Cristiano Ronaldo. I analyzed a total of 08 samples that came from the Cristiano Ronaldo. Sample 01 was taken from the throttle of the vessel and tested 32% positive for cocaine. Sample 02 was taken from the stern/aft fish hold and tested 05% positive for cocaine. Sample 03 was taken from the forward fish hold and tested 09% for cocaine. Sample 04 taken from the green cut line and passed with no hits for any narcotics. Sample 05 was taken from port rail and passed with no hits for any narcotics. Sample 06 was taken from the starboard rail and tested 10% positive for cocaine. Sample 07 was taken from the bow and passed with no hits for any narcotics. Sample 08 was taken from the fish hold and passed with no hits for any narcotics. As the certified 500DT operator I printed out all receipts for each sample and have a written log of all samples that were taken from the boarding of the Cristiano Ronaldo on 05 November 2013.

This statement was taken to the best of my knowledge.

Brandon Scott Melchor, OS3, USCG

09 November 2013

46

# IONSCAN RECORDING SHEET

**Date: 05 November 2013**        **Operator: OS3 Melchor**        **Vessel Name: Cristiano Ronaldo**

| Sample # | | Sample | Substance/Channel | Max A | Delta | #Seg |
|---|---|---|---|---|---|---|
| | 1 | Throttle | Cocaine-High | 744 | -2 | 11 |
| | 2 | Stern/Aft Fish  Hold | Cocaine | 121 | -36 | 9 |
| | 3 | Fwd Fish Hold | Cocaine | 182 | -32 | 11 |
| | 4 | Line (Green) | Pass | N/A | N/A | N/A |
| | 5 | Port Rail | Pass | N/A | N/A | N/A |
| | 6 | Stbd Rail | Cocaine | 202 | -28 | 5 |
| | 7 | Bow | Pass | N/A | N/A | N/A |
| | 8 | Fish Hold | Pass | N/A | N/A | N/A |
| | 9 | | | | | |
| | 10 | | | | | |
| | 11 | | | | | |
| | 12 | | | | | |
| | 13 | | | | | |
| | 14 | | | | | |
| | 15 | | | | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Nothing Further This Page\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Operator Signature/Printed Name** _____ / OS3 B. MELCHOR _____

# EXHIBIT

# H

F.C.I. Pollock's COVID-19 Movements



# FCC POLLOCK

# INMATE BULLETIN

Be advised, we have experienced an increase of inmates testing positive for COVID-19. As we continue to navigate the COVID pandemic, I encourage you to adhere to CDC guidelines and always wear your mask while you are out of the cell. Continue to clean in the units and the housing areas. Wipe down surfaces continuously, wash your hands frequently, and maintain proper social distancing while out of the cells. You need to wipe down the phones and keyboards prior to touching them. Additionally, do not touch your hands to your face unless you have recently washed them.

Your continued patience is appreciated.


Tenga en cuenta que hemos experimentado un aumento de reclusos que dan positivo por COVID-19. A medida que continuamos navegando por la pandemia de COVID, lo animo a cumplir con las pautas de los CDC y siempre usar su máscara mientras está fuera de la celda. Continuar con la limpieza en las unidades y las áreas de vivienda. Limpie las superficies continuamente, lávese las manos con frecuencia y mantenga un distanciamiento social adecuado mientras esté fuera de las celdas. Debe limpiar los teléfonos y los teclados antes de tocarlos. Además, no se toque la cara con las manos a menos que las haya lavado recientemente.

Se agradece su continua paciencia.

_____
C. Garrett, Acting Complex Warden

12/8/22
Date

# EXHIBIT

# I

LETTERS FROM FAMILY MEMBERS

May 5, 2023

Dear Court,

I'm writing this letter on behalf of Jose Luis Aguilar Lopez Family. I am Maria Eugenia Zaxoxo Ceballo his mother.

I write this letter with a lot of hope to consider my son's early release from prison. It would be greatly appreciated if somehow the court would allow it, if possible.

Due to my circumstances, I'm not doing so good myself. I can't work, I try my best but I'm mostly getting older and older. I'm no longer in very good health conditions as I was 10 years ago. I get sick often and don't even have money for my medications. Bills are getting longer and more expensive. I really need my son by my side.

My son was a major support factor to the family. He would always have the bills paid so I wouldn't worry about them. He would manage to provide food for our table and other necessities for our home. It's been very hard without him and his support. He is much needed back here home in Guatemala. He has children that miss him and needed to be provided by him.

We would be so grateful if the court would please have clemency for a possibility on his early release. Thank you so much for taking the time on reading my support letter for my son. I appreciated alot.

5-5-2023

Sincerely,
Maria
Eugenia
Zuboro
Ceballo

To Whom it may concern,

I write this letter on behalf of Jose Luis Aguilar Lopez family. I am Maria Eugenia Zambrano Ceballo, his mother.
As I am writting this with alot of hope to please consider my son's early release if possible. I really need my son at this moment, as I am very sick and getting worse day by day with my illness.
As I am getting older and older my health conditions just don't seem to get better. My son was a major support factor to our family, he would alway try his best to keep the family together and take care of the expensives need for the house. He is needed very much here in Ecuador, he has his children to look out for and take care as well. It hasn't been easy this couple of years but we try our best. If only the court would please allow some kind of clemency for a possibility of an early release for him, Especially at this moment that I'm in the hospital and honestly can't seem to be getting release soon. I need my son by my side, I would be so thankful if you would allow him to be by my side at this moment.
     Thank you for taking the time to read my letter.

                              Sincerly
                              Maria Ceballo







JOSE LUIS AGUILAR LOPEZ #02D07-104
Federal Correctional Institution
P.O. Box 4050
Pollock, La 71467

UNITED STATES
POSTAL SERVICE.                    Retail

US POSTAGE PAID
$0.00            Origin: 71467
                 10/31/23
                 2171761467-08

PRIORITY MAIL®

                 2 Lb 12.70 Oz
                 RDC 03

EXPECTED DELIVERY DAY:  11/02/23

                 C075

SHIP
TO:
    400 NORTH MIAMI AVE
    MIAMI FL 33128-1801

USPS TRACKING® #

Wilkie D. Ferguson Jr. United States Courthouse
400 North Miami Avenue, Room 8
Miami, Florida 33128

LEGAL MAIL